# EXHIBIT A

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

United States Patent and Trademark Office

Reg. No. 2,905,414
Registered Nov. 30, 2004

## SERVICE MARK
### PRINCIPAL REGISTER



AIR CANADA (CANADA CORPORATION)
AIR CANADA CENTRE
ZIP 276, P.O. BOX 14,000
SAINT-LAURENT, PROVINCE OF QUEBEC, CANADA H4Y 1H4

   FOR: AIR TRANSPORTATION SERVICES OF PASSENGERS AND FREIGHT, IN CLASS 39 (U.S. CLS. 100 AND 105).

   PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1039625, FILED 12-15-1999, REG. NO. TMA564,285, DATED 7-4-2002, EXPIRES 7-4-2017.

   OWNER OF U.S. REG. NOS. 1,041,958, 2,006,049 AND OTHERS.

   SEC. 2(F) AS TO "AIR CANADA".

   SER. NO. 76-070,995, FILED 6-15-2000.

KARANENDRA S. CHHINA, EXAMINING ATTORNEY

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**

Reg. No. 2,847,118
Registered June 1, 2004

## SERVICE MARK
### PRINCIPAL REGISTER



AIR CANADA (CANADA CORPORATION)
AIR CANADA CENTRE
ZIP 276, P.O. BOX 14,000
SAINT-LAURENT, PROVINCE OF QUEBEC, CANADA H4Y 1H4

  FOR: AIR TRANSPORTATION SERVICES OF PASSENGERS AND FREIGHT, IN CLASS 39 (U.S. CLS. 100 AND 105).

  PRIORITY CLAIMED UNDER SEC. 44(D) ON CANADA APPLICATION NO. 1039623, FILED 12-15-1999, REG. NO. TMA564500, DATED 7-9-2002, EXPIRES 7-9-2017.

  OWNER OF U.S. REG. NOS. 1,041,958, 2,006,049 AND OTHERS.

  SEC. 2(F) AS TO "AIR CANADA".

  SER. NO. 76-070,998, FILED 6-15-2000.

BRIAN PINO, EXAMINING ATTORNEY

Int. Cl.: 39

Prior U.S. Cls.: 100 and 105

**United States Patent and Trademark Office**  Reg. No. 1,947,083
Registered Jan. 9, 1996

## SERVICE MARK
### PRINCIPAL REGISTER



AIR CANADA (CANADA CORPORATION)
P.O. BOX 14,000
POSTAL STATION SAINT LAURENT
MONTREAL, H4Y 1H4, CANADA

FOR: OPERATION OF AN AIRLINE, NAMELY AIR TRANSPORTATION SERVICES FOR PERSONS, FREIGHT, AND OTHER CARGO; TRAVEL AGENCY SERVICES, NAMELY MAKING RESERVATIONS AND BOOKINGS FOR TRANSPORTATION AND AR- RANGING TRAVEL TOURS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 6-14-1994; IN COMMERCE 6-14-1994.

THE MARK CONSISTS OF A STYLIZED REPRESENTATION OF A MAPLE LEAF WITHIN A CIRCLE.

SER. NO. 74-802,322, FILED 3-14-1994.

DAVID H. STINE, EXAMINING ATTORNEY

Int. Cls.: **9, 16 and 36**

Prior U.S. Cls.: **2, 5, 21, 22, 23, 26, 29, 36, 37, 38, 50, 100, 101 and 102**

**Reg. No. 3,593,612**

United States Patent and Trademark Office   Registered Mar. 24, 2009

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

# AEROPLAN

AIR CANADA (CANADA CORPORATION)
AIR CANADA CENTRE
P. O. BOX 14000, STATION AIRPORT
ST. LAURENT, QUEBEC, H4Y 1 H4, CANADA

FOR: COMPUTER PROGRAMS FOR USE IN DATABASE MANAGEMENT RELATING TO TRAVEL RESERVATIONS AND INCENTIVE AWARDS PROGRAMS; COMPUTER PROGRAMS FOR PROVIDING CUSTOMER LOYALTY SERVICES RELATING TO TRAVEL, TRANSPORTATION, LODGING, CREDIT CARD USE, RETAIL SERVICES, AND OTHER PARTNER SERVICES; COMPUTER PROGRAMS USED TO MANAGE, RETRIEVE, AND STORE INFORMATION AND DATA RELATING TO LOYALTY PROGRAM MEMBERSHIP POINTS, REWARDS, AND PRIVILEGES; MAGNETICALLY ENCODED CREDIT CARDS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PRINTED PUBLICATIONS, NAMELY, PRINTED REWARD CERTIFICATES AND NOTICES RELATING TO AIRLINE SERVICES; NEWSLETTERS AND BULLETINS FEATURING TOPICS PERTAINING TO TRAVEL, AIRLINE SERVICES, AND INCENTIVE AWARDS PROGRAMS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CREDIT CARD FINANCING SERVICES, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

OWNER OF CANADA REG. NO. TMA443809, DATED 6-16-1995, EXPIRES 6-16-2010.

SER. NO. 76-978,123, FILED 11-13-2003.

HOWARD SMIGA, EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

# AEROPLAN

**Reg. No. 6,078,089**
**Registered Jun. 16, 2020**
**Int. Cl.: 35, 36, 39, 42**
**Service Mark**
**Principal Register**

AEROPLAN INC. (CANADA CORPORATION)
525 Viger Avenue West, Suite 1000
Montreal, Quebec, CANADA H2Z0B2

CLASS 35: Promoting the sale of wares and services of others through a consumer loyalty program in the distribution and sale of air transportation services; advertising and promotion of the sales of goods and services of others through purchase continuity programs consisting of the distribution of points or miles which can be redeemed for goods, services or money from a catalogue, participating merchants and service providers

FIRST USE 7-31-1984; IN COMMERCE 7-31-1984

CLASS 36: Credit card services, namely, credit card authorization, payment processing, and transaction processing services, issuance of credit cards and credit card financing services

FIRST USE 00-00-2003; IN COMMERCE 00-00-2003

CLASS 39: Air transportation services for persons, baggage, freight and other cargo; travel and tour services, namely, providing travel information in the field of travel arranging, providing and booking reward travel, namely, providing transport of reward travelers, booking of reward travel tickets, booking of reward travel transport

FIRST USE 7-31-1984; IN COMMERCE 7-31-1984

CLASS 42: Providing on-line non-downloadable computer software for the organization, operation and supervision of sales and promotional incentive schemes and loyalty reward programs

FIRST USE 00-00-2002; IN COMMERCE 00-00-2002

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3593612, 5728041

SER. NO. 88-480,783, FILED 06-19-2019



Director of the United States
Patent and Trademark Office



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:** Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at http://www.uspto.gov.

**NOTE:** A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at http://www.uspto.gov.