# EXHIBIT B



FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

DOUGLAS A. RETTEW
(202) 408-4161
doug.rettew@finnegan.com

October 5, 2023

Mr. Ian Carroll  **Via Email,**
1406 Astor Ave.  **Confirmation Copy Via FedEx Courier**
Ann Arbor, MI 48104-6144
Emails: support@seats.aero and ian@lhost.sh

Re: Violation of Air Canada's Rights and Terms of Use

Dear Mr. Carroll:

We represent Air Canada and Aeroplan Inc. (the "Air Canada Group"). We are writing to address your data scraping of the Air Canada Group's computers in connection with Seats.aero. Quite naturally, that scraping is harming the Air Canada Group in several ways and has caused, among other things, disruption and damage to the Air Canada Group's services, flight-searching infrastructure, and operations.

As you know, your data scraping violates several of the Terms of Use for accessing the Air Canada Group's website and mobile app (copy attached). Additionally, your actions in connection with Seats.aero, including your use of the Air Canada Group's federally registered trademarks and logos in connection with your services, violate several federal and state laws, including the federal Trademark Act, 15 U.S.C. § 1051 et. seq.; the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 et. seq.; and Michigan statutory and common law.

Given the above, we kindly ask that you cease all data scraping of the Air Canada Group's website, mobile app, and flight-searching infrastructure and stop using its trademarks. The Air Canada Group would prefer to resolve this matter amicably. If you share that desire, please respond and confirm that you will stop these activities by no later than tomorrow by 10:00 am, EST. Absent such confirmation, the Air Canada Group reserves all rights to take any and all action needed to protect itself, its partners, and its customers.

Thank you in advance for your immediate attention to this important and urgent issue. If you have any questions, please feel free to call or email me.

Sincerely,
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, LLP

Douglas A. Rettew

cc: David E. Plunkett, Esq. (Williams Williams Ratner & Plunkett, P.C.)
    Air Canada

# Terms of Use

## Welcome

Air Canada ("**Air Canada**", "**we**", "**us**", "**our**") thanks you for using our website, www.aircanada.com, as well as any other websites that are owned and operated by us (collectively, the "**Website**"). We believe you will find the Website informative and easy to use and we hope that it will become your primary tool when making travel plans.

## Acceptance of the Terms of Use

The following terms of use ("**Terms of Use**") govern your use of the Website. Please review these Terms of Use carefully before using the Website. Each time you access or use the Website, you are entering into a contract with us and you agree to be bound by these Terms of Use. If you do not agree to be bound by and comply with these Terms of Use, please do not access or use the Website.

We also reserve the right to deny you access to or use of the Website if we have reason to believe that you do not comply with these Terms of Use.

## Changes

Air Canada reserves the right to change these Terms of Use at any time. We will notify you of any changes by posting an updated version of the Terms of Use on this Website. It is your responsibility to regularly review these Terms of Use. If you use the Website after we make any changes, it means you have accepted the changes and that you agree to be bound by the Terms of Use as modified.

Air Canada also reserves the right to modify or discontinue, either temporarily or permanently, the Website including any products, goods or services contained on or referenced on our Website, with or without notice and without any liability.

| Linking > |
|---|
| The Website provides you with convenient links and references to other websites that are owned and operated by third parties. Air Canada does not sponsor or endorse any information, products, goods or services contained on or offered through any of the linked websites. Likewise, Air Canada does not sponsor or endorse any persons or entities that are associated with other websites linked via our Website. These third party sites and content are not maintained, operated or controlled by Air Canada, and Air Canada does not provide any guarantees regarding these linked websites. You assume sole liability for the access or use of such third party sites and content. <br><br> You cannot link, make reference to, use, reproduce, republish or re-disseminate any content on our Website including any of Air Canada's icons, logos, or trademarks without our prior written consent. |

## Representations and Warranties

By accessing or using the Website, you represent and warrant to us that you:

- are at least 18 years of age, and have the legal capacity to enter into these Terms of Use;

- by purchasing any products, goods or services contained on the Website, you are not breaching any other agreement or obligation or any provision of any law or regulation, or infringing on the intellectual property rights of any third party;

- consent, and (where applicable) you have obtained all necessary approvals, consents and authorizations from any third party, to submit information to us, including personal information and to delete or modify such information and all information submitted is true, accurate and complete;

- accept full responsibility for all assessments, charges, duties, fees, and taxes and any other financial liability resulting from your use of our Website under your name or account, as well as all use of others using your name or account on our Website; and

- agree to supervise all persons who are not of the age of majority in your jurisdiction that access or use the Website under your name or that use your name or account.

