# EXHIBIT C




2

🔥 7

May 28, 2023

**ian**  05/28/2023 4:15 AM
Hey @everyone,

**New feature!** You can now view PN/PZ inventory for United-operated flights. Normal members can use PZ space to process mileage upgrades and PlusPoints upgrades on cash tickets. Global Services members can use PN space for this as well.

This is a great option if someone booked you a ticket with cash and you want to upgrade, or if award space isn't looking good but there's open upgrade space.

Data may take a few days to fully roll in.



👍 11   ⭐ 2

May 30, 2023

**ian**  05/30/2023 5:56 PM
Hi @everyone,

I'm excited to say that our brand new app for iOS is now available for free on the App Store! You can now easily find award flights across all of our mileage programs in our native iOS UI.

Although the app has many core features of Seats.aero, we are actively working on adding several more features, including alerts, Pro accounts and extended availability, and more.

Please give it a download and check it out: https://apps.apple.com/us/app/seats-aero/id6449265212 You can use the #ios-feedback channel for any feedback!

App Store
**Seats.aero**
Seats.aero is a supercharged way to book flights with your points and miles. Stop searching on outdated airline websites and immediately discover what flights can be booked with points.

Book flights on the major airline alliances: Star Alliance, OneWorld, and SkyTeam flights can all be discovered i...



🔥 28   🎉 11   🤩 3   🙊 3   ❤️ 4   🎞 3   🤖 1   🖼 1   👍 1   😍 2

May 31, 2023

**ian**  05/31/2023 7:47 PM
Minor update: We now search for Emirates availability significantly faster than our previous version, and most close-in availability is now updated every 1-3 hours. Extended availability is updated much faster as well. Hope this helps you find more EK J/F flights 🙂

June 1, 2023

**ian**  06/01/2023 1:13 AM

3

Aeroplan banned our servers again. We got around the Aeroplan ban again. We will keep getting around it, but just as a heads up, it is not the most reliable airline if you want to set alerts for Star Alliance. Use Avianca or United as your first choice.

😄 14   🖼️ 2   ⛏️ 1   🫠 1

**ian**  06/01/2023 7:33 PM

Route statistics now allow you to see the trend in average pricing for each cabin. You can easily spot when devaluations have begun and how bad they are, and compare the pricing changes to the available seats.

(Unsurprisingly, United did not release any more seats despite the devaluation…)



🫥 7   🙏 4

**ian**  06/01/2023 10:50 PM
Hi @everyone,

I'm excited to say that we've added support for Alaska Mileage Plan to Seats.aero! You can now easily find more Oneworld and Alaska partner availability via our site. Alaska may be especially helpful for identifying which AA-operated flights can be booked via other partners such as British Airways.

It may take a few days for all routes and data to load, but feel free to submit route requests in the interim! Check it out at https://seats.aero/alaska.



👍 43   🙌 22   🔥 22   ❤️ 21   🫥 4   🖼️ 6   🖼️ 4   😍 1   😄 1

June 2, 2023

**ian**  06/02/2023 7:19 PM
We've added a new status page at https://seats.aero/status (linked in the Tools menu). You can use this page to see the current status of our integrations with the various airlines. Occasionally, an airline will block our systems or experience an outage, which prevents us from updating our data with new availability.

This page is automatically updated by our systems to reflect if we are receiving updated data from a particular airline or not. If an airline is listed as Degraded or Outage, this may be why data is older/not refreshing on the site.

Seats.aero - System Status

Easily find last-minute reward availability on popular airlines and mileage programs.

❤️ 8   🔥 5   🖼️ 3

**ian**  06/02/2023 10:46 PM
Hi @everyone,

We've added a new feature to Search -- you can now select multiple airports as either your origin or destination! You no longer need to rely on multi-city codes as the only way to search between airports. You can even mix and match multi-city codes and normal airports in the same search. The auto-complete is also easier to handle.

For example, you can now search for availability from SFO or NRT to ANZ, even though the origins are in completely separate continents. You could also search from ASA (Asia) to EUR and USA and find all of these options all at once.

4

you can explore Air Canada-operated flights that have eUpgrade inventory available and even download a CSV of what's available.

Pro users can access it at https://seats.aero/eupgrade. Since we just started collecting this data, the data is not yet complete for all routes.



🔥 14   🙏 1

August 13, 2023

ian   08/13/2023 5:25 PM

Aeroplan has been down for a bit now, mostly because they are breaking their website for most real users. We are working on bringing it back and should have some progress on Monday or so. Sorry for the trouble!

🙌 14   👍 2

August 15, 2023

ian   08/15/2023 11:12 PM

🎌 We've added support for Air France/KLM Flying Blue! You can now easily find award flights across SkyTeam and grab great deals, especially on their own (AF/KL) metal.

https://seats.aero/flyingblue

Routes and availability may take a bit to fully populate as our system loads the initial data from Flying Blue.



Seats.aero - Explore Air France/KLM Flying Blue Award Flights
Easily find last-minute reward availability on popular airlines and mileage programs.

🔥 38   👏 8   🙏 9   🖼 4   😅 3   🖼 3   2   👍 3   💙 1

August 17, 2023

ian   08/17/2023 12:52 PM

Hi all, as you may have noticed, there has been a lot of instability with Aeroplan lately. This has been occurring because they have configured their security service (Akamai) with extreme anti-bot rules that block most legitimate users. As a result, I cannot even search the Aeroplan website myself, and a lot of users have experienced this as well.

We have rolled back to our previous method of searching Air Canada, which we expect to be more stable and is actively updating data now. However, this does mean we will no longer obtain seat counts for Aeroplan flights, and can no longer access Air Canada eUpgrade data. We will adjust alerts for Aeroplan with minimum seat counts in the coming days as these will no longer match any flights. We expect that over the next few weeks, we can go back to our method of searching with seat counts and eUpgrades, but for now it is not available.

A lot of other search tools that claim to search Aeroplan are not working right now. It's unfortunate that Air Canada is unwilling to work with the search tools, and even though we have reached out to them they apparently will not talk to us.
(edited)

😢 11

5