## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. _____ |

### PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Air Canada and Aeroplan Inc. hereby disclose that Aeroplan Inc. is a wholly owned subsidiary of Air Canada. No publicly held United States corporation owns 10% or more of Air Canada's stock.

| | |
|---|---|
| Dated: October 19, 2023 | MCCARTER & ENGLISH, LLP |
| *Of counsel:* | */s/ Daniel M. Silver* <br> Daniel M. Silver (#4758) |
| Douglas A. Rettew <br> Jonathan J. Fagan <br> FINNEGAN, HENDERSON, FARABOW, <br>  GARRETT & DUNNER, L.L.P. <br> 901 New York Avenue N.W. <br> Washington, D.C. 20001-4413 <br> (202) 408-4000 (phone) <br> (202) 408-4400 (fax) | Alexandra M. Joyce (#6423) <br> 405 N. King St., 8th Floor <br> Wilmington, DE 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Attorneys for Plaintiffs* <br> *Air Canada and Aeroplan Inc.* |