## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## DECLARATION OF SERVICE ON LOCALHOST LLC

I, Alexandra M. Joyce, declare as follows:

1. I am an attorney at the law firm of McCarter & English, LLP, counsel to Plaintiffs Air Canada and Aeroplan Inc. (collectively, "The Air Canada Group") in this action.

2. On October 19, 2023, counsel for The Air Canada Group, Douglas Rettew, Esq. of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, sent via electronic mail a true and correct copy of the Complaint and related papers to counsel for Defendant Localhost LLC ("Localhost"), Michael Schwartz, Esq. of Carlson, Gaskey & Olds, PC, with a copy to other counsel for Localhost and other counsel for The Air Canada Group, including myself.

3. On October 23, 2023, Michael Schwartz, Esq. of Carlson, Gaskey & Olds, PC, counsel for Localhost, agreed to accept service of the Complaint and related papers via electronic mail on behalf of Localhost as of October 23, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

ME1 46478404v.1

| | |
|---|---|
| Dated: October 27, 2023 | MCCARTER & ENGLISH, LLP |
| *Of counsel:* | /s/ *Alexandra M. Joyce* |
| | Daniel M. Silver (#4758) |
| Douglas A. Rettew | Alexandra M. Joyce (#6423) |
| Jonathan J. Fagan | 405 N. King St., 8th Floor |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19801 |
|  GARRETT & DUNNER, L.L.P. | (302) 984-6300 |
| 901 New York Avenue N.W. | dsilver@mccarter.com |
| Washington, D.C. 20001-4413 | ajoyce@mccarter.com |
| (202) 408-4000 (phone) | |
| (202) 408-4400 (fax) | *Attorneys for Plaintiffs* |
| | *Air Canada and Aeroplan Inc.* |