IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LOCALHOST LLC,<br><br>Defendant. | Case No. 1:23-cv-01177-GBW<br><br>**JURY DEMAND REQUESTED** |

**DEFENDANT LOCALHOST, LLC's PARTIAL MOTION TO DISMISS**

Defendant Localhost, LLC moves the Court to dismiss the First Claim for Relief (Breach of Contract) from Plaintiffs' Complaint under the doctrine of *forum non conveniens*. The contract that Plaintiffs created and are using as the basis for their breach of contract claim says that any dispute must be brought in Alberta, Canada. Plaintiffs have contravened their own contract by bringing their contract claim in this District.

Dated: December 4, 2023

Steven Susser, Esq.
(*pro hac vice* forthcoming)
Michael S. Schwartz
(*pro hac vice* forthcoming)
CARLSON, GASKEY & OLDS, P.C.
400 West Maple Road, Suite 350
Birmingham, MI 48009
P: (248) 988-8360
ssusser@cgolaw.com
mschwartz@cgolaw.com

Respectfully Submitted,

GELLERT SCALI BUSENKELL &
BROWN, LLC

By: */s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: cbrown@gsbblaw.com

*Attorneys for Defendant*