## CERTIFICATE OF SERVICE

      I, Charles J. Brown, III, hereby certify that on December 4, 2023, I caused a copy of the forgoing *Defendant LocalHost, LLC's Partial Motion to Dismiss* and *Brief in Support* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated:  December 4, 2023

                                                */s/ Charles J. Brown, III*
                                                Charles J. Brown, III (DE 3368)