IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Case No. 1:23-cv-01177-GBW <br><br> **JURY DEMAND REQUESTED** |

## DEFENDANT LOCALHOST LLC's ANSWER

NOW COMES the Defendant, Localhost, LLC, ("Localhost"), by and through its counsel, and for its Answer to the Complaint of Plaintiffs Air Canada and Aeroplan, Inc. (the "Air Canada Group") states as follows:

### THE PARTIES

1. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

2. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

3. Admitted.

### NATURE OF THE ACTION

4. Localhost admits only that the Air Canada Group's Complaint includes the listed claims. Localhost denies that the Air Canada Group has stated any plausible claims.

5. Denied as untrue. In addition, Localhost objects to the reference to actions by non-party Ian Carroll being "through Defendant Localhost LLC." This appears to be an attempt by Air

1

Canada Group to pierce the corporate veil. As Air Canada has not proffered any basis to believe that Mr. Carroll was acting in his individual capacity in connection with the allegations in this paragraph or, for that matter, anywhere in the complaint, any allegations against Mr. Carroll directly are improper.

## JURISDICTION AND VENUE

6. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

7. Denied as untrue. The Terms of Use advanced by the Air Canada Group state "Any dispute is to be submitted to the non-exclusive jurisdiction of the courts in in the judicial district of Calgary, Province of Alberta." This District is not the proper venue for at least the Air Canada Group's breach of contract allegations.

## AIR CANADA GROUP BACKGROUND

8. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

9. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

10. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

11. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

12. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

13. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

14. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

15. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

16. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

**AIR CANADA GROUP'S ALLEGEDLY FAMOUS TRADEMARKS**

17. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

18. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

19. Admitted only that Plaintiffs have obtained federal trademark registrations for the trademarks identified in the table. Otherwise, Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

20. Admitted.

21. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

22. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

## ALLEGED UNLAWFUL ACTS OF DEFENDANT

23. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has not extracted any data from the Air Canada Group in his individual capacity. To the extent that the Air Canada Group has mistakenly substituted Mr. Carroll for Defendant Localhost, Localhost admits only that Localhost lawfully extracts publicly available data from the Air Canada Group and uses it for the Seats.aero website owned by Localhost. Localhost further admits only that its website correctly states "Seats.aero is the fastest search engine for award travel." Otherwise, denied as untrue.

24. Admitted.

25. Localhost again objects to the reference to non-party Ian Carroll. Admitted only that the linked webpage includes the quoted phrase. Otherwise, denied as untrue.

26. Denied as untrue. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has not extracted any data in his individual capacity. To the extent that Air Canada Group has mistakenly substituted Mr. Carroll for Defendant Localhost, Localhost has never performed any "screen scraping" of Air Canada Group's data.

27. Denied as untrue. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has not extracted any data in his individual capacity.

28. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has not extracted any data in his individual capacity. To the extent that Air Canada Group has mistakenly substituted Mr. Carroll for Defendant Localhost, Localhost admits only that Localhost performs API extraction to obtain publicly available data from the Air Canada Group. Otherwise, denied as untrue.

29. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

30. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

31. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

32. Denied as untrue. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has not extracted any data from the Air Canada Group in his individual capacity.

33. Admitted only that Localhost performs API extraction to obtain publicly available data from the Air Canada Group, including date, location, and required Aeroplan points for various routes. Otherwise, denied as untrue.

34. Denied as untrue.

35. Admitted only that Localhost uses the phrases "Air Canada" and "Aeroplan" on the Seats.aero website to identify services offered by the Air Canada Group. Otherwise, denied as untrue.

36. Admitted.

37. Denied as untrue.

38. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

39. Denied as untrue.

40. Denied as untrue.

41. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has not extracted any data from the Air Canada Group in his individual capacity. To the extent that the

Air Canada Group has mistakenly substituted Mr. Carroll for Defendant Localhost, Localhost admits only that on October 5, 2023, Localhost, through counsel, received a letter from the Air Canada Group alleging violations of the Terms of Use. Counsel for Localhost responded to that letter on October 17, pointing out the deficiencies of the Air Canada Group's allegations. Localhost further admits only that Mr. Carroll, acting through Localhost, made a post including the quoted language. Otherwise, denied as untrue.

42. Denied as untrue.

43. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

44. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

45. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

46. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has acted solely through Localhost at all relevant times. To the extent that the Air Canada Group has mistakenly substituted Mr. Carroll for Defendant Localhost, Localhost admits only that Localhost has continued to legally extract data from the Air Canada Group publicly available website and that Localhost has communicated its operational status to users on Discord. Otherwise, denied as untrue.

47. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has acted solely through Localhost at all relevant times. Admitted only that on May 14, 2023 Mr. Carroll, acting through Localhost, made a post on Discord including the quoted language.

