# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiffs have requested an extension of time to file their answering brief in opposition to Defendant's Motion to Dismiss;

WHEREAS, Defendant does not oppose Plaintiffs' request for an extension of time;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiffs Air Canada and Aeroplan, Inc. to file their Answering Brief in Opposition to Defendant Localhost, LLC's Partial Motion to Dismiss (D.I. 7) is extended through and including January 8, 2024 (from December 18, 2023).

Dated: December 18, 2023

| McCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Charles J. Brown, III* |
| Daniel M. Silver (#4758) | Charles J. Brown, III (#3368) |
| Alexandra M. Joyce (#6423) | 1201 N. Orange Street, Suite 300 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 425-5800 |
| Wilmington, Delaware 19801 | crbown@gsbblaw.com |
| (302) 984-6300 | |
| dsilver@mccarter.com | *Counsel for Defendants* |
| ajoyce@mccarter.com | |
| *Counsel for Plaintiffs* | |

IT IS HEREBY ORDERED this ____ day of December, 2023.

_____

United States District Judge

ME1 47038650v.1