# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. (collectively, "the Air Canada Group") intend to file a Motion for Preliminary Injunction (the "Motion for PI"), which will include: (1) a cover Motion, (2) Proposed Order, (3) Local Rule 7.1.1 Certification of Counsel, (4) Opening Brief in support of the Motion, (5) Attorney Declaration of Jonathan Fagan, in support of the Opening Brief, (6) Declaration of Derek Whitworth, in support of the Opening Brief, (7) Declaration of Paul Clark, in support of the Opening Brief, and (8) Declaration Evan Nuttall in support of the Opening Brief;

WHEREAS, the Air Canada Group will file its cover Motion for Preliminary Injunction, Proposed Order, Rule 7.1.1 Certification of Counsel, Opening Brief, the Declaration of Evan Nuttall, and the Attorney Declaration of Jonathan Fagan publicly;

WHEREAS, the Air Canada Group intends to file the Declaration of Derek Whitworth and the Declaration of Paul Clark under seal;

WHEREAS, the Air Canada Group represents that the Declaration of Derek Whitworth and the Declaration of Paul Clark contain confidential information belonging to the Air Canada Group referencing, relating to, or consisting of commercially sensitive web traffic data;

WHEREAS, the Air Canada Group believes it is necessary and appropriate, and that good cause exists, to file the Declaration of Derek Whitworth and the Declaration of Paul Clark under seal in order to avoid harmful disclosure of commercially sensitive web traffic data. *See In Re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662 (3d Cir. 2019) (requiring a that a proponent seeking to seal "demonstrate that 'good cause' exists for the order," and explaining that "[g]ood cause means 'that disclosure will work a clearly defined and serious injury to the party seeking closure");

WHEREAS, the Air Canada Group submits that Courts routinely protect information constituting a party's confidential commercial information, which if disclosed publicly, would subject the party to competitive harm in the marketplace, *see* Fed. R. Civ. P. 26(c)(1)(G), and here, the public does not have an interest in the commercially sensitive web traffic data that would outweigh the harm to the Air Canada Group in disclosing that information;[1]

WHEREAS, If the Air Canada Group is permitted to file the Declaration of Derek Whitworth and the Declaration of Paul Clark under seal, counsel for the Air Canada Group will work with counsel for Localhost LLC to prepare and file redacted, public versions of the Declaration of Derek Whitworth and the Declaration of Paul Clark within seven (7) days, in accordance with this Court's procedures; and

WHEREAS, the parties have conferred and Localhost LLC does not oppose the Air Canada Group's request to seal based on the Air Canada Group's above representations;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their

---

[1] The court's assessment of whether good cause exists to seal "generally involves a balancing process, in which courts weigh the harm of disclosing information against the importance of disclosure to the public." *MOSAID Techs. Inc. v. LSI Corp.,* 878 F. Supp. 2d 503, 508 (D. Del. 2012) (citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 787 (3d Cir. 1994)).

undersigned counsel and subject to the approval of the Court, that the Air Canada Group may file the Declaration of Derek Whitworth and the Declaration of Paul Clark under seal, subject to the requirements of D. Del. LR 5.1.3. the Air Canada Group will file its cover Motion for Preliminary Injunction, Proposed Order, Rule 7.1.1 Certification of Counsel, Opening Brief, the Declaration of Evan Nuttall, and the Attorney Declaration of Jonathan Fagan publicly. The parties will confer and file redacted versions of the Declaration of Derek Whitworth and the Declaration of Paul Clark in accordance with this Court's procedures.

Dated: December 21, 2023

| McCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
|---|---|
| */s/ Alexandra M. Joyce* | |
| Daniel M. Silver (#4758) | */s/ Charles J. Brown, III* |
| Alexandra M. Joyce (#6423) | Charles J. Brown, III (#3368) |
| Renaissance Centre | 1201 N. Orange Street, Suite 300 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 425-5800 |
| (302) 984-6300 | crbown@gsbblaw.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiffs* | |

IT IS HEREBY ORDERED this _____ day of December, 2023.

_____
United States District Judge