IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

AIR CANADA AND AEROPLAN INC.,

               Plaintiffs,

       v.

LOCALHOST LLC,

               Defendant.

C.A. No. 23-1177-GBW

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs Air Canada and Aeroplan, Inc. ("the Air Canada Group"), by their attorneys, move the Court pursuant to Federal Rule of Civil Procedure 65, for entry of a preliminary injunction against Defendant Localhost, LLC, enjoining it from violating the Terms of Use of the Air Canada Group's website and mobile app by scraping data from the Air Canada Group's website and mobile app for commercial purposes.

This motion is made on the grounds that (1) the Air Canada Group is likely to succeed on the merits of its breach-of-contract claim, (2) the Air Canada Group will be irreparably harmed if preliminary injunctive relief is not granted, (3) the threatened injury to the Air Canada Group if Localhost continues its unauthorized data scraping outweighs any damage to Localhost if an injunction should issue, and (4) the public interest will be served by issuance of a preliminary injunction.

In support of its motion, the Air Canada Group respectfully submits the accompanying Opening Brief in Support of Motion for Preliminary Injunction; the Declarations of Derek Whitworth, Paul Clark, and Evan Nuttall with accompanying exhibits; and a Proposed Preliminary Injunction Order.

ME1 47093441v.1

Dated: December 21, 2023

*Of counsel:*

Douglas A. Rettew
Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue N.W.
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
Doug.Rettew@finnegan.com
Jonathan.Fagan@finnegan.com

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Air Canada and Aeroplan Inc.*

2