**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., | |
| Plaintiffs, | C.A. No. 23-1177-GBW |
| v. | |
| LOCALHOST LLC, | |
| Defendant. | |

## RULE 7.1.1 CERTIFICATION

Pursuant to D. Del. LR 7.1.1, counsel for the parties met and conferred regarding Plaintiffs' preliminary injunction motion, including verbally with Delaware counsel present, and the parties were unable to reach an agreement on the relief sought therein.

Dated: December 21, 2023                          MCCARTER & ENGLISH, LLP

*Of counsel:*                                                   */s/ Alexandra M. Joyce*
                                                                       Daniel M. Silver (#4758)
Douglas A. Rettew                                       Alexandra M. Joyce (#6423)
Jonathan J. Fagan                                        405 N. King St., 8th Floor
FINNEGAN, HENDERSON, FARABOW,   Wilmington, DE 19801
 GARRETT & DUNNER, L.L.P.                 (302) 984-6300
901 New York Avenue N.W.                       dsilver@mccarter.com
Washington, D.C. 20001-4413                    ajoyce@mccarter.com
(202) 408-4000 (phone)
(202) 408-4400 (fax)                                    *Attorneys for Plaintiffs*
Doug.Rettew@finnegan.com                    *Air Canada and Aeroplan Inc.*
Jonathan.Fagan@finnegan.com

1