IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

WHEREAS, the Court having considered the parties' submissions and evidence; and

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. (collectively, "Air Canada Group" or "Plaintiffs") having established: (1) a likelihood of success on the merits of their breach-of-contract claim from Defendant Localhost LLC's data scraping; (2) that Plaintiffs will suffer irreparable harm if the injunction is denied; (3) that granting preliminary relief will not result in even greater harm to Defendant; and (4) that the public interest favors such relief (*see Kos Pharms., Inc. v. Andrx Corp.*, 369 F.3d 700, 708 (3d Cir. 2004);

IT IS HEREBY ORDERED that:

1. Plaintiffs' Motion for a Preliminary Injunction is GRANTED.
2. Defendant, its officers, agents, servants, employees and all persons acting in active concerned and participation with them who receive actual notice of this Order are preliminarily enjoined and restrained from:
   a. Violating the Terms of Use of Air Canada Group's Aeroplan website and/or mobile app, including by:

ME1 47093571v.1

i. using automated scripts, robots, crawls, screen scrapers, and/or web bots, to data mine, screen scrape, data scrape, data process, access, extract, copy, distribute, aggregate or acquire information from the Aeroplan website and/or mobile app;

ii. using, displaying, advertising, offering for sale, and/or selling data scraped from the Aeroplan website and/or mobile app for any commercial use or purpose;

iii. creating any derivative works from or otherwise copying, licensing, displaying, publishing, performing, recreating , reproducing, selling, transferring, transmitting, or otherwise distributing, modifying, editing, adding to, mirroring, framing, re-rendering, truncating, injecting, or changing of the order of any information, products, goods, services, and/or software contained or offered on, or obtainable by, through, or from the Aeroplan website and/or mobile app;

iv. accessing or using the Aeroplan website and/or mobile app in any way that burdens the website and/or mobile app to an unreasonable and disproportionate extent, that reduces the speed of the website and/or mobile app, that otherwise interferes with the normal functioning of the website and/or mobile app, and/or otherwise abuses or overuses the website and/or mobile app; and/or

v. circumventing or attempting to circumvent any measures or precautions taken by the Air Canada Group to prevent the use or access of the Aeroplan website and/or Mobile app.

Date: _____

_____
UNITED STATES DISTRICT JUDGE

ME1 47093571v.1