IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

**DECLARATION OF JONATHAN J. FAGAN IN SUPPORT OF PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

I, Jonathan J. Fagan, declare as follows:

1. I am an attorney with the law firm Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, co-counsel for Plaintiff SPG Dry Cooling USA LLC ("SPG") in this action, and I have personal knowledge of the statements contained within this declaration.

2. Attached hereto as **Exhibit 1** is a true and correct copy of screenshots taken from a forum on the website Reddit.com called "r/Aeroplan."

3. Attached hereto as **Exhibit 2** is a true and correct copy of screenshots taken from a forum on the website flyertalk.com called "Complaints about lack of partner availability on Aeroplan (2022 onwards)."

4. Attached hereto as **Exhibit 3** is a true and correct copy of screenshots taken from a forum on the website Discord.com called "Seats.aero Community."

5. Attached hereto as **Exhibit 4** is a true and correct copy of October 5–6, 2023, email communications between counsel for Localhost and counsel for the Air Canada Group.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an October 17, 2023, letter from counsel for Localhost to counsel for the Air Canada Group.

7. Attached hereto as **Exhibit 6** is a true and correct copy of captures from AirCanada.com.

8. Attached hereto as **Exhibit 7** is a true and correct copy of captures from Seats.aero.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Sam Curry, *Leaked Secrets and Unlimited Miles: Hacking the Largest Airline and Hotel Rewards Platform* (Aug. 3, 2023), https://samcurry.net/points-com/.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 20, 2023.

_____
Jonathan J. Fagan