## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AIR CANADA AND AEROPLAN INC.,

Plaintiffs,

v.

LOCALHOST LLC,

Defendant.

C.A. No. 23-1177-GBW

**PUBLIC VERSION**

## DECLARATION OF DEREK WHITWORTH IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I, Derek Whitworth of the City of Toronto in the Province of Ontario, declare the following:

1.     I am the Vice President, Customer Digital Technology at Air Canada and I have personal knowledge of the facts set out in this affidavit (except where stated to be based on information and belief).

2.     I have been the Vice President, Customer Digital Technology at Air Canada since November 2023, and was previously the Managing Director, Digital Channels for the 20-months prior. Before that, I spent five years working as a senior leader within Air Canada's Loyalty Group. As part of my current responsibilities at Air Canada, I oversee a team managing customer-facing digital properties (such as aircanada.com and the Air Canada + Aeroplan mobile app), digital development, and application management which support the commercial offering of Air Canada, including the Aeroplan reward program.

3.     Air Canada is the largest foreign air carrier operating to and from the United States. With and through its wholly owned subsidiary Aeroplan Inc. (Aeroplan Inc., together with

Air Canada, the "**Air Canada Group**"), the Air Canada Group operates the Aeroplan reward program.

4.      Through the Aeroplan program, members can accumulate points in various ways, including purchasing travel on Air Canada and certain partner airlines. Aeroplan members can then redeem points for airline tickets and other rewards provided by the Air Canada Group and participating partners. Aeroplan members can also redeem points for wares from a variety of popular businesses, including Uber, Starbucks, and many others.

5.      One of the most important facets of a loyalty program is the variety of rewards offered. More rewards make a program more attractive. That, in turn, makes more people want to become members. This results in increased business and builds brand loyalty and trust.

6.      Because of this, the Air Canada Group has invested significant resources to recruit third-party businesses to partner with the Air Canada Group and participate in the Aeroplan program. These partnerships are critical to Aeroplan's success and, even after they are established, the Air Canada Group takes great care and effort to nurture and strengthen them.

7.      Beyond having the right partners and reward options, it is critical that a rewards program be easy for consumers to use. The Air Canada Group therefore dedicates infrastructure and human resources to develop and support its website <www.aircanada.com> and its mobile app "Air Canada + Aeroplan." Through each, Aeroplan members and potential members can browse and search for available rewards with ease. They can also search for flight times, routes, awards, and the Aeroplan points necessary to purchase a flight. The Air Canada Group employs a team of product managers, software engineers, and developers in its digital products group to maintain and optimize existing features on the website and mobile app, and to monitor and respond to customer demand for additional features and functionalities.

2

8.      The process of accessing the data via our website and mobile app involves three main things: (1) the website's or mobile app's *user interface application* (i.e., the part of the website or app that a user interacts with, including images, text, and buttons); (2) the Air Canada Group's *database* (i.e., the repository where the data is stored); and (3) the Air Canada Group's *application programing interface* ("**API**"), which serves as the middleman between the user interface application and the database.

9.      To illustrate the relationship between the user interface, API, and database, consider a user searching <www.aircanada.com> for flights from the Philadelphia International Airport ("**PHL**") to the Frankfurt International Airport ("**FRA**"). First, the user inputs search parameters into the user interface application, such as departure and return dates. When the user presses the "Search Flights" button, the user interface application sends a *shopping request* (i.e., a request for flight information) to the API. The API verifies that the shopping request comes from an authorized source (the Air Canada Group's website or mobile app) based on identifying characteristics, such as a header identifying the source of the request. If the API does not recognize the shopping request as coming from an authorized source, then it will not retrieve data from the database, and the user will see an error message displayed on the user interface application.

10.     Upon receiving a shopping request that appears to come from an authorized user interface application, the API obtains the requested data from the database and sends the data to the authorized user interface application, as illustrated below.



11.     Upon receiving a shopping request that appears to come from an authorized user interface application, the API obtains the requested data from the database and sends the data to the authorized user interface application, as illustrated below.



12.     The user interface application then displays data as results responsive to the user's search, as illustrated below.



13.     As mentioned above, the Air Canada Group has invested significant resources to recruit third-party businesses to partner with the Air Canada Group and participate in the Aeroplan program and to maintain those partnerships.

