# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Case No. 1:23-cv-01177-GBW <br><br> **JURY DEMAND REQUESTED** |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Defendant has requested an extension of time to file its reply brief to its Partial Motion to Dismiss;

WHEREAS, Plaintiff does not oppose Defendant's request for an extension of time;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant Localhost LLC, to file its Reply Brief to Localhost, LLC's Partial Motion to Dismiss (D.I. 7) is extended through and including January 29, 2024 (from January 15, 2023).

Dated: January 15, 2024

| | |
|---|---|
| By: */s /Daniel N. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6392<br>Fax: (302) 450-4235<br>Email: ajoyce@mccarter.com<br><br>Douglas A. Rettew<br>(admitted *pro hac vice*)<br>Jonathan J. Fagan<br>(admitted *pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>(202) 408-4000 (phone)<br>(202) 408-4400 (fax)<br>Doug.Rettew@finnegan.com<br>Jonathan.Fagan@finnegan.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Charles J. Brown, III*<br>Charles J. Brown, III (DE 3368)<br>Gellert Scali Busenkell & Brown, LLC<br>201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-425-5800<br>Email: cbrown@gsbblaw.com<br><br><br>Steven Susser, Esq.<br>(admitted *pro hac vice*)<br>Michael S. Schwartz<br>(admitted *pro hac vice*)<br>CARLSON, GASKEY & OLDS, P.C.<br>400 West Maple Road, Suite 350<br>Birmingham, MI 48009<br>P: (248) 988-8360<br>F: (248) 988-8363<br>Email: ssusser@cgolaw.com<br>Email: mschwartz@cgolaw.com<br><br><br>*Attorneys for Defendant* |

IT IS HEREBY ORDERED this _____ day of January, 2024.

_____
United States District Judge