IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Case No. 1:23-cv-01177-GBW <br><br> **JURY DEMAND REQUESTED** |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, Defendant has requested an extension of time to file its response brief to Plaintiffs' Motion for Preliminary Injunction;

WHEREAS, Plaintiff does not oppose Defendant's request for an extension of time;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Defendant Localhost LLC, to file its Response Brief to Air Canada and Aeroplan Inc.'s Motion for Preliminary Injunction (D.I. 15) is extended through and including January 18, 2024 (from January 04, 2024).

Dated: January 17, 2024

| | |
|---|---|
| By: */s / Daniel M. Silver*<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>McCarter & English, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6392<br>Fax: (302) 450-4235<br>Email: ajoyce@mccarter.com<br><br>Douglas A. Rettew<br>(admitted *pro hac vice*)<br>Jonathan J. Fagan<br>(admitted *pro hac vice*)<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>(202) 408-4000 (phone)<br>(202) 408-4400 (fax)<br>Doug.Rettew@finnegan.com<br>Jonathan.Fagan@finnegan.com<br><br>*Attorneys for Plaintiffs* | By: */s/ Charles J. Brown, III*<br>Charles J. Brown, III (DE 3368)<br>Gellert Scali Busenkell & Brown, LLC<br>201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-425-5800<br>Email: cbrown@gsbblaw.com<br><br><br><br>Steven Susser, Esq.<br>(admitted *pro hac vice*)<br>Michael S. Schwartz<br>(admitted *pro hac vice*)<br>CARLSON, GASKEY & OLDS, P.C.<br>400 West Maple Road, Suite 350<br>Birmingham, MI 48009<br>P: (248) 988-8360<br>F: (248) 988-8363<br>Email: ssusser@cgolaw.com<br>Email: mschwartz@cgolaw.com<br><br><br>*Attorneys for Defendant* |

IT IS HEREBY ORDERED this _____ day of January, 2024.

_____
United States District Judge