# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Case No. 1:23-cv-01177-GBW <br><br> **JURY DEMAND REQUESTED** |

**DECLARATION OF MICHAEL J. SCHWARTZ IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

I, Michael J. Schwartz, declare as follows:

1. I am an attorney with the Law Firm of Carlson, Gaskey & Olds, P.C. and represent Defendant Localhost, LLC ("Localhost") in this action.

2. I have personal knowledge of the statements contained within this declaration.

3. Attached hereto as Exhibit 1 is a true and correct copy of a screenshot taken from the website https://ca.finance.yahoo.com/quote/AC.TO/ on January 17, 2024.

4. Attached hereto as Exhibit 2 is a true and correct copy of screenshots taken from the website https://www.trustpilot.com/review/aeroplan.com on January 17, 2024.

5. Attached hereto as Exhibit 3 is a true and correct copy of screenshots taken from the website https://www.tripadvisor.com/Airline_Review-d8728998-Reviews-Air-Canada on January 18, 2024.

6. Attached hereto as Exhibit 4 is a true and correct copy of a capture of the webpage https://www.aircanada.com/content/dam/aircanada/portal/html/flash-files/19/191205_en.html taken on January 18, 2024.

7. Attached hereto as Exhibit 5 is a true and correct copy of a pdf downloaded from https://corporate.amadeus.com/documents/en/resources/corporate-information/corporate-documents/global-reports/2021/3-technology-and-innovation.pdf on January 18, 2024.

8. Attached hereto as Exhibit 6 is a true and correct copy of a capture of the webpage https://developers.google.com/search/docs/crawling-indexing/googlebot taken on January 18, 2024.

9. Attached hereto as Exhibit 7 is a true and correct copy of a capture of the webpage https://www.aircanada.com/us/en/aco/home.html taken on January 18, 2024. Further, when I opened this page in my web browser, the "Terms of use" hyperlink was not visible until I scrolled down on the web page.

10. Attached hereto as Exhibit 8 is a true and correct copy of a capture of the webpage https://www.aircanada.com/us/en/aco/home/legal/terms-of-use.html#/ taken on January 18, 2024.

11. Attached hereto as Exhibit 9 is a true and accurate transcription of the video podcast available at https://www.facebook.com/pointsmilesandbling/videos/214661668290279.

12. Attached hereto as Exhibit 10 is a true and correct copy of a screenshot of the webpage https://www.britannica.com/question/What-are-the-chances-of-being-struck-by-lightning taken on January 18, 2024.

13. Attached hereto as Exhibit 11 is a true and correct copy of screenshots from the forum located at https://www.flyertalk.com/forum/air-canada-aeroplan/2061344-complaints-about-lack-partner-availability-aeroplan-2022-onwards-17.html taken on January 6, 2024.

14. Attached hereto as Exhibit 12 is a true and correct copy of a capture of the webpage https://www.smartbiggar.ca/insights/news/news-item/smart-biggar-stands-out-in-the-market-for-patents-with-gold-band-and-11-partners-recommended-in-iam-patent-1000-2018-edition taken on January 18, 2024.

15. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2024                By: _____
                                              Michael J. Schwartz