# EXHIBIT 1

## Air Canada (AC.TO)

Toronto - Toronto Real Time Price. Currency in CAD

☆ Add to watchlist

## 18.38 -0.07 (-0.38%)

At close: 03:59PM EST

**Summary**   Chart   Conversations   Statistics   Historical Data   Profile   Financials   Analysis   Options   Holders   Sustainability

| | | | | |
|---|---|---|---|---|
| Previous Close | 18.45 | Market Cap | 6.589B | |
| Open | 18.27 | Beta (5Y Monthly) | 2.38 | |
| Bid | 18.37 x 0 | PE Ratio (TTM) | 3.05 | |
| Ask | 18.38 x 0 | EPS (TTM) | 6.02 | |
| Day's Range | 18.26 - 18.56 | Earnings Date | Feb 15, 2024 - Feb 19, 2024 | |
| 52 Week Range | 16.04 - 26.04 | Forward Dividend & Yield | N/A (N/A) | |
| Volume | 1,332,214 | Ex-Dividend Date | N/A | |
| Avg. Volume | 2,257,058 | 1y Target Est | 29.95 | |

**1D**  5D  1M  6M  YTD  1Y  5Y  Max    ⤢ Full screen



18.60

18.45

18.38

18.33

18.20

10 a.m.          12 p.m.          02 p.m.          04 p.m.

# EXHIBIT 2







**RC** Reuben Calalang
2 reviews  ⊙ CA

★★★★★                                                    Jan 5, 2024

### Calling Aeroplan takes forever

Calling Aeroplan takes forever. When an agent finally answers, they are very
incompetent and give you the wrong info that can agitate you. Aeroplan stole over
20000 points from me, points I worked hard at, telling me it expired. Then they expect
to sell it back to me at a profit. Very unprofessional and unethical company. They
should be sued. When I fly by Air Canada which I try to avoid these days, they sell
you everything, even peanuts and earphones. They should be bankrupt. They used to
be good. Now they are pathetic and so bad. We should boycott this airline.

**Date of experience:** January 05, 2024

👍 Useful    ⤳ Share                                                    🏳

**LI** Lost in the woods
1 review  ⊙ CA

★★★★★                                                    Nov 27, 2023

### Points are now worthless - a million points gets two business class seats
### to Europe

I have been an Aeroplan member for 30 years and previously found it to be good for
international business class seats. However, I tried to book flights to London today
was shocked by the amount of points and money they wanted.

So I looked up a previous points redemption for exactly the same trip in 2022. The
amount of points required is now 2.6 times what it was just two years ago, and the
cash is 3.2 times.

**Date of experience:** November 27, 2023

👍 Useful    ⤳ Share                                                    🏳



**CO**
**Consumer**
1 review ◎ AU

★ ★ ★ ★ ★                                                        Nov 3, 2023

### Disappointing experience at every step

I could not retrieve password to log into Aeroplane in order to buy a day pass to the
lounge in Vancouver. Aeroplane "customer service" can only be reached by phone, I
was on hold twice for over an hour. Then was assured that I can buy day pass at the
lounge. I was turned back there by a very arrogant "customer assistant".
Disappointed

**Date of experience:** November 02, 2023

👍 Useful     ⟨ Share                                                      ⚐

# EXHIBIT 3



## Overview

**3.0** ●●●○○     30,121 reviews

🏆 Travelers' Choice 2019 Winner
🏆 Travelers' Choice 2018 Winner

| | |
|---|---|
| Legroom | ●●●●○ |
| Seat comfort | ●●●○○ |
| In-flight entertainment (WiFi, TV, movies) | ●●●●○ |
| Onboard Experience | ●●●○○ |
| Customer service | ●●●○○ |
| Value for money | ●●●○○ |
| Cleanliness | ●●●●○ |
| Check-in and boarding | ●●●○○ |
| Food and beverage | ●●●○○ |

### Airline Deals

✈ Search Air Canada flights

### About Air Canada

**AIRLINE ALLIANCE**

✦ Star Alliance

**AIRLINE SUMMARY**

Air Canada (AC) is Canada's largest airline serving more than 200 destinations on six continents. Air Canada, together with its partners Air Canada Express and rouge, carried more than 41 million passengers in 2015. The airline started as Trans-Canada Air Lines (TCA) on 1 September 1937 and today is one of the 20 largest airlines of the world. It is also one of the founding members of the Star Alliance. Its major hubs include Calgary International (YYC), Montréal-Pierre Elliott Trudeau (YUL), Toronto Pearson (YYZ), and Vancouver International (YVR). A modern Airbus and Boeing fleet provides Business Class, Premium Economy on long-haul international, and Economy Class service.

| ✏ **30121** Reviews | 📷 **4130** Photos | 💡 **100** Tips |
|---|---|---|

## Reviews

**Write a review** ▾

**Traveler rating**

| | | |
|---|---|---|
| ☐ Excellent | ▮▮▮ | 6,122 |
| ☐ Very Good | ▮▮▮▮ | 7,494 |
| ☐ Average | ▮▮ | 5,127 |
| ☐ Poor | ▮ | 3,396 |
| ☐ Terrible | ▮▮▮▮ | 7,984 |

**Route**
☐ Africa
☐ Asia
☐ Canada
☐ Caribbean
More

**Cabin**
☐ Economy
☐ Premium Economy
☐ Business Class
☐ First Class

**Language**
○ All languages (30,123)
● English (25,479)
○ French (1,823)
○ Spanish (654)
More

**Popular mentions**

All reviews   maple leaf   vancouver   yyz   pods   washroom





**Bronson K** wrote a review Yesterday
1 contribution

●○○○○

Phoenix - Rome    International

### Worst airline ever

I am a very frequent flyer. In fact, my husband is a professional pilot. This is the WORST airline I have EVER experienced. We were unable to take our trip due to circumstances out of our control. We got "credits" back, but were lied to about their expiration date. When we tried...

Read more ▾

**Date of travel:** May 2023

*This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews.*

👍 Helpful    🔗 Share

---

**Tracey H** wrote a review Yesterday
1 contribution

●○○○○

Toronto - Detroit    USA

### CAN'T SPEAK WITH A LIVE AGENT

AEROPLAN - YOU CAN NOT GET A LIVE PERSON. I TRIED EVERYTHING, I WAS TRYING TO LOGIN, AND RESET MY PASSWORD. AIR CANADA SENDS VERIFICATION EMAIL TO AN OLD EMAIL ADDRESS. ALL I WANT TO DO IS UPDATE MY PROFILE YET I CAN'T LOGIN. WHAT A FRIGGIN JOKE!!!!!!!

Read more ▾

**Date of travel:** January 2024

*This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews.*

👍 Helpful    🔗 Share

---

**Corynn S** wrote a review Jan 16
1 contribution

●○○○○

Phoenix - Ottawa    Canada

### Terrible.

DO NOT FLY AIR CANADA. Flights are always delayed. Our first flight was delayed 4 hours (not bad). Our connecting flight was delayed 12 hours - leaving us no where to sleep that night. We visited the air Canada help desk and asked for a hotel for the night, they told us they...

Read more ▾

**Date of travel:** January 2024

*This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews.*

👍 Helpful    🔗 Share

# EXHIBIT 4



Email not displaying correctly?
View it in your browser.



**FLASH Canada - December 5, 2019**



We are now operating our reservation, ticketing and inventory processes on the new Amadeus Altéa passenger service system, and we thank you for your support, which is essential to its success.  As we work to complete this project, certain functions will be temporarily unavailable and some customers may experience technical issues.  We are working hard to resolve these as quickly as possible. Due to an increased number of queries, the wait times for our call centre agents is significantly higher than normal, so we encourage you to use our online tools. We apologize for any inconvenience for you and your customers.

Below you will find  some new and commonly asked  questions, however we also encourage you to review our Travel Agent FAQ page for any updates that might assist you.

**Altitude members**

**Preferred Seat discount and/or fee waivers for Travel Companions**
The ability to extend discounts and/or fee waiver for Travel Companions for the same booking is unavailable until the final phase of the new system roll-out at

the airport is completed in the new year.

### Upgrades

On a temporary basis, all upgrade requests must be completed no later than 24 hours prior to departure. Your customers will be unable to request upgrades at the airport, and unfortunately, we cannot guarantee that upgrades which were not cleared prior to check-in will be processed at the gate, even if a seat is available. Rest assured that we are working hard to confirm more upgrades ahead of check-in. Note that we have expanded all eUpgrade booking windows to at least 72 hours in order to ensure your customer's upgrade request can be processed. Learn more.

### Early stand-by

If customers wish to stand-by for an earlier flight at the airport on the day of departure, the eUpgrade status may be affected. If they do not receive an eUpgrade on an earlier flight, and their credits are not refunded within 72 hours, please have them fill out the online reporting tool.

### Status recognition

If your customers are reaching a new Altitude status, it may take up to 72 hours for all our different systems to reflect the updated status. We are working to shorten this time period.

### Aeroplan members

### Aeroplan Flight Reward bookings

While we completed our migration to a new reservation system, a limited number of Aeroplan accounts have not yet have transferred over. Affected customers are currently unable to redeem Aeroplan Miles for Flight Rewards. We are working as quickly as possible to restore full functionality to these accounts.

### Associating a customer's Aeroplan number with a booking on aircanada.com/agents

If your customer's Aeroplan account has not yet transferred over, our system will temporarily not recognize your number when making a booking on aircanada.com/agents. Please complete your customer's booking without the Aeroplan number and ask them to "Request Missing Miles" from Your Account section on aeroplan.com. This issue will be resolved shortly.

### Flight Pass

### Purchases

If you are trying to purchase a Flight Pass and you encounter error "RC=EIP Component = Service Fault", please verify the credit card information, including name and expiry date as well as the billing address. Air Canada

Reservations cannot assist with the purchasing of a Flight Pass. If all information has been validated and you continue to receive this message, please contact Customer Relations.

**Seat selection**

For seat selection on a Flight Pass booking, please go to aircanada.com/agents and select "My Bookings" to access the booking and select a seat. Please note this option is currently not available between 24 and 36 hours before your flight's departure time. However, customers may select seats during the check-in process within 24 hours of flight on aircanada.com, aircanada.com/agents on the mobile app, or at the airport.

**Same Day Changes**

This function will be restored after the final phase of the new system roll-out at the airport is completed in the new year. If your customer is  looking to confirm a different flight on the day of departure, please ask them to see an Air Canada Agent at the airport to process their request.

**<span style="color:red">REMINDER</span>: Advance Seat Selection**

Thirty-six hours prior to any flight departure, complimentary or purchased seat selection is not available. Your customers may continue to select their seats at check-in, which can be done 24 hours prior to departure on aircanada.com, aircanada.com/agents and our mobile application. This will be resolved in Phase 2 of our Amadeus Altéa implementation at Airports in early 2020.

**<u>FAQs</u>**

Please continue to monitor our <u>Travel Agent FAQs</u> for the most up to date information.

Thank you once again for your support and patience.

 FOLLOW OUR SHOWCASE PAGE    @AirCanada    AIR CANADA TRAVEL AGENTS GROUP







Flights operated by Air Canada Rouge. For more information, visit <u>flyrouge.com</u>.

This email was sent because you represent or are an agent of a company or other legal entity engaged in the sale of air services that has a relationship with Air Canada.

Prices, schedules, terms and conditions are subject to change. All taxes, fees and charges are subject to change.

For online bookings, please refer to the booking flow by clicking on the search option in order to see the final

price/breakdown or contact Air Canada Reservations at 1-888-247-2262. Certain international destinations may have taxes, fees or charges that must be paid at the point of origin or at departure. Please contact the nearest foreign government office of the country you plan to visit for definitive, up-to-date information. Country-specific and interactive passenger-specific information is also available at iatatravelcentre.com and travel.gc.ca. Fees for optional services, such as itinerary changes, additional baggage, advance seat selection, or certain special service requests may increase overall cost. For more information, please consult aircanada.com/us/en/aco/home/legal/products-and-services.html

If you do not wish to receive Air Canada emails resulting from the business relationship between the company or other legal entity that you represent and Air Canada, please click here to unsubscribe.
Your privacy is important to us. To learn how Air Canada collects, uses, and protects the personal information you provide, please view our Privacy Policy.

Please do not reply to this email, as this inbox is not monitored. If you have any questions please send an email to flashsubscription@aircanada.ca or you can write to Air Canada, PO Box 64239, RPO Thorncliffe, Calgary Alberta, T2K 6J7

Copyright © 2017- 2018, All rights reserved.
Privacy Policy. | unsubscribe

Update subscription preferences.

