IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Case No. 1:23-cv-01177-GBW <br><br> **JURY DEMAND REQUESTED** |

**DECLARATION OF IAN CARROLL IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

I, Ian Carroll, declare as follows:

**I.   BACKGROUND**

1. I am the founder and owner of Defendant Localhost, LLC ("Localhost"), which operates a website called Seats.aero. The Seats.aero website helps consumers best utilize their accumulated credit card points for air travel.

2. I was inspired to develop the Seats.aero website based on frustration I personally felt when attempting to search for award flight options. I found that airlines award websites were lacking in search functionality, and also found it frustrating that there was no easy way to compare award offerings from multiple different airlines.

3. I began developing the website that would become Seats.aero at the age of 22. Now, over a year later, Localhost has become my full-time job. My wife also works for Localhost part-time to provide customer support. Together we operate Localhost from our home in Ann Arbor, Michigan.

1

4. From 2018 to 2023, I worked as an application security engineer at various technology companies, most recently at Robinhood Markets as a Staff Security Engineer. In these roles, I focused on improving the security of application programming interfaces ("APIs"), websites, and mobile applications.

5. Starting in 2018, I also began participating in bug bounty programs, where security researchers are asked by companies to test for and report cybersecurity issues in the company. Researchers sometimes receive monetary "bounties" if they submit a valid security issue as a reward for helping protect the company and resolve the issue.

6. In September of 2023, I was invited to Air Canada's private bug bounty program. I subsequently discovered and reported a serious security issue in Air Canada's systems, and was awarded a bounty of $5,500 by Air Canada.

7. I have extensively participated in bug bounty programs run by other airlines, including several partners of Air Canada, helping them to resolve numerous security issues in their systems.

## II. SEATS.AERO WEBSITE

8. Seats.aero gathers publicly available point pricing data from online databases which allows users to explore point travel options in one convenient hub. Seats.aero also offers search functionality that many airlines cannot or do not provide, such as the ability to search for flight prices within a flexible date range.

9. Once a user has found a flight on Seats.aero, they are directed to the corresponding airline website for booking.

10. Seats.aero is a free tool to search for flights within two months, and users can pay a ten dollar per month subscription fee to search all routes.

11. Seats.aero has terms and conditions which the website makes clear only apply if a user agrees to the terms by clicking a button.

12. Seats.aero began operations in May 2022 and began gathering Air Canada flight data in April 2023.

13. Localhost gathers flight and point data from 14 airlines to populate Seats.aero. As of today, Seats.aero supports the following airlines: Aeromexico, Air Canada, Air France, Alaska, American, Delta, Emirates, Etihad, JetBlue, Qantas, SAS, United, Virgin Atlantic, and Virgin Australia.

14. Together, the supported airlines cover all three major airline alliances and their members, including Oneworld, SkyTeam, and Star Alliance.

15. I have not received any complaints about Localhost's data gathering from any airline other than Air Canada.

### III. DATA GATHERING

16. Localhost uses automated digital bots ("bots") to gather publicly available data. Use of such bots is sometimes referred to as "data scraping."

17. Data scraping is necessary for gathering the award pricing information that Seats.aero needs to operate.

18. For flights paid in cash ("cash flights"), airlines publicly provide information to global distribution systems ("GDS"). This is how travel agents and websites like Expedia get pricing information for cash flights.

19. However, there is no equivalent for award flight pricing information ("award flights"). The only way for Seats.aero to offer award flight information is by gathering flight and points data that airlines make publicly available.

3

## IV. AIR CANADA

20. The information that Localhost is obtaining through its bots is no different than what a user may obtain by searching the Air Canada website (www.aircanada.com).

21. At a high level, an Air Canada customer gets award flight information by inputting information to (1) the user-facing website, which makes a request to (2) an API, which, in turn, pulls the award flight information from (3) a variety of partner airlines and systems.

22. On information and belief, Air Canada uses an independent company called Amadeus IT Group, S.A. ("Amadeus") to manage the API, which is the intermediary between the website and the repositories of award pricing information.

23. Localhost does not do any form of data gathering of flight information from the Air Canada website. Rather, all of Localhost's data gathering is performed on the API.

24. Unlike a user search, a Localhost search largely skips the Air Canada website and goes directly to the Amadeus-operated API. This reduces or eliminates any burden on Air Canada's user-facing website.

25. Notably, Air Canada allows knowledgeable users to gain access to the key that allows public access to the API, via the website's public JavaScript code. If Air Canada did not make this information public, but instead restricted the API access to registered users, Localhost would not be able to gain access to the API.

26. As Air Canada allows this public entry to the API, Localhost bypasses the Air Canada website other than to answer a challenge issued by a security company called Akamai.

27. Localhost limits its search of the Amadeus API to a relatively constant rate of about five searches per second. This same rate has generally been used since Localhost first began gathering data from Air Canada. I do not believe that this rate should present a burden to modern

4

servers. Localhost has protections in place to ensure the system cannot meaningfully exceed this rate.

28. Localhost uses various targets to calculate how many requests per second are required to keep the data reasonably up to date. For example, for flights departing more than 60 days from today, Localhost aims to update the data once every 3-4 days. In most cases, including for Air Canada, Localhost uses a requests per second rate that is slower than needed to meet this target.

29. When users view flight availability on Seats.aero, they view a cached version of the search results from Localhost's database, and no query is made to Air Canada or Amadeus. This saves Air Canada resources as users no longer have to run duplicative searches on the Air Canada system. In some cases, like when a user clicks on a specific flight, older results are updated by Localhost with the airline and again made available to all Seats.aero users.

30. Localhost also conserves airline resources by only tracking and running searches for routes that have direct/non-stop flights scheduled. When a user asks for a new route to be added, Localhost verifies that the route is operated by an Aeroplan partner before running any searches for it. Only limited exceptions exist and are manually reviewed by Localhost.

V.  **TERMS OF USE**

31. I understand that Air Canada is alleging that the Terms of Use ("Terms") posted on the Air Canada website represent a binding contract between Localhost and Air Canada.

32. Localhost was only made aware of the Terms on October 5th, 2023 and has never agreed to them.

33. Localhost's bots do not ever load the hyperlink on the Air Canada website that links to the Terms.

### VI. HARM TO LOCALHOST

34. Localhost's business would be severely inhibited if it were enjoined from gathering data from Air Canada.

35. Localhost's primary source of revenue is from its individual subscribers. These subscribers value being able to search for rewards flights for every major airline on Seats.aero.

36. The Seats.aero website includes explore pages wherein a user can view flight offerings of specific award programs. The Aeroplan explore page is by far the most popular on the Seats.aero website.

37. In December, the Aeroplan explore page had 40,900 unique visitors, which is almost double the next popular program – United Airlines at 26,600 visitors.

38. If Seats.aero suddenly stopped providing its most popular information on Aeroplan offerings, Localhost would undoubtedly experience numerous complaints, user frustration, and loss of goodwill.

39. I would also expect Seats.aero to lose a substantial number of subscribers and associated revenue.

### VII. TESTING

40. Using a software program called Burp Suite, I captured a copy of the network traffic originated by the latest version of the Seats.aero application performing a search on the Amadeus APIs.

41. I provided a true and accurate copy of this network traffic to expert Eric Eder.

42. I make this declaration based on matters within my own personal knowledge or that I have been reliably informed thereon. If called as a witness, I could and would testify competently on the matters set forth herein.

43. I declare under the penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2024         By: *Ian Carroll*
                                    Ian Carroll