IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Case No. 1:23-cv-01177-GBW <br><br> **JURY DEMAND REQUESTED** |

**DECLARATION OF ERIC EDER IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

**I.      INTRODUCTION**

1.      I have been retained by Defendant Localhost LLC ("Localhost") as an independent expert in this case.

2.      In this declaration, I offer my observations, analysis, and opinions regarding data access in conjunction with certain events involving Localhost and the Plaintiffs Air Canada and Aeroplan Inc. ("Air Canada").

**II.     BACKGROUND**

3.      I am qualified to serve as a technical expert in this matter based upon my professional experience in the fields of computer technology and cybersecurity.

4.       I am the President at CyberForce|Q LLC, a firm I founded in 1995, and have served continuously in that capacity.

5.      CyberForce|Q is a technology services firm with headquarters located in Plymouth, Michigan and employees located throughout the United States. CyberForce|Q provides services to publicly held, private, and governmental entities located in the United States. We assist clients with implementing systems that are secure, reliable, and compliant with the laws and regulations

applicable to their industry sectors and operational locations. CyberForce|Q holds multiple Statewide contracts to provide services for municipalities and educational institutions. We also hold a master contract to assist organizations with maintaining United States Department of Defense Cybersecurity Maturity Model Certification compliance.

6. In my capacity with CyberForce|Q, I work directly with clients to architect and implement computer systems and oversee a staff that performs administration, monitoring, and testing of computer systems. This work includes application performance and cybersecurity monitoring. Integral to this work is event response and analysis. Our analysts and computer forensic investigators monitor and evaluate network and application signals in real time. My review of that work, coupled with each organization's system requirements, inform security and performance tuning for continuous improvement. I have direct experience providing these services in both the aerospace and hospitality sectors.

7. From 1988 to 1995, I worked in application development, computer network engineering, and technology instruction for firms including Banyan Systems, IBM, LanShark Systems, EDS, and Fourth Wave Technologies.

8. I have obtained professional certifications from Cisco, Microsoft, Check Point, Elastic, Barracuda Networks, F5, Blue Coat, Nokia, Aladdin, Imperva, and Websense. And I have been an instructor for Microsoft and Check Point certifications.

9. My academic degrees are a Bachelor's Degree in Economics from the University of Michigan and a Master's Degree from Thunderbird, The American Graduate School of International Management.

**III.    LOCALHOST**

10. Localhost is a software development company that operates in the United States.

11. Localhost is owned by Ian Carrol.

12. I understand that Localhost owns and operates the Seats.Aero website and associated software applications.

IV. **SEATS.AERO WEBSITE AND APPLICATION**

13. The Seats.aero website allows users to search for and view flights available to book with award points from 14 different airlines.

14. Seats.aero obtains flight information by accessing publicly available information from online databases of Airlines via application programming interfaces (API).

15. An API is a system that allows two or more computer programs to communicate with one another. For example, an API may communicate requests from a website to retrieve information from a database.

16. Seats.aero stores this flight information with a delayed refresh rate of 3 to 4 days (Carroll Dec. at ¶ 25).

17. Multiple Seats.aero users can access the same information without generating a new airline seat request inquiry (*Id.* at ¶ 26).

18. Seats.aero users are able to search multiple airlines from the same site rather than visiting each site separately. This functionality is similar to search requests made via Google Flights, Expedia, Priceline, and the many other available travel apps that provide a valuable and convenient service to consumers.

V. **DATA ACCESS**

19. The World Wide Web is an ecosystem of interconnected data, computers, and users. And the Internet is a publicly available network to support this ecosystem. It is the global standard for information access.

20. Air Canada, Seats.aero, and millions of global airline customers rely upon this ecosystem to exchange information about flight availability. They use the same ecosystem, and

generally the same methods that organizations like Google, Microsoft, and Apple use to aggregate and provide access to data for the benefit of consumers.

21. Air Canada provides access to reward flight information on the website www.aircanada.com. Any website user is allowed to gain access to this information through the Air Canada website even if the user does not sign-in to the website or otherwise get authorization from Air Canada or the Air Canada website. The same information is also available to each Aeroplan member with a user account and login credentials.

22. It is my understanding that Air Canada uses an independent company called Amadeus IT Group, S.A. ("Amadeus") to operate the online award search system of Aeroplan. Specifically, Amadeus operates an API which links the Air Canada website with systems containing flight information.

