# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiffs have requested an extension of time to file their brief replying to Localhost's Response to Plaintiffs' Motion for Preliminary Injunction;

WHEREAS, Defendant does not oppose Plaintiffs' request for an extension of time;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for Plaintiffs Air Canada and Aeroplan, Inc. to file their brief replying to (D.I. 27) is extended through and including to February 8, 2024 (from January 25, 2024).

Dated: January 22, 2024

| | |
|---|---|
| McCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
| */s/ Daniel M. Silver* | |
| Daniel M. Silver (#4758) | */s/ Charles J. Brown, III* |
| Alexandra M. Joyce (#6423) | Charles J. Brown, III (#3368) |
| Renaissance Centre | 201 N. Orange Street, Suite 300 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 425-5800 |
| (302) 984-6300 | crbown@gsbblaw.com |
| dsilver@mccarter.com | |
| ajoyce@mccarter.com | *Counsel for Defendants* |
| | |
| *Counsel for Plaintiffs* | |

IT IS HEREBY ORDERED this ____ day of January, 2024.

_____
United States District Judge