# EXHIBIT C



Url: https://www.aircanada.com/ca/en/aco/home/aeroplan/partners.html#/
Date Accessed: 1-28-2024

