**CERTIFICATE OF SERVICE**

      I, Charles J. Brown, III, hereby certify that on January 29, 2024, I caused a copy of the forgoing *Defendant LocalHost, LLC's Reply in Support of Its Partial Motion to Dismiss* to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated:  January 29, 2024

                                                  */s/ Charles J. Brown, III*
                                                  Charles J. Brown, III (DE 3368)