**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AIR CANADA AND AEROPLAN INC.,

          Plaintiffs,

      v.

LOCALHOST LLC,

          Defendant.

C.A. No. 23-1177-GBW

**PLAINTIFFS' SUR-REPLY BRIEF
OPPOSING DEFENDANT'S PARTIAL MOTION TO DISMISS**

ME1 47578758v.1

Localhost failed, in its opening brief, to meet its burden to show "that public and private interest factors weigh[] heavily for dismissal." *Networld Commc'ns, Corp. v. Croatia Airlines, D.D.*, No. CV 13-4770 SDW, 2014 WL 4724625, at *2 (D.N.J. Sept. 23, 2014); *Atl. Marine Const. Co. v. U.S. Dist. Ct. for W. Dist. of Texas*, 571 U.S. 49, 66 n.8 (2013) (noting that a party "invoking *forum non conveniens* ordinarily bears a heavy burden in opposing the plaintiff's chosen forum"). Hoping to fix this, Localhost introduced, for the first time in its reply, new matter regarding the first and third factors of the *forum non conveniens* analysis. For the reasons discussed briefly below, Localhost has still failed to meet its heavy burden.

Localhost argues that "[m]ost of the relevant witnesses in the contract case will be Air Canada employees and presumably Canadian and so it will be far more convenient for those witnesses to participate in a Canadian trial and easier for Localhost to secure their trial testimony by subpoena." (D.I. 32 at 11.) The Air Canada Group brought this suit in Delaware and will make relevant employee witnesses available for deposition and trial testimony in Delaware. This cannot, therefore, weigh "heavily for dismissal."

Localhost also argues that it intends to "investigat[e] Air Canada's relationship with its partner airlines during discovery, and at least five of these airlines, Air Creebec, Calm Air, Canadian North, Central Mountain Air, and PAL Airlines are all Canadian entities." (D.I. 32 at 11.) Localhost generated this list of airlines by going to www.aircanada.com, filtering the Air Canada Group's myriad partners by region, and listing all Canadian partners. Localhost provides no facts to support its allegation that "[t]hese third-parties could not be compelled to testify by this Court." (D.I. 32 at 11.) And it does not note that there are many other partners listed in the United States and elsewhere. Localhost's rudimentary identification of partner airlines thus cannot weigh "heavily for dismissal."

1

Finally, Localhost insinuates that "there *could be* former employees" who are "*likely*

located in Canada." (D.I. 32 at 11 (emphasis added).) Such rank speculation falls far short of

satisfying Localhost's "heavy burden."


Dated: February 8, 2024                               MCCARTER & ENGLISH, LLP

*Of counsel:*                                         /s/ Alexandra M. Joyce
                                                      Daniel M. Silver (#4758)
Douglas A. Rettew                                     Alexandra M. Joyce (#6423)
Jonathan J. Fagan                                     405 N. King St., 8th Floor
FINNEGAN, HENDERSON, FARABOW,                         Wilmington, DE 19801
 GARRETT & DUNNER, LLP                                (302) 984-6300
901 New York Avenue NW                                dsilver@mccarter.com
Washington, DC 20001-4413                             ajoyce@mccarter.com
(202) 408-4000 (phone)
(202) 408-4400 (fax)                                  *Attorneys for Plaintiffs*
Doug.Rettew@finnegan.com                              *Air Canada and Aeroplan Inc.*
Jonathan.Fagan@finnegan.com

2

ME1 47578758v.1