**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AIR CANADA AND AEROPLAN INC.,

                Plaintiffs,

      v.

LOCALHOST LLC,

                Defendant.

C.A. No. 23-1177-GBW

## STIPULATION AND [PROPOSED] ORDER TO FILE UNDER SEAL

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. (collectively, "the Air Canada Group") intend to file (1) a Reply Brief in support of plaintiffs Motion for Preliminary Injunction, (2) a Supplemental Attorney Declaration of Jonathan Fagan, in support of the Reply Brief, (3) a Supplemental Declaration of Derek Whitworth, in support of the Reply Brief, and (4) a Supplemental Declaration of Paul Clark, in support of the Reply Brief;

WHEREAS, the Air Canada Group intends to file the Reply Brief, the Supplemental Declaration of Derek Whitworth, and the Supplemental Declaration of Paul Clark under seal;

WHEREAS, the Air Canada Group represents that the Reply Brief, the Supplemental Declaration of Derek Whitworth, and the Supplemental Declaration of Paul Clark contain confidential information belonging to the Air Canada Group referencing, relating to, or consisting of commercially sensitive web traffic data and partner correspondence;

WHEREAS, the Air Canada Group believes it is necessary and appropriate, and that good cause exists, to file the Reply Brief, the Supplemental Declaration of Derek Whitworth, and the Supplemental Declaration of Paul Clark under seal in order to avoid harmful disclosure of commercially sensitive web traffic data. *See In Re Avandia Mktg., Sales Practices & Prods. Liab.*

*Litig.*, 924 F.3d 662 (3d Cir. 2019) (requiring a that a proponent seeking to seal "demonstrate that 'good cause' exists for the order," and explaining that "[g]ood cause means 'that disclosure will work a clearly defined and serious injury to the party seeking closure'");

WHEREAS, the Air Canada Group submits that Courts routinely protect information constituting a party's confidential commercial information, which if disclosed publicly, would subject the party to competitive harm in the marketplace, *see* Fed. R. Civ. P. 26(c)(1)(G), and here, the public does not have an interest in the commercially sensitive web traffic data that would outweigh the harm to the Air Canada Group in disclosing that information;[1]

WHEREAS, If the Air Canada Group is permitted to file the Reply Brief, the Supplemental Declaration of Derek Whitworth, and the Supplemental Declaration of Paul Clark under seal, counsel for the Air Canada Group will work with counsel for Localhost LLC to prepare and file redacted, public versions of the Reply Brief, the Supplemental Declaration of Derek Whitworth, and the Supplemental Declaration of Paul Clark within seven (7) days, in accordance with this Court's procedures; and

WHEREAS, the parties have conferred and Localhost LLC does not oppose the Air Canada Group's request to seal based on the Air Canada Group's above representations;

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Air Canada Group may file the Reply Brief, the Supplemental Declaration of Derek Whitworth and the Supplemental Declaration of Paul Clark under seal, subject to the requirements of D. Del. LR 5.1.3. the Air

---

[1] The court's assessment of whether good cause exists to seal "generally involves a balancing process, in which courts weigh the harm of disclosing information against the importance of disclosure to the public." *MOSAID Techs. Inc. v. LSI Corp.,* 878 F. Supp. 2d 503, 508 (D. Del. 2012) (citing *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 787 (3d Cir. 1994)).

Canada Group will file the Supplemental Attorney Declaration of Jonathan Fagan publicly. The parties will confer and file redacted versions of the Reply Brief, the Supplemental Declaration of Derek Whitworth, and the Supplemental Declaration of Paul Clark in accordance with this Court's procedures.

Dated: February 8, 2024

McCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (#3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
crbown@gsbblaw.com

*Counsel for Defendants*

IT IS HEREBY ORDERED this ____ day of February, 2024.


_____
United States District Judge