# EXHIBIT 9



# EXHIBIT 10



# EXHIBIT 11



everything that I've expected (I really just built this to make it easier to use LifeMiles). We now have more users than most other award tools and are growing at an amazing rate. However, it's been hard to work on both Seats.aero and my current full-time role at Robinhood.

So, I am excited to say that I am leaving Robinhood shortly **to work on Seats.aero full-time**! This will give me a lot more time to improve and iterate on the site and features we can offer.

As part of this, I had to take a look at our expenses, which have been increasing along with the site's popularity. In order to ensure Seats.aero remains viable, for **new users only**, we are going to increase the price of the Pro account to $9.99 USD per month or $99.99 USD per year. **Existing users are not affected by this change** and you will keep your lower price so long as your account remains active. I really appreciate everyone who has signed up for a Pro account so far and you are our earliest users 🙂

This will also help us add more features and add them more quickly: every airline we add requires more resources on the backend, and future features we are planning also require additional capacity/resources.

The price increase for new users will be implemented in the next couple of weeks, so there is still time for everyone to lock in the existing $7.99/mo or $79.99/yr rate. We will also mention this on the site so everyone is aware. Thanks for supporting Seats.aero and feel free to mention any feedback in #feature-requests.

🖼️ 38   🔥 91   🖼️ 18   🟨 21   ❤️ 33   ✏️ 16   7   🐐 6   🚀 3   💯 1   👏 1   🤣 1

**ian**  06/17/2023 11:20 PM
~~We're having some issues pulling United data at the moment. Working on a fix!~~

Should be recovering now. (edited)

*June 22, 2023*

**ian**  06/22/2023 11:18 PM
United is preventing us from retrieving availability again so will likely be down for a bit until we get around it. Sorry for the inconvenience!

👍 13

*June 23, 2023*

**ian**  06/23/2023 10:54 AM
United should be back now. It seems like they are actively working on blocking automated searches, which we heavily rely on. It is even blocking just normal users from doing searches on the site because the blocks are so aggressive.

It is unfortunate that they are taking this path but we will keep working on it and make sure you can keep searching United awards 💪

⚠️ 37

*June 27, 2023*

**ian**  06/27/2023 1:42 AM
ChatGPT + Seats.aero 👀



🔥 35   🤩 5   🙋 2   👀 4   🖼️ 2   🖼️ 2

*June 28, 2023*

**ian**  06/28/2023 7:14 AM
Hi all, couple updates!

- The new iOS app version with Pro login support, searches, and alerts has been released! Make sure to update and check it out. Please note some of the advanced filters for search do not fully work yet. More updates soon!

- If you're a ChatGPT Plus user, our plugin was just published in the plugin store! You can ask ChatGPT to plan trips using Seats.aero data, and it has full access to extended availability for free.

# EXHIBIT 12

**Ian Carroll** ✓
@iangcarroll

About 1.5 years ago, I started Seats.aero as a fun side project to help me book better award flights with my points. To my surprise, it grew much faster than I ever expected, and ended up becoming my full-time job.

As the year ends, we just hit $1.5M in ARR and now serve over a million pageviews per month. We are entirely bootstrapped, have no full-time employees besides myself, and have become very familiar with the Delaware courts.

On the technical side, I've had to solve some pretty interesting challenges to keep up with the growth. We pushed traditional PostgreSQL to its breaking point and had to move to Amazon Aurora to support our workload of over several thousand queries per second. We store over a billion rows of flight availability and history, probably the largest dataset for award travel that exists today.

Super excited for what's next — we are working on some really cool tools to further help everyone make better use of miles and points. Feel free to reach out if you are interested in this space!



$0.00 previous year

7:54 PM · Dec 9, 2023 · **224.3K** Views





# EXHIBIT 13

The Wayback Machine - https://web.archive.org/web/20230702010328/https://seats.aero/status





## System Status

Seats.aero relies on a variety of unofficial integrations with airline systems in order to retrieve availability data. For reasons usually out of our control, we may experience an outage for a particular airline.

Outages do not impact our Search or Explore tools, but they prevent any availability from being updated with fresh data. Below is a list of the mileage programs that Seats.aero supports and their current status.

| Mileage Program | Status |
| --- | --- |
| Aeromexico | Healthy |
| Air Canada Aeroplan | Healthy |
| Alaska Mileage Plan | Healthy |
| American Airlines | Healthy |
| Avianca LifeMiles | Healthy |
| Delta SkyMiles | Healthy |
| Emirates Skywards | Healthy |
| Etihad Guest | Outage |
| United MileagePlus | Healthy |
| Virgin Atlantic | Outage |

**Not affiliated with any airline.** Data is periodically refreshed and might not be up to date. 08239458/fra/sjc

2/8/24, 9:14 AM
Case 1:23-cv-01177-GBW   Document 39-1   Filed 02/08/24   Page 14 of 17 PageID #: 1198
Seats.aero | System Status

The Wayback Machine - https://web.archive.org/web/20230928133800/https://seats.aero/status

 Seats.aero



## System Status

Seats.aero relies on a variety of unofficial integrations with airline systems in order to retrieve availability data. For reasons usually out of our control, we may experience an outage for a particular airline.

Outages do not impact our Search or Explore tools, but they prevent any availability from being updated with fresh data. Below is a list of the mileage programs that Seats.aero supports and their current status.

| Mileage Program | Status |
| --- | --- |
| Aeromexico | Healthy |
| Air Canada Aeroplan | Healthy |
| Air France/KLM Flying Blue | Healthy |
| Alaska Mileage Plan | Healthy |
| American Airlines | Healthy |
| Avianca LifeMiles | Outage |
| Delta SkyMiles | Healthy |
| Emirates Skywards | Healthy |
| Qantas Frequent Flyer | Healthy |
| SAS EuroBonus | Outage |
| United MileagePlus | Healthy |
| Virgin Atlantic | Healthy |
| Virgin Australia Velocity | Healthy |

2/8/24, 9:14 AM
Case 1:23-cv-01177-GBW    Document 39-1    Filed 02/08/24    Page 15 of 17 PageID #: 1199
seats.aero: System Status

**Not affiliated with any airline.** Data is periodically refreshed and might not be up to date. 067ebd41/iad/sjc

 

# System Status

Seats.aero relies on a variety of unofficial integrations with airline systems in order to retrieve availability data. For reasons usually out of our control, we may experience an outage for a particular airline.

Outages do not impact our Search or Explore tools, but they prevent any availability from being updated with fresh data. Below is a list of the mileage programs that Seats.aero supports and their current status.

| Mileage Program | Status |
| --- | --- |
| Aeromexico | Healthy |
| Air Canada Aeroplan | Healthy |
| Air France/KLM Flying Blue | Healthy |
| Alaska Mileage Plan | Healthy |
| American Airlines | Healthy |
| Delta SkyMiles | Healthy |
| Emirates Skywards | Healthy |
| Etihad Guest | Healthy |
| JetBlue TrueBlue | Healthy |
| Qantas Frequent Flyer | Healthy |
| SAS EuroBonus | Healthy |
| United MileagePlus | Healthy |
| Virgin Atlantic | Healthy |
| Virgin Australia Velocity | Healthy |

2/8/24, 9:15 AM
seats.aero System Status
Case 1:23-cv-01177-GBW   Document 39-1   Filed 02/08/24   Page 17 of 17 PageID #: 1201

🌙 📷 🐦 **Not affiliated with any airline.** Data is periodically refreshed and might not be up to date. 7dcdaae3