## Limitations of Use

You may not access or use the Website for any purpose that is unlawful or that is prohibited by these Terms of Use. You may only access or use the Website to determine the availability of and to purchase products, goods and services offered on the Website. Use of the Website for any other purpose, including any commercial use or purpose, is expressly prohibited.

In addition to the foregoing, you also agree that, in accessing or using the Website, you will not commit or participate in any of the following acts or actions, each of which is expressly prohibited under these Terms of Use:

- directly or indirectly, access, use, encourage, solicit, permit, facilitate, aid, assist, or abet or participate in, including, but not limited to, the selling, licensing, distribution or provision to any entity or person by any means whatsoever that allow, the access, use, or agree to provide the access or use, of the Website through any manual process or any automatic, electronic or technical device, including but not limited to automated scripts, robots, crawls, screen scrapers, web "bots", deep-links, indexes, spiders, click-spams, macro programs, or any other device, program, software, system, algorithm, methodology or technology, now known or that is afterwards discovered, that performs the same or a similar function, in order to, without limitation: "data mine"; "screen scrape"; data process; access, extract, copy, distribute, aggregate or acquire information; generate impressions or clicks; input or store information; search or generate searches; or manipulate or monitor any portion or content of the Website;

- unless expressly provided for in these Terms of Use, create any derivative works from or otherwise copy, license, display, publish, perform, recreate, reproduce, sell, transfer, transmit or otherwise distribute, modify, edit, add to, mirror, frame,

re-render, truncate, inject, filer or change of the order of any information, products, goods, services, and software contained or offered on, or obtainable by, through or from the Website. Without limiting the generality of the foregoing, you also agree not to cause to appear any pop-up, pop-under, exit windows, expanding buttons, banners, advertisement, or anything else that minimizes, covers, or otherwise inhibits the full display of the Website;

- access or use the Website in such manner, or otherwise take any action, that burdens our infrastructure to an unreasonable and disproportionate extent, or reduces the speed of the Website, that otherwise interferes with the normal functioning of the Website or otherwise abuses or overuses the Website;

- circumvent, or attempt to circumvent, any measures or precautions taken by Air Canada to prevent the use or access of the Website, or any other action, in violation of these Terms of Use;

- access the Website to make any speculative, fraudulent, or false reservation, or any reservation in anticipation of demand. Air Canada reserves the right to cancel any and all such prohibited reservations without notice and without liability; or

- engage in any other conduct or activity that either conflicts with these Terms of Use or that Air Canada deems, in its sole, absolute and unrestricted discretion, to be in conflict with these Terms of Use.

Your Privacy

Air Canada is committed to your right to privacy. When using the Air Canada Website, you can be confident in knowing that any information shared with us will be subject to a high standard of confidentiality and in accordance with our Privacy Policy.

Liability Disclaimer

ANY INFORMATION, SOFTWARE, PRODUCTS, GOODS, SERVICES, MATERIAL OR OTHER CONTENT FOUND OR OFFERED ON OR PROVIDED OR ACCESSIBLE THROUGH OR OBTAINED OR OBTAINABLE FROM THE WEBSITE (COLLECTIVELY, THE "**AIR CANADA CONTENT**") MAY CONTAIN ERRORS AND/OR OMISSIONS, MAY HAVE BECOME OUT OF DATE, AND MAY BE MODIFIED FROM TIME TO TIME BY Air Canada AND/OR ITS SUPPLIERS, AGENTS AND CONTRACTORS.