Otherwise, Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

48. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has acted solely through Localhost at all relevant times. Admitted only that, on June 1, 2023 Mr. Carroll, acting through Localhost, made a post on Discord including the quoted language. Otherwise, Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

49. Localhost again objects to the reference to non-party Ian Carroll. Mr. Carroll has acted solely through Localhost at all relevant times. Admitted only that on August 17, 2023 Mr. Carroll, acting through Localhost, made a post on Discord including the quoted language.

50. Denied as untrue.

### ALLEGED INJURY TO THE AIR CANADA GROUP

51. Denied as untrue.
52. Denied as untrue.
53. Denied as untrue.
54. Denied as untrue.
55. Denied as untrue.
56. Denied as untrue.

### AIR CANADA GROUP'S FIRST CLAIM FOR RELIEF

57. Localhost re-alleges and re-avers its responses to paragraphs 1 through 56 as set forth above.

58. Denied as untrue.

59. Denied as untrue.

60. Denied as untrue.

61. Denied as untrue.

62. Denied as untrue.

## AIR CANADA GROUP'S SECOND CLAIM FOR RELIEF

63. Localhost re-alleges and re-avers its responses to paragraphs 1 through 62 as set forth above.

64. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

65. Denied as untrue.

66. Denied as untrue.

67. Denied as untrue.

68. Denied as untrue.

## AIR CANADA GROUP'S THIRD CLAIM FOR RELIEF

69. Localhost re-alleges and re-avers its responses to paragraphs 1 through 68 as set forth above.

70. Denied as untrue.

## AIR CANADA GROUP'S FOURTH CLAIM FOR RELIEF

71. Localhost re-alleges and re-avers its responses to paragraphs 1 through 70 as set forth above.

72. Denied as untrue.

### AIR CANADA GROUP'S FIFTH CLAIM FOR RELIEF

73. Localhost re-alleges and re-avers its responses to paragraphs 1 through 73 as set forth above.

74. Denied as untrue.

### AIR CANADA GROUP'S SIXTH CLAIM FOR RELIEF

75. Localhost re-alleges and re-avers its responses to paragraphs 1 through 74 as set forth above.

76. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

77. Denied as untrue.

### AIR CANADA GROUP'S SIXTH CLAIM FOR RELIEF

78. Localhost re-alleges and re-avers its responses to paragraphs 1 through 77 as set forth above.

79. Denied as untrue.

### AIR CANADA GROUP'S EIGHTH CLAIM FOR RELIEF

80. Localhost re-alleges and re-avers its responses to paragraphs 1 through 79 as set forth above.

81. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

82. Denied as untrue.

83. Localhost lacks knowledge or information sufficient to form a belief about the truth of this allegation, which has the effect of a denial and demands strict proof thereof.

84. Denied as untrue.

## AFFIRMATIVE DEFENSES

Defendant Localhost asserts the following affirmative defenses to the Air Canada Group's Complaint:

1. The Air Canada Group's claims are barred, in whole or in part, by the doctrines of laches, equitable estoppel, waiver, unclean hands, and/or acquiescence.

2. The Air Canada Group's breach of contract claims are barred, in whole or in part, by the doctrines of unconscionability, illegality, commercial impracticability, frustration of purpose, want or failure of consideration, and/or lack of mutuality.

3. The Air Canada Group's breach of contract claims are barred because the Air Canada Group breached the mandatory forum selection clause of the Terms of Use by filing their Complaint in this District. The contract claims should be dismissed based on at least the doctrine of *forum non conveniens*.

4. The Air Canada Group's trademark claims are barred, in whole or in part, by the doctrines of trademark fair use, particularly the doctrine of nominative fair use.

5. Localhost reserves the right to amend these affirmative defenses based upon the course of discovery and proceedings in this action.

## RELIEF REQUESTED

WHEREFORE, Localhost respectfully requests that this Court:

A.      Dismiss the Air Canada Group's complaint in its entirety with prejudice;

B.      Grant judgement in Localhost's favor against the Air Canada Group for damages, including pre-judgment interest, post-judgement interest, attorney's fees and costs; and

C.      Grant any such other relief as this Court deems just and proper.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Defendant demands a trial by jury on all issues so triable.

December 4, 2023                              Respectfully Submitted,

                                              GELLERT SCALI BUSENKELL & BROWN, LLC


                                              By: /s/ Charles J. Brown, III
                                              Charles J. Brown, III (DE 3368)
                                              201 N. Orange Street, Suite 300
                                              Wilmington, DE 19801
                                              Telephone: 302-425-5800
                                              Email: cbrown@gsbblaw.com

                                              Steven Susser, Esq.
                                              (*pro hac vice* forthcoming)
                                              Michael S. Schwartz
                                              (*pro hac vice* forthcoming)
                                              CARLSON, GASKEY & OLDS, P.C.
                                              400 West Maple Road, Suite 350
                                              Birmingham, MI 48009
                                              P: (248) 988-8360
                                              F: (248) 988-8363
                                              ssusser@cgolaw.com
                                              mschwartz@cgolaw.com

                                              *Attorneys for Defendant*