14.     One of the Air Canada Group's oldest and most valuable business relationships is with the Star Alliance, of which Air Canada is a founding member. The Star Alliance is the world's largest alliance of airlines—including United Airlines, Air China, Lufthansa, SWISS, Turkish Airlines, and Air New Zealand—and connects passengers to 1,300 destinations in nearly 200 countries worldwide. From the Air Canada Group's partnership with the Star Alliance, customers can earn Aeroplan points by flying on any of the twenty-six member airlines, use those points to book tickets on multiple airlines, and access partner lounges across airports. The value of the Air Canada Group's relationships with Star Alliance members is immeasurable. These partners (both alone and together) increase the value of Aeroplan points, incentivizing customers to participate in the Aeroplan program, which in turn maintains and elevates their loyalty to the Air Canada Group and its brand.

15.     To make it possible for Aeroplan customers to earn and redeem points on Star

Alliance partner flights, the Air Canada Group has access to the inventory systems of fellow Star

Alliance members. This access comes through a Star Alliance "middleware" platform (a software

application that acts as a middleman between various databases) referred to as "**STARNET**,"

which is available only to Star Alliance members. The Air Canada website and mobile app are

linked to STARNET through a passenger service system ("**PSS**") maintained by a third party

called Amadeus IT Group, S.A. ("**Amadeus**"). The PSS is the software used to manage

reservations (such as shopping and ticketing) and airport departure control functions (such as

check-in and baggage acceptance). Because the website and mobile app are linked to STARNET,

when users enter search parameters for a flight (e.g., searches for travel to a specific destination

on a desired date), the user receives search results for flights operated by Air Canada *and* its Star

Alliance partners.

16.     In addition to sharing flight inventory information with one another via

STARNET, Star Alliance member airlines have agreed to recognize other members' loyalty

programs for travel. So, a flight taken by an Aeroplan member on, for example, United Airlines

may be eligible to earn Aeroplan points for the flight. In addition, Aeroplan members can redeem

Aeroplan points for flights on Star Alliance member airlines.

17.     Air Canada has also entered into partnerships with a select number of other global

airlines who are not Star Alliance members, including Canadian North, Emirates, Etihad, Vistara

and Virgin Australia. These relationships provide similar benefits. For example, customers can

book flights on these other airlines through the Air Canada Group's website and mobile app and,

in certain circumstances, redeem Aeroplan points for those flights and for travel on those other

partner airlines. Today, Aeroplan has more international airline partners than any other frequent flyer program.

18.     If Aeroplan members want to learn how many Aeroplan points are needed to redeem a flight on any partner airline, they can get that information from the click of a button on the Air Canada Group website or mobile app. The number of Aeroplan points required to redeem a particular flight is subject to change based on availability, time of booking, and other considerations. Therefore, the number of Aeroplan points required to book a particular flight today may not be the same when that flight is searched at a later date. This is consistent with the pricing for airline tickets purchased using money, the cost of which changes due to dynamic pricing considerations.

19.     In order to provide Aeroplan members with the most up-to-date and accurate information regarding the availability and pricing of flights available for redemption (because, as noted, points, prices, and availability change over time), Air Canada's website and mobile app provide real-time flight and reward information. Each time an Aeroplan member enters a search on the website or mobile app, our technology searches the Air Canada, STARNET, and other airline databases in real time (i.e., contemporaneously at the time of the search) for the entered parameters (e.g., origin, destination, number of passengers, and date). This approach is distinct from a process known as "caching" the search results, which creates a database of flight availability and pricing at one point in time without running a live search each time in response to a user request. A database created using a caching process may not be entirely accurate because the search is not performed in real-time but is, instead, a time capsule to what availability and pricing looked like when the cache was compiled, which can and does change. Air Canada has created a meaningful advantage for Aeroplan members by substantially

leveraging real-time flight and reward information, as opposed to cached information. It ensures a higher quality of results, despite the increased investment required.

20.     Each of the Air Canada Group's airline partner relationships takes significant time and resources to explore, negotiate, agree upon, enter into, and execute. These relationships involve detailed legal and commercial negotiations at the outset and technological integration upon formation. Once these partnerships are established, the Air Canada Group carefully manages them in order to ensure that the partnerships, both with Star Alliance and other airlines, run as smoothly as possible so as to continue to provide benefits to customers.