# EXHIBIT 5

# Global
# Report
# 2021





Chapter 3



The PDF version of this report is designed to be accessible to all users.

It is compliant with Level AA of the current European standard EN-301549, the Web Content Accessibility Guidelines (WCAG 2.1), and the PDF/UA standard.

## Technology and innovation

**aMaDEUS**





Chapter 3



# Technology and innovation

GRI 103-1, 103-2, 103-3 (R&D management)

## Leadership in travel technology



The travel industry's reliance on technology is accelerating, with multiple channels and methods to interact with travelers and manage services. The ongoing challenges in 2021 have continued to drive technology advances with a major impact on travelers such as touchless passenger handling and a safe travel ecosystem that will allow a gradual and more resilient return to pre-pandemic travel volumes.↳
For example, most travel providers use sophisticated methods for merchandising their



↳  See p. 37, 'Air IT solutions'; p. 56, 'Our ecosystems approach.'

products, evolving toward fully personalized offers covering all parts of a trip. This customization requires an understanding of traveler behavior that is achieved through the analysis of large amounts of data. Artificial intelligence and advanced cloud-based data analytics are starting to play a critical role for providers and distributors to stay ahead in this very competitive industry.

As the wave of technology innovation continues to rise, we're observing a trend of consolidation together with a strong flow of new entrants. This includes both start-up companies that can quickly build niche functionalities, and major technology companies expanding their existing portfolio of solutions into travel.

In this dynamic context, Amadeus enjoys a privileged position. We offer a large portfolio of travel-dedicated applications to the travel industry actors globally. This means that our platforms handle a rich set of functionalities, huge amounts of information and

GRI 102-2    GRI 103-1, 103-2, 103-3 (Operational excellence & system availability)    GRI 103-1, 103-2, 103-3 (R&D management)

historical data reflecting all kinds of travel situations, with an up-to-date view on the trends in the industry.

We maintain and develop our technical leadership through a unique combination of capabilities:

▶ Our engineering organization has deep knowledge and field expertise of all aspects of travel. This knowledge is the basis for our solutions and services.

▶ Extremely high-performance transaction processing under stringent system availability, security and performance requirements. All our applications evolve while ensuring a continuous service to our customers. In 2021 we processed over 100,000 user transactions per second at peak time in our main data center.

▶ Rapid response time for all functionalities from any point of access in the world, serving hundreds of thousands of simultaneous users, and a greater number of travelers connecting to the websites of our customers. This network of travel professionals and consumers forms one of the largest web ecosystems worldwide in terms of traffic.

▶ The management of very large databases with full transactional integrity, an essential factor in travel reservations. In 2021 we continued the deployment of our applications over multiple data centers and public cloud.

▶ A true omnichannel approach, servicing all functionalities from a wide range of devices and interaction methods, such as agent desktops, websites, kiosks, cell phones, tablets and chatbots, as well as system-to-system integration via various application programming interfaces (APIs). Whatever the channel, our customers are all accessing common data records and processing them from a single set of community applications. Business rules enable our customers to carefully customize their services to meet traveler expectations.

▶ A combination of intellectual property rights (notably copyright, know-how, patents, trademarks and domain names) and appropriate intellectual property provisions in transactional agreements to protect our innovations. We also contribute to the development of open-source communities in the context of our partnerships with major IT vendors.

These capabilities and assets combined with very close collaboration between our engineering and commercial organizations are critical to maintain Amadeus' position at the forefront of the travel technology industry.

A current example of our leadership role in travel technology is how we're driving forward across the industry the International Air Transport Association (IATA)'s New Distribution Capability (NDC)—as an IT provider and aggregator. Amadeus is the very first system provider to be dually registered through IATA and its Airline Retailing Maturity (ARM) index as both an Airline System Provider and Seller System Provider. These designations are in recognition of our cutting-edge technology and leadership on NDC. They reflect our commitment to collaborating with our airline partners to push travel retailing capabilities, as well as our ability to help travel sellers sell and service NDC airline content. At Amadeus, we're pushing toward richer, more tailored and more relevant travel offers in our industry, which will help speed up its recovery from the pandemic.

We believe that NDC must focus first and foremost on end customers' needs. Travelers today want simplicity, transparency and personalization. NDC facilitates this by allowing improved access to personalized offers and services, in real time. A new world of inspiration and possibilities is being opened by NDC, based on increased recognition and understanding of each traveler when the offer is being made.

NDC isn't a revolution. It's an evolution that's already happening. It's a transformation involving all industry stakeholders. It's one of the biggest changes the industry has seen in a long time, and Amadeus is taking an active role here. We're delivering a fully end-to-end integration of content via NDC connectivity, with a focus on providing omnichannel servicing through highly scalable and high-performing solutions in line with the strategic objectives of both airlines and travel sellers.

NDC is the foundation for a broader industry vision toward other initiatives such as ONE Order, Dynamic Offers and One ID. We're committed to developing these standards and initiatives by working hand in hand with industry partners and our airline and travel seller customers to drive this change.

63

# Amadeus research and thought leadership papers


Frictionless Travel Payment


The Future of Business Travel


Achieving Flexible Sales Through Merchandising


Rebuild Travel Digital Health Survey



Rebuilding Travel Together


Safer, Easier and Better


Rebuilding Hospitality


Accelerating the Virtual Road to Recovery


Suggestions for NDC Adoption at Scale


9 Questions Airport Leaders Should Consider When Getting Started with Biometrics


Pay When You Fly


VAT Recovery


Return to Travel


NDC 2021 and the Path to Industrialization


Towards a Frictionless Future for Travel Payments


Future-Proofing the Move to Order Management for Airlines


Building the Biometric Airport


Rebuild Travel Survey


MCP Report 2021


Journey to Cloud Planet


Rebuilding Business Travel


Business Travelers & Remote Workers

# A business-oriented technology organization

     Medium-low impact

In 2021 we consolidated our transversal organization, Amadeus Technology Platforms & Shared Capabilities (TEC), with a clear vision regarding the role of our Chief Technology Officer. This entity is responsible for providing the Platform-as-a-Service (PaaS) capabilities to the business domains so they can develop their applications.

The Amadeus engineering community is responsible for the development cycle, from design to delivery, as well as the operational coverage of our applications in production. Engineers' roles encompass product specification, software development, quality assurance, operational deployment/management and project management. During 2021 Amadeus reorganized the engineering community by embedding engineers directly in the business units to focus our priorities on what brings value to our customers, while building a formal community structure for engineers to continuously share best practices and knowledge.

The TEC organization combines core technology capabilities and provides secure and stable platforms upon which customer solutions are built. These platforms include the core airline reservation, pricing and shopping applications that are common across Amadeus' main business solutions (our Global Distribution System and our airline IT products). TEC also provides executive governance, quality management, development tools and Agile or traditional project methodologies across all businesses and customer segments.

These shared capabilities have the objective of enabling the engineering units to adapt to new realities, foster excellence and stay ahead of competition. They also help promote alignment, sharing and fast decision-making and execution, based on pragmatic technology choices. To reach these goals, we're implementing an open platform model, accelerating our move to the cloud and actively developing an effective engineering unit with strong technical leadership.

The TEC organization leads Amadeus' technical research, whose goal is to understand traveler behavior and create a smarter, seamless and more sustainable

travel experience, leveraging digital data, computation power and artificial intelligence (AI). To that aim, we have an active academic collaboration program with several PhDs (e.g. on topics like price prediction or understanding customers' online behavior for searching and booking), as well as internal exploration (e.g. hardware acceleration,[1] or APIs embedding AI in flight delay and travel recommendations processes).

Recruitment for Amadeus' engineering teams is oriented toward incorporating a wide range of expertise and international cultures. Staff mobility, short- or long-term, is encouraged between both business expertise domains and geographical locations. Since 2015, Amadeus has promoted the expert career path to recognize the value of deep business or technical knowledge. So far, more than 180 people have been appointed as experts and specialists in all our critical functional and technical domains. Amadeus also offers numerous internships to top international schools, with formal recognition of their contribution in the form of an annual intern contest.

Investing in our people leadership remains a strong focus, and at the same time we're developing our individual contributors' career paths. Whether individual contributor, expert or people manager, we've created bridges between the different jobs taking into consideration the roles within the Agile/SAFe context. To adapt to IT market practices and to value IT skills that are a must for our engineering community, we've extended our Principal Engineer Ladder up to director level, and we continually review and revise role descriptions especially in highly dynamic areas such as security and data management.

[1] Hardware acceleration. Using specific physical processor computation capabilities to execute a dedicated task faster than a regular computer could do.

65

# Technology centers worldwide

The Amadeus engineering community is organized as a network of technology centers across the world. These are composed of groups of engineers able to autonomously develop and maintain our solutions across the globe. The engineers based in these centers are either part of cross-site teams working on globally used products or provide local specialization. The localization is based on either technical expertise or deep local market knowledge relevant to our customers.

In 2021 we've been consolidating our technology organization resource levels and locations. To focus on our customers, we're operating dedicated technology teams in the same locations as key customers, for example in our Dallas, Dubai, Tokyo, Seoul and Sydney sites.

All technology sites work closely together, and our projects and product development processes are increasingly distributed over several regions. Nice (France) and Bengaluru (India) are the largest technology centers, with single-site and global teams developing solutions for all our business units, as well as the TEC organization developing the core platforms and technology. We're always investigating new locations such as Istanbul (Turkey), Bogotá (Colombia) or Sofia (Bulgaria) for new opportunities to bring in great technology talent.

Our operations group based in Erding (Germany) develops the operational tools and deploys the infrastructure in our data centers. It also governs Amadeus' growing public cloud deployments. In addition, it has full responsibility for operational support based on a follow-the-sun model, with dedicated specialist support groups in Australia, Germany, India, the United Kingdom and the United States. This distribution over strategic locations in different time zones ensures that round-the-clock service is guaranteed with the fastest response to any customer incident. We will be progressively moving the applications from the Erding Data Center to the public cloud.

# State-of-the-art development methodology

Early in 2014 we started introducing Agile methodology into our software development activities.

Agile is a set of practices and collaboration tools mapping all phases of software development in frequent iterations (sprints) managed by small teams, instead of sequencing the specifications, coding, testing and delivery with a large organization. This methodology is now widely used in modern IT companies.

**|** Scaled Agile at Amadeus



| 2015 | 2017 | 2018 | 2019 | 2020 | 2021 |
|------|------|------|------|------|------|
| First Scaled Agile initiatives | Creation of Enterprise Agility Program | SAFe officially selected as target model | First SAFe Agile Release Trains launch | +12 Agile Release Trains in 2020 despite COVID | 45 Agile Release Trains |

Cutting product development into smaller chunks gives better control over the progress of a project, and, very importantly, ensures the convergence between functional specifications and customer requirements. It's also instrumental in leveraging the high modularity of our systems, allowing the applications delivered to our customers to share and reuse functionalities and technical components.

Since 2018, we've been embracing the industry-standard SAFe methodology (Scaled Agile Framework). SAFe promotes collaboration and alignment for a very large number of Agile teams along the whole production cycle, from the product requirements stage to delivery. As it's a standard, it makes it easier to collaborate with customers and technology partners, and we even include customers directly in our Agile cycle. SAFe has been adopted as the global methodology for the whole Amadeus organization, including our commercial activities.

In 2021 we accelerated the SAFe transformation, reaching 45 Agile Release Trains (ARTs).[2] More than 3,500 people are now working in the SAFe framework across all the business domains.

There is a clear focus on the value development cycle, connecting commercial functions more efficiently to the whole software development cycle, aligning strategy to execution and maintaining extremely high levels of quality. For Amadeus, this is a very beneficial investment, as we manage a large volume of features and functional evolutions for a wide range of customers.

This year we also strengthened our implementation of Continuous Integration/Continuous Delivery (CI/CD). CI/CD is a set of best practices and tools used to automate and monitor the software production cycle, from programming to delivery. We've now extended this and adopted Lean Portfolio Management practices. These practices align strategy and execution by applying Lean and systems thinking approaches, improving arbitration of priorities and budget allocation. A large proportion of our applications are now covered by CI/CD, leading to noticeable improvements in the overall delivery time of projects.

The last element of the software development cycle, which is actual deployment to production and operational management, has been addressed since 2018 by promoting and maturing a DevOps approach. DevOps is both a type of organization

mixing development and operational skills, and a set of practices, procedures and tools covering application management in a production environment.