23. It is also my understanding that Air Canada utilizes the services of another third-party, Akamai Technologies, Inc. ("Akamai"). Akamai is a technology service provider that provides application delivery and security services to Air Canada and other travel sector organizations.

24. I was able to access information about the aircanada.com websites, Akamai and the Amadeus API by accessing public DNS records, decoding html sessions within the browser, observing session traffic in Fiddler, and observing session traffic in Burp Suite Pro.

25. I accessed this information without logging into any Air Canada websites.

26. As part of my analysis, I was provided with a copy of the network traffic originated by the latest version of the Seats.aero application performing a search on the Amadeus APIs from Ian Carroll.

27. Seats.aero accesses www.aircanada.com as a generic internet user and does not authenticate as an Aeroplan user.

28.     Seats.aero accesses the Amadeus application programming interface (API) located at https://akamai-gw.dbaas.aircanada.com/loyalty/dapidynamic/1ASIUDALAC/v2/search/air-bounds. This API is available to the public and does not require an Aeroplan user account authentication for access.

29.     Internet user access to Air Canada flight information via the Air Canada website is depicted schematically in Figure A. When an Internet User initiates a request to the Air Canada website, that request is proxied through Akamai. The Air Canda website then initiates a request to the Amadeus API Gateway to obtain the requested information from the Amadeus system. The Amadeus system then returns the traffic through the same path by which it originated.



**FIGURE A**

30.     Seats.aero's access to the Air Canada flight information is depicted in Figure B. When Seats.aero initiates a request to the Air Canada website that request is proxied through the Seats.aero Proxy and then through Akamai. After Seats.aero receives the initial response from Air Canada, Seats.aero opens a direct session to the Amadeus API Gateway. The Amadeus system then returns the traffic directly to Seats.aero rather than using resources of www.aircanada.com.



**Figure B**

31. My professional observations and analysis result in the conclusion that Localhost relies only upon information available to generic internet users for access to all systems that provide Air Canada reward flight information. Localhost does not use, and has no need to use, authentication or malicious access methods.

32. My professional observation and analysis has further resulted in the conclusion that Localhost does not directly gather any flight information from, or "data scrape," the Air Canada website. While Localhost contacts the website to begin the process of accessing the API, Localhost only gathers flight data via its interaction with the Amadeus API gateway.

VI. **ACCESS PERFORMANCE TESTING**

32. My assessment of the Localhost access to Air Canada flight information included comparing the system load of an internet user accessing www.aircanada.com with that of the Localhost accessing the same type of information by going directly to the Amadeus API gateway.

33. The assessment environment included two systems. The first system sent requests to www.aircanada.com and the Amadeus API gateway from an application testing tool called Burp Suite Pro. This tool provides session and protocol analysis while isolating the traffic to only that

which is consistent with the Seats.aero application making the same requests. The requisite components of each request were sent to the Air Canada website through their designated Akamai proxy and to the Amadeus API Gateway hosted by Akamai.

34. The second system was setup with Firefox and Fiddler. Firefox is a common internet browser and was installed on a Microsoft Windows 11 end user computer. Fiddler is a web session analysis tool. The internet user requests initiated on the Firefox browser were sent through Fiddler so that I could assess the web sessions.

35. The testing was designed to make the same search requests, and obtain the same search results, using the internet user browser interface and the Seats.aero application method. In the case of the internet user, each test was originated from a new browser tab. In the case of the Seats.aero simulation, each request was initiated through Burp Repeater.

36. Assessment observations include the payload (size) exchanged between the computer and the Air Canada and Amadeus systems, and the elapsed time from when a request was initiated until it was fulfilled (duration). Fiddler records the sessions in all monitored browser tabs concurrently. Session data includes the destination, the time measured in milliseconds and the payload size measured in kilobytes. The user browser session duration is the total of all session times. The user browser session size is the total of all request and response payloads observed for that test iteration.  Burp Suite Pro records the sessions of all Burp Repeater requests. Session data includes the destination, the time measured in milliseconds and the payload size measured in kilobytes. The Seats.aero session duration is the total of all session times. The Seats.aero session size is the total of all request and response payloads observed for that test iteration.

37. I understand that Localhost continuously conducted API search requests to the Amadeus system, at a rate of about five requests per second, during the entirety of my testing.