Air Canada MAKES NO COMMITMENT TO UPDATE THE AIR CANADA CONTENT. NOR DO WE WARRANT OR GUARANTEE THAT THE WEBSITE WILL OPERATE UNINTERRUPTED, ERROR-FREE OR THAT ANY SERVER USED IN CONNECTION WITH THE WEBSITE IS OR WILL BE FREE OF ANY VIRUS, TROJAN HORSE, WORM, BACKDOOR OR OTHER PROGRAM CODE OR PROGRAMMING INSTRUCTION OR SET OF INSTRUCTIONS DESIGNED TO DISRUPT, DISABLE, HARM, INTERFERE WITH OR OTHERWISE ADVERSELY AFFECT COMPUTER PROGRAMS, DATA FILES OR OPERATION. YOU ACCESS AND USE THE WEBSITE AT YOUR OWN RISK.

THE WEBSITE AND AIR CANADA CONTENT ARE PROVIDED "AS IS", AND "AS AND WHEN AVAILABLE" WITHOUT ANY WARRANTY, CONDITION, REPRESENTATION OR GUARANTEE OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT

LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, OR ANY WARRANTIES RESPECTING TITLE, QUALITY, PERFORMANCE, ACCURACY, COMPLETENESS, OR TIMELINESS OF DATA, ALL OF WHICH AIR CANADA HEREBY EXPRESSLY DISCLAIMS TO THE FULLEST EXTENT PERMITTED BY LAW.

IN NO EVENT SHALL AIR CANADA OR ITS SUPPLIERS, AGENTS AND CONTRACTORS BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, ECONOMIC, EXEMPLARY OR CONSEQUENTIAL DAMAGES ARISING OUT OF, OR IN ANY WAY CONNECTED WITH, THE USE OF, THE DELAY OR THE INABILITY TO USE, THE WEBSITE OR ANY AIR CANADA CONTENT, INCLUDING, BUT NOT LIMITED TO, ANY DAMAGES CAUSED BY ANY FAILURE TO PERFORM, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, NON DELIVERY OF NOTIFICATIONS, EMAIL OR TEXT MESSAGES THAT ARE LOST, INTERCEPTED, REVIEWED OR ALTERED BY OTHERS, TEXT MESSAGES SENT TO A VALID PHONE NUMBER THAT YOU PROVIDED TO US BUT WHICH IS NOT OWNED OR NO LONGER OWNED BY YOU, COMPUTER VIRUS AND OTHER DAMAGE TO YOUR MOBILE DEVICE, COMPUTERS, COMPUTER NETWORKS OR OTHER PROPERTY, COMMUNICATION LINE FAILURE, THEFT OR DESTRUCTION OR UNAUTHORIZED ACCESS TO, ALTERATION OF, OR USE OF RECORD OR DATA OR INFORMATION OR PROGRAMS, WHETHER SUCH DAMAGES OR INJURIES ARE BASED IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHERWISE, EVEN IF Air Canada OR ITS SUPPLIERS, AGENTS AND CONTRACTORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE EXTENT THAT APPLICABLE LAW DOES NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, THIS PARTICULAR LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## Indemnity

As a condition of you accessing or using the Website, you agree to defend, indemnify and hold harmless Air Canada, its affiliates and their respective directors, officers, employees, agents, and licensees from and against any and all claims, demands, suits, actions, proceedings, liabilities, damages, judgments, penalties, taxes, fines, costs and expenses (including reasonable legal fees) arising out of, or resulting from or otherwise connected with: (a) the AIR CANADA CONTENT, (b) any information, including personal information, you supply to us either on your behalf or on behalf of a third party, (c) your (or anyone acting under your name and account) use of the Website, or (d) a breach of these Terms of Use.

## Information you Provide to Air Canada

We appreciate your feedback and suggestions. Any feedback you provide to us such as questions, comments and suggestions regarding our products, goods or services or the content of the Website is considered non-confidential.

We have no obligation to you regarding such information and we can reproduce, use, disclose and distribute the information free of charge and without your permission and any limitation and without liability. We are free to use any ideas, inventions, concepts, know-how or techniques contained in such information for any purpose whatsoever including, but not limited to, developing and marketing products, goods and services incorporating such information.