21.     The more successful partnerships the Air Canada Group is able to maintain, the more popular the Aeroplan program becomes and, in turn, the more value Aeroplan points have (which increases customer satisfaction and brand loyalty). As the Aeroplan program accumulates additional partners, more and more potential customers are incentivized to join the Aeroplan program due to the increased benefits and avenues for redeeming awards using Aeroplan points. And as more partners join the Aeroplan program, each Aeroplan point acquires the potential to redeem a new host of rewards, increasing its value for Aeroplan members and enticing potential members.

22.     The Aeroplan Program was intentionally designed to provide, in our view, as good a customer experience as possible. We have thus sought to make redeeming Aeroplan points as seamless/frictionless as possible. Among other things, Air Canada Group chose not to place the booking tool behind a login screen because doing so would require every Aeroplan member log in to the booking portal to start and search flight availability.

23.     Frequent flyers are drawn to Aeroplan specifically for its award offerings on international flights. Aeroplan has more airline partners than any other frequent flyer program,

8

allowing Aeroplan customers to use their points to reach more global destinations than they could with other programs. For example, Aeroplan is the only major frequent flyer program to be partnered with Air Mauritius and Oman Air. The draw is such that some customers join Aeroplan even if they do not intend to fly with Air Canada or domestically within Canada.

24.     To promote the use of Aeroplan points on international flights, Aeroplan has eliminated fuel surcharges on partner award tickets. Aeroplan is one of few global reward programs that does not add fuel surcharges—extra charges in money, typically based on distance flown, that are paid to the flight carrier and cannot be paid for with points—to award tickets.

25.     Through these efforts, the Air Canada Group has earned the loyalty of over eight million Aeroplan members.

## Shopping Traffic Levels on the Air Canada Group's Website and Mobile App and Actions Taken to Try to Stop the Traffic

26.     Searches for flight availability on the Air Canada Group's website and mobile app are called "**shopping requests.**"

27.     To help respond to shopping requests, we contracted with Amadeus to provide its PSS services (as mentioned above), including providing flight inventory information to our customers and Aeroplan members on the website and mobile app.

28.     Air Canada monitors the shopping traffic on its website and mobile app to understand trends and identify issues.

29.     While Aeroplan typically experiences an increase in the amount of shopping requests due to seasonal demand in the first quarter of the year, the ratio of shopping requests to completed reservations (a metric referred to as "Shop-to-book") had exploded from an average of ▮ shopping requests per reservation in the first six months of 2022, to ▮ shopping requests

9

per reservation in April 2023. Even accounting for the compounding effect of travel demand in the post-pandemic period, this rate of growth cannot be attributed to consumer behavior.

30.     On April 25, 2023, Amadeus reported that a high number of shopping requests occurred on April 20, 2023 between 03:00 to 04:00 GMT, directed to Air Canada's API dedicated to mobile app redemption booking. This is shown in a log that I have attached as Exhibit 2 to my declaration. Ex. 2 at 1. This drastic increase in shopping requests (referred to in the charts below as "**Transactions**") is shown in the following images:



31.     As part of the April 20 incident, Amadeus also recorded "high RTOs"—Response Timeouts, which measure and signal a large number of interruptions to service.

32.     Further, on April 27, 2023, a technology subcontractor which provides services to Star Alliance emailed the Air Canada Group and also reported that there were a high number of

availability requests coming from the Air Canada Group over the STARNET middleware on April 20, 2023. Each shopping request directed toward the Air Canada Group can generate as many as 100–300 availability requests directed toward partner airlines who operate any leg of a journey, asking for that partner airline's relevant flight information. When partner airlines detect an unusual volume of requests from Aeroplan's system, they sometimes block the requests, suspecting fraud and/or because the traffic slows their systems. Any interruption to the flow of data between the Air Canada Group and its partners results in Aeroplan customers not being able to view or redeem partner rewards. With regard to the April 20 incident, Star Alliance indicated that the volume of availability requests between the Air Canada Group and a Star Alliance member airline was overwhelming a Star Alliance member airline's PSS provider. The drastic increase in shopping requests (referred to in the charts below as "Invocations," or "trx/s") on April 20, 2023 is shown in the following images:





33.     The partner airline referenced above complained to the Air Canada Group, who

has been taking measures to lessen the load on the airline's system. Unfortunately, as a result,

flight rewards with this carrier are unavailable on the Aeroplan website and mobile app due to

the technical impact on the partner airline.