## An effective cloud-based architecture

Cloud-based architectures encompass a set of design practices and concrete technical implementations all aiming to provide the highest levels of flexibility, reliability, resilience, scalability and performance for very large systems. They promote an explicit separation and abstraction of the application, platform and infrastructure layers.[3]

The core concepts are based on redundancy, isolation and operational monitoring of components in a distributed architecture, providing built-in scalability and intrinsic tolerance to system failure. Applications are containerized and can easily be deployed over any compliant infrastructure.

These features provide a powerful solution to resilience and capacity management. Applications need only be up and running in one physical location to be available, and there are few limitations to adding (or reducing) the number of machines in each location where applications are executed. For business applications, this translates into the ability to handle extremely large volumes of data and processing with quasi-continuous system availability.

Amadeus' cloud model is flexible enough to support different types of applications. Applications that weren't initially designed for cloud deployment can be migrated with some adaptations but may only benefit from a subset of the advantages in this set-up. Designing applications specifically for the cloud allows us to maximize their value, whether it's the optimization of infrastructure costs, scalability, agility to deploy evolutions quickly or the optimization of operational costs through powerful automation. The cloud native world, which is fostering small computing units called microservices, is also maximizing the reuse of components across applications.

As part of creating Amadeus' cloud native application design, we've made considerable progress in the use of an event-based communication model

[2] As defined by Scaled Agile, Inc., Agile Release Trains align teams to a shared business and technology mission. Each is a virtual organization (typically 50–125 people) that plans, commits, develops and deploys together.

[3] These layers are often referred to as SaaS (Software-as-a-Service), PaaS (Platform-as-a-Service) and IaaS (Infrastructure-as-a-Service).

67

between application components, called Realtime Stream Processing. This means that on top of an application component being able to explicitly call another to execute a use case, the application is also equipped with a nervous system of events, and any application component can react to any event in the whole platform. This enables powerful plug-and-play capabilities and offers great flexibility to implement service evolutions.

We've continued to increase the capability of our internal cloud platform and to deploy applications on it. This enables seamless integration of new cloud native applications with applications hosted on our traditional platform. The cloud native platform also simplifies the evolution of our traditional applications into a hybrid model to allow them to migrate smoothly to modern designs. The cloud native design also enables us to integrate new managed services available directly in the public cloud from the cloud providers and other third parties.

In 2021 Amadeus entered into a partnership with Microsoft. At the core of this relationship is Microsoft Azure, the primary cloud hosting provider for Amadeus systems. Building on this agreement, Amadeus has launched a major cross-company program with the goal of moving many of our core customer-facing systems into Azure over the next few years.

This year we incorporated the latest standards, technology and recommendations into our public cloud security design. We've also further automated our systems based on infrastructure as code and application blueprints. These improvements have established the foundation for large-scale migration to the public cloud, applying different models that ensure critical services are highly resilient and continue to run under any circumstance.

To mention a few specific achievements this year:

▸   We conducted a production test real-world run of our Altéa Departure Control – Flight Management system running Azure as a proof of concept for the first wave of full Altéa application migrations to come.

▸   We migrated our Airport Common Use Service (ACUS) regional systems in the United States and Asia to Azure.

▸   We migrated our first Airline customer using our Navitaire New Skies passenger service system into Azure in Europe.

We may not re-engineer all our applications to be cloud native as we relocate them to the public cloud over the next few years. However, our technical strategy is to ensure that any new project—or any new feature developed for an existing application—can be done in a cloud native way.

With our investment in cloud-based architectures, Amadeus will be in the best position to propose advanced solutions to the entire travel industry and even beyond from a common core of services and data platforms.

# Distributed operations and data centers

Medium-low impact



As Amadeus starts its cloud migration journey, data center operations continue to be a critical element of our strategy. Beyond cutting-edge functionality and features, capabilities such as continuous availability, sub-second response times and flexibility of deployment are becoming mission-critical business features for our customers. Response time is seen as a critical factor to adoption and conversion. Our customers need advanced security for safeguarding travelers' personal and financial data, to build trust with their users and partners.

We deliver our services to customers from many locations—a combination of our private Amadeus Data Center, private clouds in remote locations and public clouds such as Microsoft Azure, Amazon Web Services, Google Compute Engine and Salesforce.

This distributed operations approach delivers native redundancy of systems and dynamic capacity with on-demand models, supporting our commitment to high performance and, when applicable, regulatory constraints by moving our systems close to the customer location or in a designated country.

In 2021 Amadeus continued to invest in the Amadeus Data Center as a key asset of this strategy. It's one of the largest data processing centers dedicated to the travel industry. It's designed with embedded redundancy, using a concept of independent fire cells,[4] and has the capacity to host a significant number of servers, supporting

GRI 102-2, 302-5

one of the highest rates of transactions in the industry. As a key element of Amadeus' strategy, we always maintain full oversight of all operations, irrespective of the nature and location of the physical server infrastructure. This is crucial for Amadeus because of our end-to-end responsibility vis-à-vis our customers. It also ensures we can execute required changes to our technical or operational frameworks without external dependencies or constraints.

## Green IT and energy efficiency



Amadeus has always been focused on the energy efficiency of all its operations. ↪

In 2021 Amadeus continued to look beyond this and into innovative approaches to computing in order to reduce the power needed to deliver our services. These investigations included using AI techniques to reduce the processing and energy required to search for suitable flights for a customer. Migrating to RISC-based processors[5] for compute-intensive applications, this can provide a 40% reduction in resources and energy. We plan to expand this kind of initiatives under our green software engineering program.

For the Amadeus Data Center, we received Energy-Efficient Enterprise certification from TÜV SÜD for the first time in 2010 (the certification was renewed in 2012, 2015, 2018 and 2021 and is valid until December 2024) for its power supply, IT equipment and cooling and climate control processes, as well as its procurement, installation and de-installation procedures.

We also extended our Amadeus Data Center certification to EN 50600, the EU standard for data centers that is even broader in scope and more difficult to achieve.

In 2019 we achieved carbon neutrality at the Amadeus Data Center thanks to the use of Guarantees of Origin of renewable energy, which we kept using in 2021. This initiative has had a large positive impact on overall company emissions. ↪

Our ongoing investments in the Amadeus Data Center have also resulted in the continued reduction of the annual Power Usage Effectiveness (PUE)[6] ratio from 1.49 in 2009 (when this value first began to be closely monitored) to 1.31 in 2021. According to the latest annual Uptime Institute[7] survey, the average PUE ratio for a data center in 2020 was 1.57.

| Data Center Power Usage Effectiveness and energy efficiency certification



---

[4] Fire cells are sections of the Data Center building that are fully isolated for electrical power, cooling, networking and cabling. This is like having multiple data centers in one big data center.

↪ See p. 94, 'Environmental efficiency of Amadeus operations.'

[5] A type of microprocessor that executes computing tasks with the simplest instructions in the shortest amount of time possible.

↪ See p. 96, 'Data processing and software development.'

[6] A common metric used to measure the energy efficiency of data centers. The closer to 1 the PUE, the more efficient the data center is.

[7] The *Uptime Institute Journal* was founded in 2013 to promote the thought leadership, innovation and proven methodologies of various disciplines and professions within the global data center industry.

GRI 102-13   GRI 103-1, 103-2, 103-3 (Data security & privacy protection)



# Security



Security is at the heart of Amadeus' systems in terms of application design and operations. Under the supervision of our Chief Information Security Officer organization, we continuously keep up to date with advanced security standards and IT industry best practices, securing our data, our products and our people, responding to incidents and achieving security compliance (e.g. ISO 27001 certification or SSAE 16 compliance).

We've been a member of the Aviation Information Sharing and Analysis Center (A-ISAC) since 2017, testament to our continued efforts to increase our customers' trust and to implement best practices.

Amadeus has taken the necessary steps to comply with the General Data Protection Regulation (GDPR) introduced in May 2018 by the European Union regarding data privacy. We continually assess the compliance of all our systems and processes pertaining to personal private information with the support of specialized consulting firms. Any areas of improvement that are identified are actively addressed.

In December 2020 Amadeus renewed its certification for the Payment Card Industry Data Security Standard (PCI DSS) Level 1, the highest level for card processors. This standard pertains to the management of credit card payments with the highest measures of data protection.

Our ISO 27001 certification, the most internationally recognized security certification related to the management of information security, was renewed in September 2021.

From a global operations and technology perspective, Amadeus relies on an independent Security Operations Center (SOC) to monitor the security status of the services we provide to customers 24/7. This service also helps us understand emerging technical threats and invest in the most appropriate technology to mitigate new risks. The SOC covers the application development process, the Data Center infrastructure, employees' office activities and cloud services.

All Amadeus staff, regardless of function and location, receive continuous training on security and data confidentiality best practices. For technology divisions, this is complemented by dedicated sessions on application security, based on state-of-the-art practices known as secure development lifecycle (SDL) and on defense-in-depth[8] for the protection of IT infrastructure.

With the adoption of new and disruptive technologies such as social networks, mobile, big data, cloud deployment and connected objects, Amadeus must protect its systems and customers from new types of vulnerabilities, cyberattacks and fraud. In 2021 we continued to deploy new tools and services to enhance our proactive capabilities for the detection of potential incidents and our ability to respond to new fraud practices as they emerge.

# From open API to a platform-enabled strategy

Amadeus was the first Global Distribution System to introduce a structured API back in 2000 that later evolved to XML and web services. Today we expose more than 1,000 services out of our central applications, not counting the APIs exposed for the web front-ends and mobile applications. Our APIs power a large ecosystem of travel actors and are becoming a value-adding business in themselves, enhancing Amadeus' position as the reference source for travel services.

Amadeus' open API concept objective is to promote the business dimension of our APIs. Opening Amadeus functionality for collaboration with third-party services facilitates the creation of new generations of solutions. We can enhance our own services, leveraging our past investments, and customers can complement our services with their own custom development.

Amadeus for Developers is an open API program for start-ups, developers and non-travel businesses that enables users to directly access essential functionalities via simple online sign-up and freemium pricing.

In 2021 the program added seven new APIs to the Self-Service catalog, including two APIs from third-party partners like Riskline. This expanded open API catalog drove a

large increase in visitors to the Amadeus developer portal and resulted in thousands of new developer accounts.

Amadeus goes beyond the open API model with our platform strategy, for example the Amadeus Airline Platform.↪ The concept of platforms is general to the industry and practiced by major players such as Adobe and Salesforce.

In 2020 we set out our vision and plan to extend this platform to a Platform-as-a-Service (PaaS), which we started to build in 2021 leveraging the characteristics of cloud environments (see previous section "An effective cloud-based architecture"). Our Technology Hub is the portal to this platform, giving access to a catalog of data, machine learning capabilities, microservices and more, where all travel players (travel providers and travel sellers), as well as third-party partners, can autonomously access Amadeus' functionality to build their own independent new services or complement Amadeus services. This is possible thanks to the characteristics of our open platform:

▶ **Open development**, enabling internal and external developers to create extensions and plugins for existing applications and to create new applications for integration with existing ones. This applies to both front-end (user interface) and back-end (microservice) developments using either traditional programming languages or advanced no/low-code logics.[9]

▶ **Open data**, enabling data sharing between Amadeus applications and external applications speaking the same "language" and allowing Amadeus data to be complemented with customer or partner data.

▶ **Open integration**, providing native integration with external platforms (Salesforce, Adobe, etc.), pooling Amadeus and partner functionalities for a seamless experience.

The personalized retargeting solution (allowing for the display of ads tailored to the user's needs based on their online behavior and purchase intentions) that we created with Adobe in 2021 was built leveraging these capabilities. The solution provides

↪ See p. 38, "Amadeus Airline Platform."

[9] A low-code development platform (LCDP) uses a graphical user interface instead of traditional hand-coded computer programming. This means faster delivery of apps as well as a wider range of contributors, not just skilled coders.

[8] An information assurance approach that provides multiple layers of security.

platform-to-platform connectors to exchange data between airline systems and the Adobe Experience Platform so the airline can send the right message at the right time to the end consumer.

# Advanced data analytics and business intelligence

 Medium-low impact

Our customers' expectations regarding offers and sales systems are very high. They don't want raw data, but insightful information on behaviors and patterns that can help them create the right offer to the right customers and boost sales conversion. They want to turn data into knowledge, and then use it to trigger actions in real time. This is what we call data-enriched transactions.

Amadeus has long been building data management applications offering our customers a comprehensive view of their travelers and the travel business environment. This entails capturing and analyzing a large amount of information about the traveler and the context in which they interact with the system—before, during and after a trip. Such massive amounts of information, often referred to as "big data," must be stored, mined and transformed into meaningful parameters that can later be injected into real-time transactions.