38. The internet user test iterations and the Seats.aero test iterations were not conducted concurrently. This was done to simulate traffic in addition to the ongoing data gathering being actively performed by Seats.aero and to better control for equivalent test results.

39. During testing no delays or outage conditions were observed while using the internet user or Seats.aero method. Our initial test using the Seats.aero method was denied access to the Amadeus API Gateway because we attempted to use a previously used Seats.aero session request. After reloading the test environment access to the Air Canada website and the Amadeus API Gateway were responsive for the testing duration. Continuous testing with the Seats.aero method did require an initial request to the Air Canada website before accessing the Amadeus API Gateway.

40. Seats.aero accesses the aircanada.com website and the Amadeus API with direct access requests. These direct requests are a subset of the requests invoked by the browser on the computer of an internet user. Seats.Aero requests, in comparison to internet user requests for the same information, utilize fewer resources and are faster (see Table 1 and Figures C and D below). Seats.Aero observed requests required only 2.11% of the session size and 1.11% of the session duration compared to an internet user request.

| Airport Pair Requests | User Browser Session Size | User Browser Session Duration | Seats.Aero Session Size | Seats.Aero Session Duration | Size Delta | Time Delta |
|---|---|---|---|---|---|---|
| A Single request<br><br>GRU to YYZ | 3,177.79k | 35,390ms | 15.6k | 672ms | 0.49% | 1.90% |
| Five requests to the<br><br>same airports<br><br>DXB to YYZ | 2,677.09k | 94,580ms | 78k | 674ms | 2.91% | 0.71% |
| Five requests with multiple airports<br><br>　　SFO to YYZ<br><br>　　YVR to YYZ<br><br>　　LIS to YYZ<br><br>　　HND to YVR<br><br>　　DXB to SFO | 3,692.67k | 42,960ms | 78k | 729ms | 2.91% | 0.71% |
| Average | 3,185.52k | 57,643.33ms | 57.20k | 691.67ms | 2.11% | 1.11% |

**Table 1**



**Figure C**



**Figure D**

## VII. RATE LIMITING

41. Rate Limiting is a technical method to moderate access to a computer system and to assure continued accessibility and consistent performance of that system.

42. A Proxy Server is an intermediary between a computer and the internet. Proxy servers are often used to monitor and improve internet traffic performance by applying traffic policies.

43. A False Positive is an alert suggesting a problem condition when there is none. False positives are often triggered when a monitoring parameter is set unnecessarily too low.

44. The Seats.Aero application and access system includes a proxy and elective rate limiting at five requests per second (Carrol Dec., ¶24).

45. Based on public domain name service resolution (see Figure E below), I have concluded that the Air Canada and Amadeus systems also make use of Proxy Server technology. These services are provided, in part, by Akamai. Akamai is amongst the largest internet service companies in the world. Global enterprises rely upon Akamai to deliver high volume web services. These services often include load balancing global traffic to multiple web servers. Amadeus's statement that their system capacity is more than 100,000 requests per second is consistent with enterprise web architecture and the use of Akamai services (see Schwartz Dec., Ex. 5).



**FIGURE E**

46. Apache and NGINX are the two most widely used web servers in the world today. A single web server installed on consumer grade hardware is estimated to process approximately 1,000 requests per second for Apache and 6,000 requests per second for NGINX. Similarly, current generation database server technologies process far more than 1,000 requests per second. I would expect Air Canada's partner airlines to utilize servers with at least such basic processing capacity.

47. The constant five requests per second of Seats.aero is a small fraction of the capacity of even these common consumer grade servers. I would not expect Seats.aero's requests to present a serious burden or risk suddenly overloading such servers.

## VIII. CONCLUSION

48. My testing indicates that a search request by Seats.aero is magnitudes smaller in both duration and size compared to an internet user request.

49. Given the minimal burden of each Seats.aero request, Seats.aero's rate of searching is conservative and should not present a burden to Air Canada's enterprise web architecture or even basic consumer-grade servers.

50. Based upon my experience and these observations, I conclude that it is improbable that any issues that have occurred with the Air Canada website and/or partner websites are attributable to Seats.aero's five requests per second.

51. Based upon my experience and these observations, I further conclude that Seats.aero's stable rate of about five requests per second does not present a significant risk of future disruptions to the Air Canada website and/or partner websites.

52. I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 18, 2024    By: _____
                                Eric Eder