## Software Available on our Website

We may make software ("**Software**") available to you for download from the Website. Any and all such Software is the copyrighted work of and owned by Air Canada and/or its suppliers, and may be accompanied by or may otherwise include a license agreement (the "**License Agreement**"). You may only install or use the Software if you first agree to comply with the terms of the License Agreement. Should the Software not include or be accompanied by a License Agreement, the terms and conditions governing the installation and use of the Software shall be deemed to be as follows: Air Canada and/or its suppliers hereby grant to you a personal, limited, revocable, non-assignable license to use and install the Software on a personal computer or mobile device solely for the purpose of viewing and otherwise using or accessing the Website, and such use and installation shall governed by, and be in accordance with, these Terms of Use.

You acknowledge and agree that the Software is protected by copyright laws and international treaties, and that any reproduction or redistribution of the Software is expressly prohibited by law, and may result in civil and criminal penalties. WITHOUT LIMITING THE FOREGOING, COPYING OR REPRODUCTION OF THE SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR FURTHER REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED. THE SOFTWARE IS WARRANTED, IF AT ALL, ONLY ACCORDING TO THE TERMS OF THE LICENSE AGREEMENT OR THESE TERMS OF USE, AS THE CASE MAY BE. You acknowledge and agree that the Software and any accompanying documentation and/or technical information are subject to applicable export control laws and regulations. You agree not to export or re-export the Software, directly or indirectly, in contravention of such laws and regulations.

## Governing Law

**For Québec residents**—These Terms of Use shall be governed by, construed and/or interpreted in accordance with the laws of the Province of Quebec and the laws of Canada applicable therein and shall be treated in all respects as a Quebec contract, without regard to principles of conflicts of law that would impose a law of another jurisdiction. Any dispute is to be submitted to the exclusive jurisdiction of the courts in the judicial district of Montreal, Province of Québec.

**For non-Québec residents**—These Terms of Use shall be governed by, construed and/or interpreted in accordance with the laws of the Province of Alberta and the laws of Canada applicable therein and shall be treated in all respects as an Alberta contract, without regard to principles of conflicts of law that would impose a law of another jurisdiction. Any dispute is to be submitted to the non-exclusive jurisdiction of the courts in the judicial district of Calgary, Province of Alberta.

## Injunctive and Similar Relief

You agree that Air Canada may commence an action in any court of competent jurisdiction in order to enforce these Terms of Use and to seek damages and/or equitable relief against you for any breaches by you of these Terms of Use.

## Entire Agreement

Subject to any other applicable agreement you may have entered into with us, these Terms of Use and any other notices or statements posted on the Website constitute the entire agreement between you and Air Canada with respect to the use of the Website, including the AIR CANADA CONTENT and these Terms of Use supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and Air Canada with respect to the Website and AIR CANADA CONTENT.

## Evidence

A printed version of these Terms of Use and of any notice given in electronic form will be accepted as conclusive evidence and admissible in judicial or administrative proceedings to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

## Waiver

Any delay, omission or failure by Air Canada to exercise any of its rights, powers or remedies under these Terms of Use does not constitute a waiver by Air Canada of those rights, powers or remedies. The single or partial exercise of a right, power or remedy does not prevent us from subsequently exercising any other right, power or remedy. Air Canada may assert at any time or against any person any such rights, powers or remedies.

## Severability

If any provision of these Terms of Use are deemed to be invalid, unlawful or for any reason unenforceable, then such provision shall be severed from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions.

## Additional Terms and Conditions

You acknowledge and agree that products, goods and services contained on, referenced or described in or obtained or obtainable through the Website, whether

such products, goods or services are those of Air Canada or of any third party, are subject to additional terms and conditions including, but not limited to, terms and conditions respecting payment of amounts due and availability of fares, products, goods or services, and you agree to abide by all such terms and conditions.

### English Language

It is the express wish of the parties that these Terms of Use be drafted in English. Les parties aux présentes ont expressément demandé que ces modalités d'utilisation du site web soient rédigés en anglais.