34.     Customers blame the Air Canada Group for not being able to display partner

award availability. For example, in a discussion titled "Aeroplan blocking partner award

availability" on the "Reddit" online forum, Aeroplan customers have complained about being

unable to apply points to partner flights. (Exhibit 1 to the Declaration of Jonathan J. Fagan

("Fagan Decl.").) As an example of the sort of error Localhost's scraping has caused customers

to have, one customer wrongly believed that *Aeroplan* had, unilaterally, "essentially removed" all

All Nippon Airways, EVA Air, and Etihad Airways flights. (Fagan Decl., Ex. 1.) Others noted

that flights from Lufthansa and SWISS were temporarily blocked. (Fagan Decl., Ex. 1.) Yet

another described these issues as "certainly distressing as partner redemption is the best

redemption one can still get" from Aeroplan. (Fagan Decl., Ex. 1.)  Still another wondered, "Hopefully this isn't the beginning of Aeroplan devaluation." (Fagan Decl., Ex. 1.)

35.     Similarly, the "FlyerTalk" online forum contains a discussion page dedicated to consumer complaints arising from the lack of Aeroplan partner reward availability. (Fagan Decl., Ex. 2.) One user collated issues "as of November 2023," which sits atop the discussion page. (Fagan Decl., Ex. 2.) These complaints continue to the present. (Fagan Decl., Ex. 2.)

36.     Upon receipt of the above-referenced reports about the significantly increased number of shopping requests, between April 26, 2023 and May 12, 2023, the Air Canada Group and Amadeus immediately began working together to try to identify the source of the extreme number of shopping requests.

37.     Through the collective efforts of the Air Canada Group, Amadeus, and Star Alliance, we learned that Seats.aero's data scraping was causing these Major Incidents. I understand that Mr. Carroll is the founder of Seats.aero and has identified himself as such on numerous forums.

38.     We learned that April 20, 2023, that day of the extreme increase in traffic, was the same day Mr. Carroll announced that Seats.aero had launched support for Aeroplan. At 05:41 (GMT) on April 20, 2023, just hours after the traffic increase was detected, Mr. Carroll announced in the online community "Discord," "I'm excited to announce that we've added support for Air Canada Aeroplan!" (Fagan Decl., Ex. 3 at 2.)

39.     It was (and is) clear from the Seats.aero website and mobile app that it scrapes a substantial amount of data from the Air Canada Group's website and mobile app. Over the next several weeks following that announcement, we experienced several of what are deemed "Major Incidents." A Major Incident is a significant and disruptive event which results in negative

impacts to Air Canada Group's operations. These Major Incidents impacted consumers' ability to redeem Aeroplan points for reward flights by making the website or mobile app inoperable for a period of time. We deployed measures to mitigate these Major Incidents and the resulting impact on our system. Our measures were temporarily successful, until Mr. Carroll devised workarounds to circumvent the protections we put into place. The sequence of events is discussed below.

40.     On May 4, 2023, Air Canada Group experienced a Major Incident that lasted 3 hours and 17 minutes and resulted in a very high number of reported shopping requests that caused response timeouts and an inability of our Aeroplan members to shop or book flight rewards. Ex. 8 at 2. (A response timeout, in this context, is an error that occurs when a user must wait too long for a response to a shopping request.) Specifically: (a) our customer service contact centers had been receiving multiple complaints and reports from Aeroplan members that redemption bookings were failing on the website and mobile app; (b) support teams continued to investigate as they were seeing a higher number API response timeouts; and (c) Amadeus and our digital and cyber-defense teams were investigating multiple response timeout issues experienced by Aeroplan Members.

41.     Because our Aeroplan Members were not able to complete redemptions on the website and mobile app, they were calling into our customer service contact center to book flights. While our contact centers can process bookings manually, given the high number of issues reported by Aeroplan members, these operations were adversely impacted as we could not keep up with the number of manual bookings that needed to be processed.

42.     When Aeroplan members cannot redeem their points for reward flights on our website and mobile app, it is a negative experience. This damages the Aeroplan and Air Canada

brand and reputation with the impacted Aeroplan members and those members and potential members who learn of the incident.

43.     The Amadeus support team was engaged to investigate this Major Incident. The Amadeus and cyber defense teams were deployed to analyze the traffic on the website and mobile app, in collaboration with the Air Canada Group digital product teams.