To support this growing need for data-driven applications, we're moving to a cloud-based big data platform. We're taking this opportunity to embrace a new paradigm called "data mesh," based on the following principles:

▸ Each domain should consider the data it produces as a product. This is a shift left on the way to exposing data to internal and external consumers, as producers are now in charge of making their data ready to use.

▸ Domain-driven data architecture: each domain is a node in the data mesh, serves other domains with its data and pulls required data from other domains.

▸ Each domain should follow the Open Data principle. To ensure interoperability between systems, we need to speak the same language, called Open Data. Each data domain is in charge of defining the Open Data for the data sets it's in

charge of. For instance, an open booking is the generic representation of a booking whatever the channel, Global Distribution System, etc. that issued this booking.

These principles create a trusted data exchange network. Combining this with the data processing and AI capabilities available today will create plenty of opportunities for innovation and AI democratization, improving the range of our product offering. Our data mesh will form the foundation for many new data initiatives for Amadeus, our partners and customers, and will maximize the value of our data.

Our framework is used for all functional domains and customer types, and internally we use the data framework to capture and monitor the large volumes of technical data coming from the operation of our systems.

Our global data platform is capable of handling exceptionally large volumes of data, enabling predictive analytics, even on unstructured data. The results of these analyses are fed into our transactional applications to create data-driven services.

Our framework includes powerful data analytics techniques, some in real time that are based on supervised and unsupervised machine learning, including deep learning algorithms coming from the AI domain. Current examples of the direct application of AI techniques include:

▸ Flight management to improve fuel load and optimize cargo

▸ Schedule recovery to rebook passengers affected by delayed or canceled flights

▸ Shopping and low-fare search products to minimize central processing unit (CPU) utilization

▸ Ancillaries dynamic pricing to maximize the revenue generated from ancillary services sales

Beyond the improvement of operational efficiency or improved revenue generation, these applications of machine learning help Amadeus and our customers become more energy-efficient and environmentally friendly.↪

↪ See p. 96, 'Environmental sustainability value proposition.'

We believe that our global approach to data and analytics is the basis for a positive feedback loop: the more data, the more relevant the pattern analysis, in turn feeding back transactions with contextual information and generating more data.

# Innovation for industry recovery and business growth



To support the industry in its recovery from the pandemic, to provide our customers with the best solutions, to offer travelers the best experience and to identify new areas of growth, Amadeus continues to put a strong focus on innovation, adapting our organization, building on our partnerships and leveraging our technological capabilities.

To reduce uncertainty and improve our competitiveness, it's more important than ever to follow a structured incubation process and apply best practices in innovation management.

We need to be data-driven, make decisions based on facts, build light Minimum Viable Products (MVPs) that can be put in the hands of real users as quickly as possible and release product improvements rapidly through short cycles based on immediate market learning.

The objective is to ensure we design solutions that solve a real need for our customers and increase our likelihood of success. These principles are applied in our internal innovation programs as well as with our business partners in strategic alliances.

## Nexwave, the Amadeus business incubator focusing on traveler experience

Rebuilding traveler confidence and trust in these challenging times requires us all to think imaginatively about how the industry needs to renew and recover. The mission of Nexwave, the Amadeus business incubator, is to find, trial and manage the next generation—or next wave—of Amadeus businesses that we believe have the potential to transform the traveler experience.

In 2021 we accelerated the delivery of our four innovation projects:

1. **Traveler Servicing Solutions:** A digital companion that understands the context of the traveler, and is able to proactively push relevant information and services at the right time through the right channel. We successfully tested it with our B2C solution Feasy, and we've been using what we learned to enrich our B2C flagship product CheckMyTrip. In 2021 we've been offering this AI capability to our customers, as a service called Amadeus Hey! They can benefit from our capabilities to enrich their own channels and offer this push and recommendation mechanism to their travelers via our APIs.

2. **Traveler ID:** ↪ A platform enabling travel companies to digitalize and automate the verification of traveler identity and documentation across the journey. Due to airlines' urgent need to streamline passenger processing and restore self-service check-in, we proposed a solution to digitalize the verification of COVID-19 documentation. Amadeus Traveler ID is fully integrated into airlines' own channels and with the departure control system that enables the automation. With 15 airlines in production in 2021 we managed to verify more than 4.6 million documents.

3. **Amadeus Discover:** A B2B platform to aggregate and distribute tour and activity providers through new distribution channels. In 2021 we joined forces with the major French public investment bank Banque des Territoires and the data exchange platform Dawex to create Alentour, which distributes Amadeus Discover in France.

4. **Traveler Centric Platform:** This platform, designed together with Microsoft, aims to serve any actor in the travel industry who wants to leverage data and insights to better understand travelers and provide contextualized options. In 2021 we observed good traction with hotels seeing the benefits of this platform to better serve their loyal guests with personalized services.

Last but not least, when it comes to breaking the silos, we decided to "walk the talk" and created the Travel Innovation Club with other industry players and partners. Together we decided to identify new innovation areas across our respective verticals. In 2021 the club welcomed 20 members.

↪ See p. 57, "Safe travel."

## Co-innovation with our business partners

### Microsoft

Our partnership with Microsoft isn't just about accelerating our journey to the cloud. It's also about unleashing the next wave of innovation in the travel industry. We want our customers and partners to be able to develop truly engaging solutions on top of our technology.

We're co-developing initiatives across all Amadeus business units in areas like:

▸ Making data available and easily usable to all players. Adding Microsoft Azure AI capabilities, we're continuing our work in perfecting a data mesh where different businesses can access each other's data to maximize its value.

▸ Making search a personal experience. We're exploring the potential of enhancing search flexibility, in terms of how the traveler searches, what is included within their search parameters and what is delivered to them.

▸ Reimagining the corporate travel experience. Amadeus' move to Azure enables business travel and expense to be connected into the day-to-day digital workplace, better supporting new ways of working.

### IBM

IBM and Amadeus have entered a strategic alliance with the objective of combining our deep travel industry expertise with the technical competencies and vertical industry experience of IBM to connect the travel and transportation ecosystem.

The first result of the alliance is the integration of the IBM Digital Health Pass into our Traveler ID health credentials verification solution.

### Accenture

Building on our long-standing collaboration with Accenture, which had a focus on end-to-end airline solutions, both companies have agreed to broaden this collaboration to the entire travel sector, and to elevate it to the level of a strategic alliance.

Under the new set-up, we'll be combining Accenture's expertise, global footprint and portfolio of services and solutions with Amadeus' offerings, to support our customers in their digital transformation.

## Amadeus Ventures and Startup Universe

Amadeus Ventures is our corporate investment program established in 2014 to identify potential start-ups standing at the intersection of travel and technology. It has two main objectives: to establish a pipeline of business opportunities that can contribute to the future growth of Amadeus, and to support the ecosystem development of Amadeus' business units.

Investment criteria of the program include both financial considerations and the possibilities of strategic collaborations where Amadeus as a market-leading global technology company can add value as a minority shareholder. The program not only tracks venture capital financial performance, but also actively facilitates commercial collaborations and co-marketing among our customers and Amadeus.

Our Ventures team regularly talks to more than 300 start-ups, and 17 investments have been made under the program in the United States, Israel and Europe, in areas such as travel data exchanges, VAT refund and identity management.

To further foster visibility and interactions between established players and start-ups, Amadeus Startup Universe was established in 2018 as a catalogue featuring start-ups and scale-ups worth promoting in our industry. Through increased exposure to new ideas from start-ups, we seek to contribute to the innovation effort of our industry by exploring emerging technology through field testing in real situations together with our customers in all travel verticals.

## Our relationship with the academic world

Amadeus maintains close relationships with the academic world through formal partnerships with universities and research institutes (e.g. INRIA, EURECOM, Université Côte d'Azur, MIT and ETH Zürich). This cooperation is leveraged for research projects including doctorates and postdoctorates. In 2019 our main site in Nice became a founding partner of 3IA Côte d'Azur, one of the four Interdisciplinary Institutes of Artificial Intelligence that were created in France in 2019. Amadeus is also a founding member of the Industrial Council of Artificial Intelligence Research

(ICAIR), where various companies and AI research labs exchange views on common issues related to the use of AI in their respective industries.

## Leveraging technology to power innovation

Beyond internal expertise and partnering with industry actors and universities, innovation requires a proper platform and development environment, to access data for fueling new use cases and to combine functionalities for fast prototyping internally and with our partners.

Our technology strategy and the characteristics of our open platform accessible through our Technology Hub answer this need, making it possible to share a catalog of open data and microservices across internal applications and with third parties, exposed via our open API and enriched with machine learning capabilities. This open development environment allows internal or external developers to easily develop extensions or plugins for existing applications.



# EXHIBIT 6

# Googlebot

Googlebot is the generic name for Google's two types of <u>web crawlers</u>
 (/search/docs/fundamentals/how-search-works):

- **Googlebot Desktop**
   (/search/docs/crawling-indexing/overview-google-crawlers#googlebot-desktop): a desktop crawler that simulates a user on desktop.

- **Googlebot Smartphone**
   (/search/docs/crawling-indexing/overview-google-crawlers#googlebot-smartphone): a mobile crawler that simulates a user on a mobile device.

You can identify the subtype of Googlebot by looking at the <u>user agent string</u>
 (/search/docs/crawling-indexing/overview-google-crawlers) in the request. However, both crawler types obey the same product token (user agent token) in robots.txt, and so you cannot selectively target either Googlebot Smartphone or Googlebot Desktop using robots.txt.

For most sites Google primarily <u>indexes the mobile version</u>
 (/search/docs/crawling-indexing/mobile/mobile-sites-mobile-first-indexing) of the content. As such the majority of Googlebot crawl requests will be made using the mobile crawler, and a minority using the desktop crawler.

## How Googlebot accesses your site

For most sites, Googlebot shouldn't access your site more than once every few seconds on average. However, due to delays it's possible that the rate will appear to be slightly higher over short periods.

Googlebot was designed to be run simultaneously by thousands of machines to improve performance and scale as the web grows. Also, to cut down on bandwidth usage, we run many crawlers on machines located near the sites that they might crawl. Therefore, your logs may show visits from several IP addresses, all with the Googlebot user agent. Our goal is to crawl as many pages from your site as we can on each visit without overwhelming your server. If your site is having trouble keeping up with Google's crawling requests, you can <u>reduce the crawl rate.</u> (/search/docs/crawling-indexing/reduce-crawl-rate)

Case 1:23-cv-01177-GBW    Document 28-1    Filed 01/18/24    Page 34 of 66 PageID #: 1041

Googlebot crawls primarily from IP addresses in the United States. In case Googlebot detects that a site is blocking requests from the United States, it may attempt to crawl from IP addresses located in other countries. The list of currently used IP address blocks used by Googlebot is available in JSON format
(/search/docs/crawling-indexing/verifying-googlebot#use-automatic-solutions).

Googlebot crawls over HTTP/1.1 and, if supported by the site, HTTP/2 (https://en.wikipedia.org/wiki/HTTP/2). There's no ranking benefit based on which protocol version is used to crawl your site; however crawling over HTTP/2 may save computing resources (for example, CPU, RAM) for your site and Googlebot.
To opt out from crawling over HTTP/2, instruct the server that's hosting your site to respond with a 421 HTTP status code when Googlebot attempts to crawl your site over HTTP/2. If that's not feasible, you can send a message to the Googlebot team (https://www.google.com/webmasters/tools/googlebot-report) (however this solution is temporary).

Googlebot can crawl the first 15MB of an HTML file or supported text-based file (/search/docs/crawling-indexing/indexable-file-types). Each resource referenced in the HTML such as CSS and JavaScript is fetched separately, and each fetch is bound by the same file size limit. After the first 15MB of the file, Googlebot stops crawling and only considers the first 15MB of the file for indexing. The file size limit is applied on the uncompressed data. Other Google crawlers, for example Googlebot Video and Googlebot Image, may have different limits.

When crawling from IP addresses in the US, the timezone of Googlebot is Pacific Time (https://g.co/kgs/WSf8oR).

# Blocking Googlebot from visiting your site

It's almost impossible to keep a web server secret by not publishing links to it. For example, as soon as someone follows a link from your "secret" server to another web server, your "secret" URL may appear in the referrer tag and can be stored and published by the other web server in its referrer log. Similarly, the web has many outdated and broken links. Whenever someone publishes an incorrect link to your site or fails to update links to reflect changes in your server, Googlebot will try to crawl an incorrect link from your site.

If you want to prevent Googlebot from crawling content on your site, you have a number of options (/search/docs/crawling-indexing/control-what-you-share). Be aware of the difference between preventing Googlebot from crawling a page, preventing Googlebot from indexing a page, and preventing a page from being accessible at all by both crawlers or users.