44.     On May 9, we experienced another Major Incident due to a very high number of shopping requests that caused more response timeouts and impeded Aeroplan members' ability to shop or book flight rewards. Ex. 8 at 3. Specifically, our contact center reported receiving multiple complaints and reports from Aeroplan members of redemption bookings failing on the website and mobile app. As with the May 4, 2023 Major Incident, our contact centers tried to help to mitigate by processing bookings manually. But this took time and, as a result, members were dissatisfied.

45.     On May 12, 2023, the Air Canada Group attempted to block Seats.aero's activity by releasing an update to the mobile app. Specifically, the Air Canada Group released version 5.33.2 of the mobile app, which implemented changes that made it more difficult to request information from the Air Canada Group's API. This mobile app update placed the API endpoint behind a technological security barricade operated by a provider of web security services, Akamai. This solution was effective at immediately reducing the number of shopping requests on our mobile app from 8 or more transactions per second to less than 3 shopping requests per second, as shown in the following graph:



46.     On May 14, 2023—two days after the Air Canada Group released this update to the mobile app intended to block Seats.aero's scraping—Mr. Carroll wrote on Discord, "It appears Air Canada tried to block us from searching for availability starting on Friday. I just put in a fix for it so you should see availability start to refresh again." (Fagan Decl., Ex. 3 at 3.)

47.     On May 15, 2023, after Mr. Carroll implemented his "fix" to circumvent Air Canada's security, the number of transactions per second again increased to an abnormally high number, and the Air Canada Group experienced another Major Incident. Ex. 8 at 5. This time, we experienced abnormally high traffic on Amazon Web Services, which serves as an integration layer (between the mobile app and APIs) that processes shopping requests. The Air Canada Group teams identified issues with shopping and completing a booking for an Aeroplan flight reward due to timeouts on the Amazon Web Services platform. This caused instability that impacted Aeroplan members' ability to shop for or book a flight reward.

48.     Shortly after Seats.aero went back online for Aeroplan, the Air Canada Group experienced another Major Incident on May 23, 2023, again due to a high number of shopping

requests, resulting in response timeouts due to server capacity issues. Ex. 8 at 6. This impacted Aeroplan members' ability to shop or book flight rewards and led to high call volume at our contact centers to complete redemption bookings.

49.     The incidents on May 4, 9, 15, and 23 rose to the severity of a "brownout"—when a website becomes largely unresponsive because the volume of requests directed toward the website exceeds the capacity the site was designed to accommodate. During brownouts caused by Seats.aero's data scraping, people could not (and cannot) use the website and mobile app to access Aeroplan flight rewards, including to search for available rewards and redeem Aeroplan points for reward flights. During these brownouts, customers also could not obtain quick and easy service through the Aeroplan call center given the high volume of calls.

50.     On May 26, 2023, the Air Canada Group deployed yet another fix to stop Seats.aero's activity. Specifically, the Air Canada Group released a website update that allowed Akamai to enable Bot Manager Premier for Aeroplan shopping requests. This was intended to detect and prevent the sort of bots Seats.aero uses to extract the Air Canada Group's data. Then, on May 27, 2023, the Air Canada Group activated Bot Manager Premier.

51.     Just after the Air Canada Group's May 26 and 27 protective measures, on May 28, 2023 Mr. Carroll announced on Discord that "we are having trouble updating Aeroplan again." (Fagan Decl., Ex. 3 at 9.)

52.     On May 31, 2023, the Air Canada Group worked with Amazon Web Services to implement "rate limiting"—a strategy designed to limit bot activity on the Air Canada's Group's mobile app flight shopping API. Rate limiting is a way for Amazon Web Services to limit the number of requests in a specific period of time from a specific source.

53.     On June 1, 2023, the Air Canada Group implemented further rate limiting within Akamai on the Air Canada Group's mobile app flight shopping API to supplement the rate limiting changes made within the Amazon Web Services platform the day prior. The next day, on June 2, 2023, Mr. Carroll wrote on Discord, "Aeroplan banned our servers again. We got around the Aeroplan ban again. We will keep getting around it[.]" (Fagan Decl., Ex. 3 at 4–5.)

54.     During the month of July 2023, we took additional actions to prevent Seats.aero's scraping, for example:

- July 20, 2023: We released a security update as part of version 5.35 of the mobile app. This security update was, yet again, intended to block data scraping such as that performed by Seats.aero.

- July 27, 2023: We activated a further security update contained in version 5.35 of the mobile app.