# Verifying Googlebot

Before you decide to block Googlebot, be aware that the user agent string used by Googlebot is often spoofed by other crawlers. It's important to verify that a problematic request actually comes from Google. The best way to verify that a request actually comes from Googlebot is to <u>use a reverse DNS lookup</u> (/search/docs/crawling-indexing/verifying-googlebot#manual) on the source IP of the request, or to match the source IP against the <u>Googlebot IP ranges</u> (/search/docs/crawling-indexing/verifying-googlebot#use-automatic-solutions).

Except as otherwise noted, the content of this page is licensed under the <u>Creative Commons Attribution 4.0 License</u> (https://creativecommons.org/licenses/by/4.0/), and code samples are licensed under the <u>Apache 2.0 License</u> (https://www.apache.org/licenses/LICENSE-2.0). For details, see the <u>Google Developers Site Policies</u> (https://developers.google.com/site-policies). Java is a registered trademark of Oracle and/or its affiliates.

Last updated 2023-12-01 UTC.

# EXHIBIT 7





# EXHIBIT 8

# Terms of Use

### Welcome

Air Canada ("**Air Canada**", "**we**", "**us**", "**our**") thanks you for using our website, **www.aircanada.com**, as well as any other websites that are owned and operated by us (collectively, the "**Website**"). We believe you will find the Website informative and easy to use and we hope that it will become your primary tool when making travel plans.

### Acceptance of the Terms of Use

The following terms of use ("**Terms of Use**") govern your use of the Website. Please review these Terms of Use carefully before using the Website. Each time you access or use the Website, you are entering into a contract with us and you agree to be bound by these Terms of Use. If you do not agree to be bound by and comply with these Terms of Use, please do not access or use the Website.

We also reserve the right to deny you access to or use of the Website if we have reason to believe that you do not comply with these Terms of Use.

### Changes

Air Canada reserves the right to change these Terms of Use at any time. We will notify you of any changes by posting an updated version of the Terms of Use on this Website. It is your responsibility to regularly review these Terms of Use. If you use the Website after we make any changes, it means you have accepted the changes and that you agree to be bound by the Terms of Use as modified.

Air Canada also reserves the right to modify or discontinue, either temporarily or permanently, the Website including any products, goods or services contained on or referenced on our Website, with or without notice and without any liability.

| Linking | ⟩ |
|---|---|

The Website provides you with convenient links and references to other websites that are owned and operated by third parties. Air Canada does not sponsor or endorse any information, products, goods or services contained on or offered through any of the linked websites. Likewise, Air Canada does not sponsor or endorse any persons or entities that are associated with other websites linked via our Website. These third party sites and content are not maintained, operated or controlled by Air Canada, and Air Canada does not provide any guarantees regarding these linked websites. You assume sole liability for the access or use of such third party sites and content.

You cannot link, make reference to, use, reproduce, republish or re-disseminate any content on our Website including any of Air Canada's icons, logos, or trademarks without our prior written consent.

| Representations and Warranties | ⟩ |
|---|---|

By accessing or using the Website, you represent and warrant to us that you:

- are at least 18 years of age, and have the legal capacity to enter into these Terms of Use;

- by purchasing any products, goods or services contained on the Website, you are not breaching any other agreement or obligation or any provision of any law or regulation, or infringing on the intellectual property rights of any third party;

- consent, and where applicable, you have obtained all necessary approvals, consents and authorizations from any third party, to submit information to us, including personal information and to delete or modify such information and all information submitted is true, accurate and complete;

- accept full responsibility for all assessments, charges, duties, fees, and taxes and any other financial liability resulting from your use of our Website under your name or account, as well as all use of others using your name or account on our Website; and

- agree to supervise all persons who are not of the age of majority in your jurisdiction that access or use the Website under your name or that use your name or account.

## Limitations of Use

You may not access or use the Website for any purpose that is unlawful or that is prohibited by these Terms of Use. You may only access or use the Website to determine the availability of and to purchase products, goods and services offered on the Website. Use of the Website for any other purpose, including any commercial use or purpose, is expressly prohibited.

In addition to the foregoing, you also agree that, in accessing or using the Website, you will not commit or participate in any of the following acts or actions, each of which is expressly prohibited under these Terms of Use:

- directly or indirectly, access, use, encourage, solicit, permit, facilitate, aid, assist, or abet or participate in, including, but not limited to, the selling, licensing, distribution or provision to any entity or person by any means whatsoever that allow, the access, use, or agree to provide the access or use, of the Website through any manual process or any automatic, electronic or technical device, including but not limited to automated scripts, robots, crawls, screen scrapers, web "bots", deep-links, indexes, spiders, click-spams, macro programs, or any other device, program, software, system, algorithm, methodology or technology, now known or that is afterwards discovered, that performs the same or a similar function, in order to, without limitation: "data mine"; "screen scrape"; data process; access, extract, copy, distribute, aggregate or acquire information; generate impressions or clicks; input or store information; search or generate searches; or manipulate or monitor any portion or content of the Website;

- unless expressly provided for in these Terms of Use, create any derivative works from or otherwise copy, license, display, publish, perform, recreate, reproduce, sell, transfer, transmit or otherwise distribute, modify, edit, add to, mirror, frame, re-render, truncate, inject, filer or change of the order of any information, products, goods, services, and software contained or offered on, or obtainable by, through or from the Website. Without limiting the generality of the foregoing, you also agree not to cause to appear any pop-up, pop-under, exit windows, expanding buttons, banners, advertisement, or anything else that minimizes, covers, or otherwise inhibits the full display of the Website;

- access or use the Website in such manner, or otherwise take any action, that burdens our infrastructure to an unreasonable and disproportionate extent, or reduces the speed of the Website, that otherwise interferes with the normal functioning of the Website or otherwise abuses or overuses the Website;

- circumvent, or attempt to circumvent, any measures or precautions taken by Air Canada to prevent the use or access of the Website, or any other action, in violation of these Terms of Use;

- access the Website to make any speculative, fraudulent, or false reservation, or any reservation in anticipation of demand. Air Canada reserves the right to cancel any and all such prohibited reservations without notice and without liability; or

- engage in any other conduct or activity that either conflicts with these Terms of Use or that Air Canada deems, in its sole, absolute and unrestricted discretion, to be in conflict with these Terms of Use.

## Your Privacy

Air Canada is committed to your right to privacy. When using the Air Canada Website, you can be confident in knowing that any information shared with us will be subject to a high standard of confidentiality and in accordance with our **Privacy Policy**.

## Liability Disclaimer

ANY INFORMATION, SOFTWARE, PRODUCTS, GOODS, SERVICES, MATERIAL OR OTHER CONTENT FOUND OR OFFERED ON OR PROVIDED OR ACCESSIBLE THROUGH OR OBTAINED OR OBTAINABLE FROM THE WEBSITE (COLLECTIVELY, THE "**AIR CANADA CONTENT**") MAY CONTAIN ERRORS AND/OR OMISSIONS, MAY HAVE BECOME OUT OF DATE, AND MAY BE MODIFIED FROM TIME TO TIME BY Air Canada AND/OR ITS SUPPLIERS, AGENTS AND CONTRACTORS.

Air Canada MAKES NO COMMITMENT TO UPDATE THE AIR CANADA CONTENT. NOR DO WE WARRANT OR GUARANTEE THAT THE WEBSITE WILL OPERATE UNINTERRUPTED, ERROR-FREE OR THAT ANY SERVER USED IN CONNECTION WITH THE WEBSITE IS OR WILL BE FREE OF ANY VIRUS, TROJAN HORSE, WORM, BACKDOOR OR OTHER PROGRAM CODE OR PROGRAMMING INSTRUCTION OR SET OF INSTRUCTIONS DESIGNED TO DISRUPT, DISABLE, HARM, INTERFERE WITH OR OTHERWISE ADVERSELY AFFECT COMPUTER PROGRAMS, DATA FILES OR OPERATION. YOU ACCESS AND USE THE WEBSITE AT YOUR OWN RISK.

THE WEBSITE AND AIR CANADA CONTENT ARE PROVIDED "AS IS", AND "AS AND WHEN AVAILABLE" WITHOUT ANY WARRANTY, CONDITION, REPRESENTATION OR GUARANTEE OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, NON-INFRINGEMENT, OR ANY WARRANTIES RESPECTING TITLE, QUALITY, PERFORMANCE, ACCURACY, COMPLETENESS, OR TIMELINESS OF DATA, ALL OF WHICH AIR CANADA HEREBY EXPRESSLY DISCLAIMS TO THE FULLEST EXTENT PERMITTED BY LAW.

IN NO EVENT SHALL AIR CANADA OR ITS SUPPLIERS, AGENTS AND CONTRACTORS BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, ECONOMIC, EXEMPLARY OR CONSEQUENTIAL DAMAGES ARISING OUT OF, OR IN ANY WAY CONNECTED WITH, THE USE OF, THE DELAY OR THE INABILITY TO USE, THE WEBSITE OR ANY AIR CANADA CONTENT, INCLUDING, BUT NOT LIMITED TO, ANY DAMAGES CAUSED BY ANY FAILURE TO PERFORM, ERROR, OMISSION, INTERRUPTION, DELETION, DEFECT, DELAY IN OPERATION OR TRANSMISSION, NON DELIVERY OF NOTIFICATIONS, EMAIL OR TEXT MESSAGES THAT ARE LOST, INTERCEPTED, REVIEWED OR ALTERED BY OTHERS, TEXT MESSAGES SENT TO A VALID PHONE NUMBER THAT YOU PROVIDED TO US BUT WHICH IS NOT OWNED OR NO LONGER OWNED BY YOU, COMPUTER VIRUS AND OTHER DAMAGE TO YOUR MOBILE DEVICE, COMPUTERS, COMPUTER NETWORKS OR OTHER PROPERTY, COMMUNICATION LINE FAILURE, THEFT OR DESTRUCTION OR UNAUTHORIZED ACCESS TO, ALTERATION OF, OR USE OF RECORD OR DATA OR INFORMATION OR PROGRAMS, WHETHER SUCH DAMAGES OR INJURIES ARE BASED IN CONTRACT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, OR OTHERWISE, EVEN IF Air Canada OR ITS SUPPLIERS, AGENTS AND CONTRACTORS HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. TO THE EXTENT THAT APPLICABLE LAW DOES NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL OR CONSEQUENTIAL DAMAGES, THIS PARTICULAR LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

## Indemnity

As a condition of you accessing or using the Website, you agree to defend, indemnify and hold harmless Air Canada, its affiliates and their respective directors, officers, employees, agents, and licensees from and against any and all claims, demands, suits, actions, proceedings, liabilities, damages, judgments, penalties, taxes, fines, costs and expenses (including reasonable legal fees) arising out of, or resulting from or otherwise connected with: (a) the AIR CANADA

CONTENT, (b) any information, including personal information, you supply to us either on your behalf or on behalf of a third party, (c) your (or anyone acting under your name and account) use of the Website, or (d) a breach of these Terms of Use.

## Information you Provide to Air Canada  ⟩

We appreciate your feedback and suggestions. Any feedback you provide to us such as questions, comments and suggestions regarding our products, goods or services or the content of the Website is considered non-confidential.

We have no obligation to you regarding such information and we can reproduce, use, disclose and distribute the information free of charge and without your permission and any limitation and without liability. We are free to use any ideas, inventions, concepts, know-how or techniques contained in such information for any purpose whatsoever including, but not limited to, developing and marketing products, goods and services incorporating such information.

## Software Available on our Website  ⟩

We may make software ("**Software**") available to you for download from the Website. Any and all such Software is the copyrighted work of and owned by Air Canada and/or its suppliers, and may be accompanied by or may otherwise include a license agreement (the "**License Agreement**"). You may only install or use the Software if you first agree to comply with the terms of the License Agreement. Should the Software not include or be accompanied by a License Agreement, the terms and conditions governing the installation and use of the Software shall be deemed to be as follows: Air Canada and/or its suppliers hereby grant to you a personal, limited, revocable, non-assignable license to use and install the Software on a personal computer or mobile device solely for the purpose of viewing and otherwise using or accessing the Website, and such use and installation shall governed by, and be in accordance with, these Terms of Use.

You acknowledge and agree that the Software is protected by copyright laws and international treaties, and that any reproduction or redistribution of the Software is expressly prohibited by law, and may result in civil and criminal penalties. WITHOUT LIMITING THE FOREGOING, COPYING OR REPRODUCTION OF THE SOFTWARE TO ANY OTHER SERVER OR LOCATION FOR FURTHER REPRODUCTION OR REDISTRIBUTION IS EXPRESSLY PROHIBITED. THE SOFTWARE IS WARRANTED, IF AT ALL, ONLY ACCORDING TO THE TERMS OF THE LICENSE AGREEMENT OR THESE TERMS OF USE, AS THE CASE MAY BE. You acknowledge and agree that the Software and any accompanying documentation and/or technical information are subject to applicable export control laws and regulations. You agree not to export or re-export the Software, directly or indirectly, in contravention of such laws and regulations.