55.     On August 17, 2023, Mr. Carroll wrote, "Hi all, as you may have noticed, there has been a lot of instability with Aeroplan lately. This has been occurring because they have configured their security service (Akamai) with extreme anti-bot rules . . . We have rolled back to our previous method of searching Air Canada, which we expect to be more stable[.]" (Fagan Decl., Ex. 3 at 6.)

56.     The Air Canada Group, working with its third-party service providers, continues to fine-tune its security against bots. At times, these efforts are successful; at other times, Localhost is able to circumvent them. These necessary changes to security parameters—tailored to address Localhost's ever-evolving circumvention attempts—can impact customers' ability to search for and redeem rewards on the website and mobile app.

57.     In summary, we have had to deploy many and various bot protection measures as a result of and to combat Mr. Carroll's actions, from shortly after he started scraping our website and mobile app until the present day. These ongoing efforts are necessary because Carroll repeatedly and persistently works around the various measures we have deployed to try to protect our website and mobile app.

**Seats.aero's impact on our Digital Products Group**

58.     In addition to slowing the Air Canada Group's website and mobile app and rendering them inoperable at times, Seats.aero's activities have forced us to divert significant personnel resources and technology investment from other important initiatives in order to address and stop the activities. The Air Canada Group employs a digital products group consisting of product managers, software engineers, and developers. The digital products group is dedicated to maintaining existing features on the Air Canada Group's website and mobile app and to developing new features to improve the customer experience and address customer demands.

59.     Among the most-requested features is a "Calendar" feature in the mobile app, which would allow customers to easily view flight and award data across multiple dates. Atop the digital products group's priorities is the implementation of this much-desired feature. But the implementation of this feature has been delayed, leading to customer complaints. Air Canada was not able to implement the Calendar feature because the digital products group's limited resources needed to be diverted to defend the website and mobile app against Seats.aero's continual and ongoing assaults on the Air Canada Group's infrastructure.

60.     Additionally, the digital products group has been unable to launch additional features or was significantly delayed in launching them. For example, another highly requested feature is the "Multi-City" feature in the mobile app. This would allow users to search itineraries

arriving and departing from different airports, rather than a traditional round-trip that departs from city A, arrives to city B, departs from city B, and returns to city A. Due to the diversion of the digital products group's resources to fight Seats.aero, the launch of this feature, which will greatly enhance the customer experience, has been postponed.

61.     Further still, the digital products group was able to release an early version of a feature that allowed users to change an Aeroplan flight reward itinerary online in July 2023. But the group was unable to release incremental functionality until November 2023, again due to the diversion of resources to address Seats.aero's activities.

62.     Unless Seats.aero is stopped, the digital products group must continue to divert its focus and precious resources on fighting Seats.aero instead of on its critical job and objective of maintaining and improving the existing website and mobile app features and developing and implementing new features that keep up with and satisfy customers' demands and expectations.

**The Shop-to-Book Ratio**

63.     Seats.aero's activity has harmed Air Canada in yet another way: it has rendered our Shop-to-Book Ratio meaningless. We track what is called the "Shop-to-Book Ratio," which is the ratio of the number of shopping requests on our website and mobile app to the number of actual flight redemption bookings made. We use this ratio as a metric to determine, among other things, whether the user experience on our website and mobile app lends itself to customers booking flights. It is also a gauge of booking path optimization. One of the primary goals for any eCommerce platform is to reduce steps in the process to improve conversions, which naturally means fewer shopping requests are required to generate a single booking. Since Localhost started to scrape and copy the Air Canada Group information on Seats.aero, we have seen this ratio increase in an unfavourable manner. Specifically, there are, on average, a significantly higher

number of shopping requests for each booking as compared to what was a more standard/average ratio. The following graph illustrates Shop-to-Book ratios from January to July of 2023:



64.     As shown, there was a significant increase in the Shop-to-Book ratio starting on or around April 20, 2023, as compared to what we typically expect to see in an average month, with the dips generally corresponding to various protection measures we deployed and when Seats.aero was down.

65.     The number of searches for redemption tickets increased by three times starting on April 20, 2023, when Seats.aero announced that it was providing data for Air Canada Group. The chart above shows the increased redemption queries starting on April 20, 2023, which tripled from the numbers before April 20, 2023. Before this, as shown in the chart, the number of redemption searches was similar to the number of revenue searches.