## Governing Law  ⟩

**For Québec residents**—These Terms of Use shall be governed by, construed and/or interpreted in accordance with the laws of the Province of Quebec and the laws of Canada applicable therein and shall be treated in all respects as a Quebec contract, without regard to principles of conflicts of law that would impose a law of another jurisdiction. Any dispute is to be submitted to the exclusive jurisdiction of the courts in the judicial district of Montreal, Province of Québec.

**For non-Québec residents**—These Terms of Use shall be governed by, construed and/or interpreted in accordance with the laws of the Province of Alberta and the laws of Canada applicable therein and shall be treated in all respects as an Alberta contract, without regard to principles of conflicts of law that would impose a law of another jurisdiction. Any

disputes to be submitted to the non-exclusive jurisdiction of the courts in the judicial district of Calgary, Province of Alberta.

## Injunctive and Similar Relief ❯

You agree that Air Canada may commence an action in any court of competent jurisdiction in order to enforce these Terms of Use and to seek damages and/or equitable relief against you for any breaches by you of these Terms of Use.

## Entire Agreement ❯

Subject to any other applicable agreement you may have entered into with us, these Terms of Use and any other notices or statements posted on the Website constitute the entire agreement between you and Air Canada with respect to the use of the Website, including the AIR CANADA CONTENT and these Terms of Use supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and Air Canada with respect to the Website and AIR CANADA CONTENT.

## Evidence ❯

A printed version of these Terms of Use and of any notice given in electronic form will be accepted as conclusive evidence and admissible in judicial or administrative proceedings to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

## Waiver ❯

Any delay, omission or failure by Air Canada to exercise any of its rights, powers or remedies under these Terms of Use does not constitute a waiver by Air Canada of those rights, powers or remedies. The single or partial exercise of a right, power or remedy does not prevent us from subsequently exercising any other right, power or remedy. Air Canada may assert at any time or against any person any such rights, powers or remedies.

## Severability ❯

If any provision of these Terms of Use are deemed to be invalid, unlawful or for any reason unenforceable, then such provision shall be severed from these Terms of Use and shall not affect the validity and enforceability of any remaining provisions.

## Additional Terms and Conditions ⟩

You acknowledge and agree that products, goods and services contained on, referenced or described in or obtained or obtainable through the Website, whether such products, goods or services are those of Air Canada or of any third party, are subject to additional terms and conditions including, but not limited to, terms and conditions respecting payment of amounts due and availability of fares, products, goods or services, and you agree to abide by all such terms and conditions.

## English Language ⟩

It is the express wish of the parties that these Terms of Use be drafted in English. Les parties aux présentes ont expressément demandé que ces modalités d'utilisation du site web soient rédigés en anglais.

# EXHIBIT 9

Transcription of What's the Point? #118 Air Canada

https://www.facebook.com/pointsmilesandbling/videos/214661668290279

**0:00 –1:30**

(Anshul Singh) : Alright, I think the feed is now live for Facebook folks as well. So welcome everybody, thank you for joining us for another session of What's the Point?  A forum where we discuss, uh, I like to say, the latest and greatest from the points world from the loyalty perspective and everything in between.  Uh, and for those usually uh, our special guests in this particular session draws a new audience, so if you're new to this forum a special welcome to you. I hope you are able to join us in the future as well.  And at the same time setup a couple of first things first, a quick hack tip to our lovely friends and Point Smiles and Blink team members uh, Sash is in the chat as well as well Heather. Both Sash and Heather will be monitoring the chat and just making sure things are all good. So please follow along if you are getting instructions from them directly and Heather obviously will be helping with some cross posting of links and resources across both forums on Zoom as well as Facebook. Uh, yeah, I think that was partly my disclaimer. So, on today's session let me just bring in the lovely folks in without further ado. Today's session we are joined by two special guests, Mark Nasr, he is Executive VP of Marketing and digital at Air Canada and Scott O'Leary, he is VP of Loyalty and Product. Gentleman, welcome.

(Mark Nasr): Hey, good afternoon everybody.

(Scott O'Leary): Good Afternoon everyone.

(Anshul Singh): Wonderful, wonderful to see you both as always.

**1:09:50 – 1:22:00**

(Anshul Singh): Uh, so since your talking about search, let's transition quickly to the other big topic that pretty much that 8 out of 10 people that wrote to me wanted to ask about partner awards and the difficulty around booking partner awards or difficulty around even seeing partner awards, uh, first, and difficulty of booking it. Is there, I mean, what's going on? Is it getting better? Because I'm seeing some smatterings of Etihad now show up again, married segments more so than very

direct segments and I'm going to lump a few things together. Is this connceted with fraud issues? Because of which the announcement of family account freezes and things came down. So is partner awards related to the fraud issue and then let's talk about this partner awards business on a whole and see where we are at and what members can look forward to in the next few months.

(Mark Nasr): Sure, I think I'll start on this one. And I'm sure Scott will add.  So, there are, and I'll hope you'll bear with me, I know my answers are typically long winded in this one.

(Anshul Singh): We love your long answers.  Go for it.

(Mark Nasr): Uh, thank you Anshul.  And thanks to everybody. So, there are four things that are largely separate that are going on at the same time and as you know and one plus one plus sometimes equals three, one plus one plus one plus one, can equal a hundred in terms of impact. Um, so, in no particular order we can talk about each one  of them. Uh, number one, we have certain partners whose business strategies have changed since establishing a partnership with Aero Plan. For example, they've decided to join a competitive alliance, not their joint alliance, it's not the Star Alliance. Point one. Point two, we have partners with technical issues on their end, and it could be IT issues, it could be price filing issues, it could be systems transitions, they are redoing their PSS or their loyalty platforms or something like that, and there is foldout from those changes, etc. Number three, fraud and program misuse. Number four, I'm going to talk, I know this will inspire lots of conversation on certain websites. There are unauthorized third parties that have overtime and more recently, built tools to try to, you know, assist with awards shopping or awards pricing.  So, I'm talking about each one of those, but just taking a step back, the net of those four things together, haven driven partner award availability to either not be offerable on our digital channels or just not be available period. And let me just add a fifth issue which is often times people are coming to the conclusion that there is an issue by comparing us to other sites like United. I guess the fifth issue is, and remember I'm not targeting United in particular but just in general, we put in a tremendous amount of work to avoid phantom availability. So, we also do get reports where people say you should have something and in reality, even the other guys don't have it. Uh, and you know, and that, but I don't want to over emphasize that but that is…

(Anshul Singh): Eva, you can say it. It's okay.

(Mark Nasr): Okay, so let's talk about each of the four. Some of them are self-explanatory, right? If a partner is changing their commercial strategy, and they're trying to figure out what they want to do. Like, so, if they didn't want to be a partner with us anymore, they would cancel the agreement.  We would cancel the agreement. We would make an announcement that we no longer have an agreement. Sometimes, it's not that cut and dry. Sometimes, you know, partner needs to figure out what they are going to do and there's conversations that occur, you know, within the partner, etcetera. So, that one's pretty self-explanatory. I think IT issues from a partner are also self-explanatory but note that we can't, first of all, we don't even, we don't always know that that's the case. Second of all, it's really not appropriate for us to be broadcasting another company's IT issues, like just take a step back for a second, as much as we want to be transparent, if Partner X was having a challenge, it could be a cyber security issue, it could be a systems upgrade it could be you, know, whatever it, it's just not necessarily appropriate for us to talk about that. So, as much as we would want to say, hey, what's going on and here's the expectation that presumes we know about it. And it also presumes that, you know, we've had permissions from the partner to do it, right? Okay, fine. Number three, fraud and misuse. So look, we knew when we designed Aeroplan that we were designing something that had more value than most programs out there.  Certainly, more flexibility than any other program out there. Um, and that was both true for the accrual side, you know, things like how we do family pooling and true food, the redemption side. Um, and we said, look, we don't want to design around lowest common denominator. We don't want to design around seeing a communist behind every tree. Um we rather put in a place what we thought were appropriate, you know, safeguards, but launch it, see what happens, and then make appropriate changes as we need to. But one of the consequences of launching in the middle of the pandemic was volumes were much lower, number one, and number two, not every country, not every type of customer, not every, you know, I should say segment of activity, Um you know, materialized and that was not the case necessarily six months in or a year in. And so it really was only the beginning of this year, the end of last year, that you had pretty much the whole world open up and you had the whole world take notice of Aeroplan. Um and we started seeing certain behaviors. Um, so in terms of fraud and misuse we are doing what we need to do. Um we have a hard commitment, we do not want to make the fast, fast majority of customers activity suffer

consequences because some, you know, fraud and misuse, but at the same time, we have to address those things because if you don't address them, they grow very quickly, exponentially, you can think of, like, you know, and also, you know, it obviously costs us a lot of money and things that cost us money end up resulting in a great experience value for everyone else, as you know we have to obviously manage our commercial paradigms and our budgets etcetera. So, you know, we talked about the family pooling, new family pools being created, the suspension of that because of misuse. We were transparent around that. We're working on putting in appropriate safeguards that need to be in there so that we can relaunch it. Hopefully, with the same value proposition or substantially the same value proposition. Um but we just couldn't. It was either a cheapened you know the product so much that it becomes unrecognizable to leave it open. Or temporarily suspend it. Add in what we need to do. Put it back up. Um, there's other areas where we have had fraud and misuse. And we are addressing that. And um, part of addressing that is there is certain OD pairs, like certain travel between certain countries, that we won't allow to be ticketed temporarily, you know, while we address, let's say, some, upstream issues with some of our partners. So, I think that covers number three, I mean, and I'll try to answer more questions. I don't know how much more I can answer. Number four, so look, this is, I'll be perfectly candid and I'll maybe wear my heart on my sleeve for second. We care so much the about the program and we have some brilliant IT and digital people that have pushed the boundaries of industry capability and industry technology. Sometimes it pains me. It really hurts me to read comments online that you know about certain capabilities that we have digitally or from a technical perspective because of you know, limitations for example to our search functions. And I'll tell you why it pains me. It pains me because I push my team so hard and they work so diligently to deliver great product for our customers and they have to read this stuff. And yeah, you know, we're professionals and the internet is the internet. We're champions of free speech as well. We cherish that. But you know you know it has an effect, can have an effect on a tram and when it has an effect on a team, it has an effect on me quite candidly. Um, the airline industry has some old technology associated with it. And you might wonder why we can't just cash the entirety of Star Alliance award availability and make it available to instantly searched. Technically, we can do it, no problem. Very little code to be able to do that. But it would kill our partner systems and it would drive enormous costs. Um, and I'll tell you what's happened is you know, starting a few years ago, some folks started writing some unauthorized tools that illegally access our technology and our data. Um, to, you know, try to

create, you know, certain user experience, and quite candidly, a lot of what was going on, was benevolent. It was enterprising people that were trying to deliver service to folks like them. And all well intentioned. Now, well intentioned can still have deleterious consequences, and it can still be illegal accessing of information systems, but well intentioned. What's happened more recently is for profit enterprises, that have gone about doing such as a business model and furthermore, not only is that wrong and illegal, but it also has had an effect on the number three bucket, fraud and misuse and some of the technology that's put out there, we have confirmed multiple cases has created business models for fraudsters that otherwise would not be viable. Um, and so what we're going to do now is we're going to take the measures that we need to take to safeguard our partners, their technology, their costs, our own systems and infrastructure. Um, you know, I think you know you'll see that play out. You've already started to see that play out as you've added new technology and had to make adjustments. Um, you know as it's affected the user experience in certain parts, um, but that's, that's the full and direct truth. And I've gone probably further than our lawyers or experts would feel comfortable with me doing. Um, but what I want to reinforce is number one, we couldn't care more about the search experience and the partners we offer. Number two, we do not, we do not restrict inventory or availability for commercial reasons. Only for operational or security and you know, sanctity type reasons. And number three, we have our own obligations to our partners that we have to balance because the only way we can be a great program for you is if our partners trust and respect us, and when our partners come to us, you know, and they observe certain behavior or certain impacts on their system, we have to balance that feedback. Um, you know, with that we can offer as being available. Um, you know, so I hope that gives you a view of what's going on. And back to you know how important this is to us and how dedicated and more committed we are to it. Um, we are going to take every action we need to take to bring back you know, the richness of you know, the product that we've been able to build and the great interoperability of all these tier one partners that we have just as quickly as we can. Thanks for giving me that time, Anshul.