66.     Seats.aero's activities have made our Shop-to-Book ratio so unreliable and not representative of what real usage and shopping requests would be, that we have stopped using it as a tool to track the effectiveness of our campaigns and booking flow effectiveness. This is

because it is impossible to pick apart bots from humans just by looking at the search data. As a result, this previously helpful tool has been rendered unusable. We are thus now forced to devote resources to find other ways to track our campaigns and website and mobile app efficiencies.

**Air Canada's Interactions with Mr. Carroll and Localhost**

67.     In his Discord post on August 17, 2023 at 12:52PM (EDT), Mr. Carroll stated "It's unfortunate that Air Canada is unwilling to work with the search tools, and even though we have reached out to them they apparently will not talk to us." (Fagan Decl., Ex. 3 at 6.)

68.     To the best of my knowledge, information, and belief, neither Mr. Carroll nor anyone else at Localhost had made any prior attempt to reach out to Air Canada Group, other than an August 16, 2023 message sent through LinkedIn to Alex Pourazari, the Director, Digital Product at Air Canada, at 11:46AM (EDT). I have attached a screen shot of this message as Exhibit 1 to my declaration. This message to Alex Pourazari was sent just over 24 hours before Mr. Carroll's Discord Post.

69.     We view the statement made on Discord as, at best, disingenuous because the message to an employee of the Air Canada Group, on social media from someone who claimed to be scraping the Air Canada Group and was otherwise unknown to the Air Canada Group, provided no practical, reasonable, or realistic time to respond.

70.     Furthermore, upon seeing the Discord post, the Air Canada Group had serious reservations in engaging with a person who would act in such a manner.

71.     On October 5, 2023, at approximately 9:00 AM (EDT) the Air Canada Group, through counsel, sent Mr. Carroll a letter noting that his data scraping and operation of the Seats.aero website and mobile app violate the Terms of Use (attaching a copy of the terms) and

multiple other laws. (Dkt. 1-2 at 2–9.) The cease-and-desist Letter also invited Mr. Carroll to contact our counsel.

72.     On October 5, 2023, at 5:51 PM (EDT) Air Canada Group's Counsel received an email from counsel for the Defendant confirming receipt of the October 5 letter and contesting the Air Canada Group's claims. (Fagan Decl., Ex. 4.) The email also said that counsel for the Defendant would "respond in more detail presently." (Fagan Decl., Ex. 4.)

73.     In response to an email from our counsel to Defendant's counsel on the expected timing of a response to our letter, we were advised that a response would be provided on October 20, 2023. Ex. 6.

74.     Meanwhile, on October 6, 2023 at 4:08 PM (EDT), Mr. Carroll posted a statement on Discord declaring, among other things "We do not intend to comply with their request and will continue to maintain Seats.aero's support for Aeroplan for the foreseeable future. We are confident in our position, and if needed, we will see Air Canada in court[.]" (Fagan Decl., Ex. 3 at 7.)

75.     On October 17, 2023, in a letter to our attorney, Defendant's counsel stated "Seats.aero will not stop gathering data from Air Canada's website." (Fagan Decl., Ex. 5.)

76.     In preparing my declaration, I reviewed the following materials:

| Reference | Document Description |
|---|---|
| Fagan Decl. Exhibit 1 | Screenshots taken from a forum on the website Reddit.com called "r/Aeroplan." |
| Fagan Decl. Exhibit 2 | Screenshots taken from a forum on the website flyertalk.com called "Complaints about lack of partner availability on Aeroplan (2022 onwards)." |
| Fagan Decl. Exhibit 3 | Screenshots taken from a forum on the website Discord.com called "Seats.aero Community." |
| Fagan Decl. Exhibit 4 | October 5–6, 2023, email communications between counsel for Localhost and counsel for the Air Canada Group. |
| Fagan Decl. Exhibit 5 | October 17, 2023, letter from counsel for Localhost to counsel for the Air Canada Group. |

| Fagan Decl. Exhibit 6 | Captures of the website aircanada.com. |
| Fagan Decl. Exhibit 7 | Captures of the website seats.aero. |
| Whitworth Decl. Exhibit 1 | Screenshot of Linkedin message from Ian Carroll to Alex Pourazari. |
| Whitworth Decl. Exhibit 2 | Log of Major Incidents. |

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on December 20, 2023.

_____

Derek Whitworth