**1:27:39-1:29:58**

(Anshul Singh) Sticking to the experience on Aeroplan, are there any updates coming to the app, because the features on the app far lag the features on the web, the web experience itself is not the most refined, if I can be very candid, even with just award searches taking a little longer and

perhaps goes back to your four, five things you identified, often the results come back in, in negative, through Flyer Talk, we've read issues with, by the way, the change feature is great, that you are able to change your own flights, it works wonderfully well for most domestic flights and most North America flights as soon as you start sort of popping international routes. It doesn't always return the best alternate flights. Is this known issue? Like, sorry, I've identified two, three different things here, but, can we talk a little bit about that in terms of search results taking a really a long time, applagging, award search capabilities, yeah, let's talk about those two things and then we can come back to the change feature.

(Mark Nasr): Sure, so when we relaunched the site, our search results were quicker than they are now. Still not as quick as we wanted them to be, but quicker than they are now. Um, if it goes back to the four themes I mentioned earlier that is impacting us and it continues to impact us. So, the individuals who are prioritizing the tools that they've built you know, thinking that, you know, they know something we don't know about how to manage a search. Um, what, what, what they're doing is they're, they're driving tax on an infrastructure and a set of partners and old legacy technology in the airline industry that simply wasn't designed for it. Um, and you know part of the consequences of that have been a higher level of brownouts or like searches just not returning results. You know, having to rerun them. And increased at times, increased processing time to make a search. Uh, we've had partners for example, that have throttled our access to their systems. Um, or have complained, you know, about hitting them too much and that's not unique by the way, to Aeroplan, but it's, you know, an issue the industry is dealing with now.

**1:32:28-1:33:02**
(Mark Nasr): With the situation we were discussing before with the four elements, um, that is caused us to have to redirect resources internally to handle that so we can, you know, restore and bring, you know, address our partners and there's consequences. We don't have unlimited resources. Um, you know, so that's been part of the mix too, so there has been delays to the roadmap that we have for web and mobile and introducing new features while we address what we need to address but rest assured, it's a well-funded and extensive road map.

**1:34:00-1:34:40**

(Anshul Singh): But in terms of even the web capability are we any further, and I know you've mentioned resources in terms of bringing us back to the possibility of a monthly view as opposed to just a week view when we look at award searches because the weekly we also had gone away for a bit and came back on. What's happening there?

(Scott O'Leary): It's just a, it's just a very expensive search to be putting on our partners and so, kind of, you know, to the theme that Mark was, was talking about,  that's what really, where our, where our primary concern sets.

# EXHIBIT 10



Home › Science › Earth Science, Geologic Time & Fossils › Earth Sciences

← **lightning Article**

# What are the chances of being struck by lightning?

 Cite   Share

Written and fact-checked by The Editors of Encyclopaedia Britannica

The odds that one will be struck by lightning in the U.S. during one's lifetime are 1 in 15,300 ⧉. On average, 270 people in the U.S. are struck per year, and only about 10 percent of that number die from the event. Around the world, approximately 2,000 people ⧉ are struck by lightning every year.

# EXHIBIT 11



📘 **Dec 7, 2021, 3:38 pm**                                                                 #1

**bennyblanco**

🏷 Original Poster 👤

Join Date: Jan 2013
Posts: 129

**Complaints about lack of partner availability on Aeroplan (2022 onwards)**

Is it just me or has it been possible in the past to book flights outside of Canada using Air Canada partners via Aeroplan?

I'm trying to book something like IAD -> PHX which is a United route and on AC site all I get is "It is not possible to search for flights which have both an origin and a destination in the United States." Aeroplan pulls up nothing??

Like

[Quote] [Multi Quote] [Quick Reply]



📘 **May 5, 2022, 8:25 am**                                                                 #17

**Ham1056**

Join Date: Jul 2021
Location: BUF / YFC / YYZ
Programs: Aeroplan
Posts: 4

**Where are the Flights? There is never any award flights available Canada or to U.S.**

I have used Aeroplan for over 20 years & have never seen this before...where are the flights? There is never any flights available domestically (Canada) or even when I would fly out of BUF to Continental US. Very frustrating that there aren't even any options just the dreaded "There are no flights available on the date you selected". What is going on?

Like

💜 Helios99 likes this.

[Quote] [Multi Quote] [Quick Reply]

📘 **May 30, 2022, 7:40 pm**                                                                #26

**TH90**

Join Date: May 2015
Posts: 16

**Ethiopian Award Availability (Aeroplan)**

For the past week or so, it seems there is no ET availability through Aeroplan. I tried searching various months and routes, and best I can tell it's completely pulled from Aeroplan. Some dates do come up available on Expertflyer and United that do not on Aeroplan, though there is a thread on the United forum indicating that EF/UA may not see accurate availability for ET whereas Aeroplan does (did not verify actual availability with an agent over the phone).

Does anybody have much experience or datapoints on whether ET does sometimes have an all out gone inventory glitch like this? Any remedy other than waiting for it to resolve itself? Unfortunately some destinations in Africa do not have many other options other than ET as a carrier

Like

[Quote] [Multi Quote] [Quick Reply]

📘 **Jun 2, 2022, 4:31 pm**                                                                 #31

**Red Raider LV**

Join Date: Jan 2010
Location: Austin
Programs: AA EXP, Hilton Diamond, Hyatt Globalist, Marriott Titanium, UA *S
Posts: 390

Quote:

> Originally Posted by **Quail** ▸
> *Unfortunate timing for me. When this has happened before, was it worth calling in to try to book?*

I just called in and fed them flights that were available on UA and LifeMiles, but the agent couldn't see it. He did; however, give me a lecture about when booking award flights to places far away that I need to be really flexible, especially if I want to fly in business class. Thanks for the tip, buddy!

Like

💜 worldtraveller73 likes this.

[Quote] [Multi Quote] [Quick Reply]



Jul 3, 2022, 5:28 pm                                                                                                      #40

**Pseudo Nim**

🅁 REVIEWER
Marriott
CONTRIBUTOR

Join Date: Jan 2006
Location: In the air
Programs: Occasional RTW club
Posts: 6,905

Quote:

> Originally Posted by **yyckiwi** ➡
> *This seems ongoing. There is a thread started on the 30th May.*
>
> *I find it interesting, as I am looking at flying to JIB. AC will sell you a cash ticket flying ET, but for rewards only TK appears.*

Argh. Frustrating. Yes, 30 May would be about right, roughly then everything disappeared 😊

Also a data point - there was wide open space until about May 30 or so, at which point EVERYTHING disappeared. This has nothing to do with phantom space - some very ho-hum routes in Y are always available - and even those are gone. United shows everything just fine. Called in and just got a lecture about what's on the website etc. 😊 Me

_____

experienced flyer of international airlines.

writing about my experiences at http://amphibia.com - usually delayed by like a year. :P

*Last edited by Adam Smith; Jul 4, 2022 at 12:48 pm Reason: Merge consecutive posts by same user*

Like

[Quote]  [Multi Quote]  [Quick Reply]

---

Sep 15, 2022, 11:22 am                                                                                                    #46

**Techtravler**

Join Date: Jul 2005
Location: Florida
Programs: Hhonors Lifetime
Diamond, AA EXP, Marriott
Platinum
Posts: 508

**No United award availability via Aeroplan Miles**

I am trying to put together a trip from JAX-YQB-JAX in December. I have found a surprisingly low amount of options. AA and DL do not fly to Quebec City this time of year. I was able to book an outbound flight JAX-YQB via AC on united. I am having issues with the return, I see flights from YQB-JAX available on united using miles, but these flight do not show on Air Canada, any ideas?

Like

[Quote]  [Multi Quote]  [Quick Reply]

---

Oct 4, 2022, 11:44 pm                                                                                                     #53

**tm02atcg**

Join Date: Oct 2022
Posts: 2

❓ **How to book United US domestic flights with Aeroplan points**

Hi all,

This is my first time trying to use points through a Star Alliance partner to book a United flight. I had read that generally United flights you find through the United portal should be viewable through a partner's webpage, such as Air Canada. However, when I search for certain US domestic flights using Aeroplan points, I sometimes find no flights. For instance when I search for Boston/Portland flights Dec 27-Jan 2 with the Aeroplan Points button toggled, no flights show up as available. But when I do the same search in the United Airline portal, I see plenty of options. Did I just misunderstand how this works? Is there a way to 'find' these flights through Air Canada's webpage so that I can use some Aeroplan points? In searching for other guides online, it seems like they all refer to a previous version of how you searched with Aeroplan points (ie the 'Book with Aeroplan Points' button wasn't there yet).

Any help would be appreciated. Thanks!

Like

[Quote]  [Multi Quote]  [Quick Reply]



**Nov 11, 2022, 7:17 pm**  #60

**Sean Douglas**

Join Date: Oct 2021
Location: YVR
Programs: AC 50K
Posts: 117

**Using Aeroplan Points for Star Alliance Partners**

Sorry, can't find an FAQ on this.

I'm trying to figure out how to use Aeroplan points to book a flight on a partner and not having any luck.

For example, YVR to Haneda (HND), I know ANA has a direct flight, but it does not seem to come up as an option when I try and book with Aeroplan points.

Am I doing something wrong?

Like

Quote    Multi Quote    Quick Reply

---

**Nov 20, 2022, 5:38 pm**  #81

**YUL_Pilot**

Join Date: Nov 2022
Posts: 2

**Why no more Star Alliance flights from Canada?**

I was wondering if anyone as notice that there is extremely small available Star Alliance partner flights from YUL, YYZ and YVR for any destination with Aeroplan ?

To Europe:
Almost no Lufthansa, Swiss or Turkish flights available in Y ans J class at fix aeroplan milleage.

Intra- US flights:
-Not possible anymore to book any flights with United (ex: EWR-LAX).

Asia flight:
Almost Not possible to avoid AC flight (ex: LAX-HKG).

I am trying to avoid AC flights for any business class trip but its getting impossible and the AC business class milleage system is crazy!

Like

Quote    Multi Quote    Quick Reply

---

**Nov 24, 2022, 9:09 am**  #87

**walkermom**

Join Date: Sep 2013
Programs: Aeroplan, Flying Blue, Delta
Posts: 33

**Aeroplan reward search**

I used to dislike the old Aeroplan flight search tool so much, but hate to say I miss it now! I'm trying to see what's available for a YYZ-CPT flight & this is usually a combo flight with AC to Europe and a partner airline to South Africa. I'm coming up with nothing. The website shows miles redemption values & $ amounts payable for some dates, but says nothing's available. Some dates are blank. The app just says nothing's available.

There doesn't seem to be a way to search for availability within a range of dates, or is there and I'm missing something?

Like

Quote    Multi Quote    Quick Reply



📑 Nov 24, 2022, 9:46 am                                                                                      #88

**Adam Smith**

Moderator, Air Canada; FlyerTalk
Evangelist

Join Date: Feb 2015
Location: YYC
Programs: AC SE MM, FB Gold,
DL PM, WS Plat, BA Silver,
Marriott Plat, Hilton Gold, Accor
Silver
Posts: 16,251

Quote:

> Originally Posted by **walkermom** ➡
> *There doesn't seem to be a way to search for availability within a range of dates, or is there and I'm missing something?*

Not with AC, but a fellow FTer has created a very useful tool for just this sort of thing.

Like

[ 🗩 Quote ]  [ ☐ Multi Quote ]  [ ⚡ Quick Reply ]

---

📑 Feb 11, 2023, 2:56 pm                                                                                      #143

**jeffnoone**

Join Date: Jun 2014
Location: Vancouver
Programs: BAEC Blue, Air Canada
25K, Accorhotel Gold
Posts: 80

Tried again with fresh sign in to Cowtool and AirCanada, not showing up for me for either NRT or HND to KIX.
But good to hear United show them , will call and see if married option works
Thanks

Like

[ 🗩 Quote ]  [ ☐ Multi Quote ]  [ ⚡ Quick Reply ]

---

📑 Feb 12, 2023, 5:01 pm                                                                                      #159

**zappy312**

Join Date: Apr 2016
Posts: 576

SF_trotter gnomey I call the phenomenon "un-married" availability. Reexplaining my case, I could not combine certain SK flights with a layover. It was available with varying classes of service, UA made it available, each was available separately and I confirmed it wasn't phantom space. I tried everything, including asking AP to change the booking once I booked it. The answer I got from AP is that it was intentional and unfortunately nothing could be done about the issue (and the answer came from not-a-call-center-agent). So no, it's not an IT problem (at least from AP's perspective).

You can try calling in and seeing what AP agents say, but I'm guessing they won't have the option to pick certain flights once they select the first one. It's frustrating to say the least, especially when you build something segment-by-segment online, but get told on the phone it's not possible (and try to scramble to find an alternative). And I'm pretty certain it's not agent incompetency in this case, everyone on the front line I've dealt with has been super knowledgeable, patient, and try to make it work for me.

Like

[ 🗩 Quote ]  [ ☐ Multi Quote ]  [ ⚡ Quick Reply ]

---

📑 Feb 16, 2023, 11:25 am                                                                                     #187

**worldtraveler3**

Join Date: Dec 2018
Posts: 9

Finally looking to travel again. Looking for some J availability to Asia in the fall...extremely difficult to find partner airline availability. What strategies have been helpful for those of you that have been able to book?

Like

[ 🗩 Quote ]  [ ☐ Multi Quote ]  [ ⚡ Quick Reply ]



**Feb 17, 2023, 9:47 am**     #192

**folkart**

Join Date: Nov 2008
Location: YYC
Programs: Aeroplan SE 100 IHG
Plat Amb Nexus
Posts: 652

**Availability mismatch between website and Seroplan**

Spoke with an Aeroplan agent yesterday about flights DEL-KTM and KTM-DEL. The website shows no availability for weeks in April. Cowtool also shows no availability. The agent in her system showed lots of available flights on Vistara and Air India. She then checked the website herself and saw nothing. Some kind of glitch as both should show the same.

Like

propmeup likes this.

*Last edited by folkart; Feb 17, 2023 at 6:30 pm*

Quote | Multi Quote | Quick Reply

---

**Feb 19, 2023, 1:28 pm**     #202

**worldtraveler3**

Join Date: Dec 2018
Posts: 9

Quote:

Originally Posted by **andye**
*cowtool*
*https://www.flyertalk.com/forum/air-...a-cowtool.html*

Oh I see thank you. I have yet to try that tool but it looks really useful. But since I didn't see those routing availabilities on Aeroplan search does that mean I would have to call in to book since CowTool show it's available?

Like

Quote | Multi Quote | Quick Reply

---

**Feb 28, 2023, 7:47 pm**     #210

**Harrii**

Join Date: Jul 2007
Location: ORD
Programs: AA Executive
Platinum, Priority Club PLT
Posts: 18

**Partner award availability ex-US/Canada**

The Air Canada website no longer shows partner award availability for travel to and from countries outside of the US or Canada. Does anyone else experience this issue? I was able to do this just 10 days ago but it no longer seems to be working. For example, I am trying to travel from DXB - DEL. The same doesn't work for other city pairs as well (e.g., LHR - DEL), if the cities are outside of the US or Canada.

Like

*Last edited by Harrii; Feb 28, 2023 at 8:15 pm*

Quote | Multi Quote | Quick Reply

---

**Feb 28, 2023, 7:56 pm**     #211

**1262512**

Join Date: Dec 2022
Posts: 55

Yep!! Same issue!! I notice there is way less flights across the Pacific compared to a week ago! Glad it is not just me. Sucks it is for everyone though...

Like

Quote | Multi Quote | Quick Reply

Mar 3, 2023, 11:38 pm                                                                                    #214

**Anish**                          Aeroplan seems to have wiped out all award availability in/out of India except to the US/Canada.

                                                                                                         Like

Join Date: Apr 2011
Location: Goa, India
Programs: EK Gold, UK Gold,
Marriott Platinum, IHG Plat
Ambassador, Hyatt Explorist
Posts: 1,229

                                                          Quote    Multi Quote    Quick Reply

Mar 4, 2023, 8:39 am                                                                                     #215

**tbuff**                          Lots of Etihad gone too. Grrr.

                                                                                                         Like

Join Date: Jun 2011
Posts: 304

                                                          Quote    Multi Quote    Quick Reply

Mar 13, 2023, 3:40 am                                                                                    #255

**Anish**                          Someone on Twitter said Aeroplan support has told him most India flights have been blocked from online ticketing
                                   due to fraud. Tickets are still bookable via phone.

                                                                                                         Like

Join Date: Apr 2011
Location: Goa, India
Programs: EK Gold, UK Gold,
Marriott Platinum, IHG Plat
Ambassador, Hyatt Explorist
Posts: 1,229

                                                          Quote    Multi Quote    Quick Reply

Mar 16, 2023, 5:28 am                                                                                    #280

**SuperFlyBoy**                    **Europe To BOM Using AC Miles - Nothing For Days & Days....**

                                   Is there some problem with the Aeroplan search engine?

Join Date: Sep 2005                I was able to book some itineraries using my UA miles, but Aeroplan is simply showing *nothing*!
Location: BOM-SIN-EWR
Programs: UA*G (1K again), Sixt                                                                          Like
Plat, *was*: SQ QPP01 & SK
EBS/EBG, LH SEN, AA EXP,
9wPlat
Posts: 8,603

                                                          Quote    Multi Quote    Quick Reply

Apr 19, 2023, 8:04 am                                                                                    #324

**YYCCL3**                         Quote:

                                   Originally Posted by **vancouver007** ➜
                                   *Anyone seeing any luck with ANA business class from Tokyo to North America? Seems like I can find J flights
Join Date: Aug 2014                to Tokyo but nothing on the return in the next 1-2 months. I noticed ANA releases J tickets 1-2 weeks before
Location: YYC                      on the way to Japan but nothing on the return.*
Posts: 2,051
                                   ANA availability could be a problem for quite some time, due to the massive uptake of the mistake fare earlier this
                                   week.

                                                                                                         Like

                                                          Quote    Multi Quote    Quick Reply

# EXHIBIT 12

**SMART & BIGGAR**

Rankings & Recognition

# Smart & Biggar "stands out in the market" for patents with 'Gold' band and 11 partners recommended in IAM Patent 1000 2018 edition.

June 12, 2018

   

Smart & Biggar announced today that the firm has been recognized once again as a Canadian leader for patents with "Gold band" status in prosecution and litigation, and as a recommended firm for transactions in the *IAM Patent 1000, The World's Leading Patent Professionals*, 2018 edition.

The guide cited Smart & Biggar as the largest Canadian IP boutique that 'files scores of patent applications' while also 'excelling in high-stakes litigation' making mention of the firm's impressive number of appearances before the Supreme Court. As one impressed peer remarks: "Smart & Biggar has always had a strong reputation in patent litigation and it's really reinforced that with the *Dow* case – the [$645 million] result it got was ground breaking. It's a firm that truly stands out in the market."

The guide also notes that, "Given [Smart & Biggar's] track record and the breadth of talent in its ranks, it comes as no surprise that the *crème de la crème* of international rights holders are loyal fans." On transactions, the firm's recommended partners were noted as "commercially savvy" and equally "effective at exploiting patents" as obtaining them.

The firm had a total of 11 partners featured overall in the guide as recommended and highly recommended for patent prosecution, litigation and transactions.

**Patent Prosecution:**

- Ronald Faggetter dubbed an "electronics sage" who has ushered plenty of local clients onto the world stage, and knows how to prosecute in the United States to minimise the chances of file history estoppel

## RELATED SERVICES

**PATENTS**
- Patent Litigation & Enforcement
- Patent Drafting & Pros
- Patent Counselling, O Advice
- Patent Portfolio Mana
- Due Diligence

**IP LITIGATION & ENFORCEMENT**

**IP STRATEGIC ADVISO**

**LIFE SCIENCES REGUL COMPLIANCE**

**PHARMACEUTICAL LIT**

## RELATED INDUSTRIES

**CHEMICAL & BIOTECH**

**ELECTRONICS & COMP TECHNOLOGY**

**PHARMACEUTICAL & BIOLOGICS**

John Knox also lauded for his electronics experience and notably his background as a hardware design engineer that "enables him to chat with inventors in their own language".

- Daphne Lainson is "indispensable" for life science issues and has "deep knowledge of the area, provides practical, well-grounded advice and is highly responsive. The overlap between patent and regulatory law is one of her specialities."

- Christopher Robinson also recognized for life sciences does a "great job getting the hang of complex pharmaceutical technologies" and appreciates "how to explain the nuances of Canadian patent law to business people"

- Matthew Zischka was noted for his attention to detail by the guide as one who "loves getting into the nitty gritty of complex patents, especially those in the microprocessor and computer graphics spaces"

**Patent Litigation:**

- Gunars Gaikis, a "stellar litigator". His win on behalf of AstraZeneca represented a significant victory for innovators seeking protection in Canada, when the Supreme Court "wholly rejected the promise doctrine" and clarified the requirement for patent utility.

- François Guay is a "contentious hotshot" with a tactical acumen that has saved the day for the likes of Microsoft, Nike and Air Canada. Acclaimed for his ability to give reliable cost-benefit assessments to help senior executives plan with confidence and "get an edge over their competitors".

- Steven Garland also praised as a "stellar litigator" whose victory for the Dow Chemical Company netted the largest reported award in a Canadian patent infringement case of over $645 million — perfectly exemplifying the level at which the firm is operating.

**Patent Transactions:**

- Sanjay Goorachurn understands the commercial side of intellectual property. "He knows his trade. He's also a great person to work with – a real gentleman"

- Alistair Simpson Calgary-based, he is "a practitioner to seek out", and who "keeps his ear to the ground in terms of new business opportunities"

- Theodore Sum is "extremely thoughtful" when it comes to the best way of resolving an issue: "He's professional, responsive, thorough, diligent and detail-oriented, a pleasure to work with."

**AEROSPACE, AERONA**
**AVIATION**

**SOFTWARE, INFORMA**
**CLOUD TECHNOLOGY**

**LUXURY GOODS & APP**

**Related People.**

**John Knox**
Principal

Smart & Biggar LP

T: 604.633.4814
jwknox@smartbiggar.ca
Vancouver

**Daphne Lainson**
Principal

Smart & Biggar LP

T: 613.232.2572
dclainson@smartbiggar.ca
Ottawa

**Christopher Robinson**
Of Counsel

Smart & Biggar LP

T: 604.633.4806
chris.robinson@smartbiggar.ca
Vancouver

**Matthew Zischka**
Managing Director

Smart & Biggar LP | Smart & Biggar LLP

T: 416.595.2767
mzischka@smartbiggar.ca
Toronto

**François Guay**
Principal

Smart & Biggar LLP

T: 514.954.3531
fguay@smartbiggar.ca
Montréal

**Steven Garland**
Principal

Smart & Biggar LLP

T: 613.232.2558
sbgarland@smartbiggar.ca
Ottawa

**Alistair Simpson**
Principal

Smart & Biggar Alberta LLP

T: 403.910.3683
agsimpson@smartbiggar.ca
Calgary

**Theodore Sum**
Principal

Smart & Biggar LLP

T: 604.633.4817
twsum@smartbiggar.ca
Vancouver

**Related News & Media.**

Rankings & Recognition

**Life Sciences leader Daphne Lainson recognized in the *IAM Strategy 300 Global Leaders 2024* edition**

Daphne Lainson

December 01, 2023

Smart & Biggar is proud to announce that Principal and Life Sciences practice group leader, Daphne Lainson, has been honoured in the 2024 edition of IAM Strategy 300 Global Leaders.

Rankings & Recognition

**Smart & Biggar boasts 21 lawyers and agents recognized as leaders for IP in *Who's Who Legal: Canada Guide 2023***

Christian Bolduc, Mitchell Charness, Mark Evans, Steven Garland, François Guay, Sheldon Hamilton, Graham Hood, Yoon Kang, John Knox, Daphne Lainson, Philip Lapin, Daphne L. Maravei, Nancy Pei, David Schwartz, Elliott Simcoe, Alistair Simpson, Oliver Stone, Kohji Suzuki, Alice Tseng, Urszula Wojtyra and Matthew Zischka

December 13, 2023

**READ MORE**

Smart & Biggar as proud to be featured as a leader in IP in the recent edition of Who's Who Legal (WWL) Canada Guide 2023. In total, 21 of our lawyers and patent agents have been recognized across...

**READ MORE**

Rankings & Recognition

**_Lexpert/ALM 500 2024_: Smart & Biggar stands out as Canada's IP leader across all markets**

Mark Biernacki, Christian Bolduc, Mark Evans, Steven Garland, François Guay, Philip Lapin, Nancy Pei and Matthew Zischka

January 10, 2024

Smart & Biggar is proud to share that eight Principals are recognized among Canada's leading lawyers for intellectual property (IP) in the 2024 edition of The Lexpert/American Lawyer Guide to the ...

**READ MORE**