IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Case No. 1:23-cv-01177-GBW <br><br> **JURY DEMAND REQUESTED** <br><br> RE: D.I. 15 |

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Pursuant to D. Del. L.R. 7.1.4, Defendant Localhost, LLC ("Localhost") by and through undersigned counsel respectfully requests that the Court schedule oral argument on Plaintiff's Motion for Preliminary Injunction [D.I. 15] (the "Motion for PI") at the earliest convenience of the Court. Localhost would like the opportunity to address certain positions taken by Air Canada for the first time in its reply brief which include the new positions that (a) Star Alliance has allegedly placed limits on Air Canada, (b) Amadeus allegedly does not own and operate the API, and (c) the API is allegedly part of Air Canada's website. The Motion is fully briefed and ready for the Court's consideration.

*(Signature page to follow)*

Dated: February 14, 2024　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　By: */s/ Charles J. Brown, III*
　　　　　　　　　　　　　　　　　　　　Charles J. Brown, III (DE 3368)
　　　　　　　　　　　　　　　　　　　　Gellert Scali Busenkell & Brown, LLC
　　　　　　　　　　　　　　　　　　　　201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　Telephone: 302-425-5800
　　　　　　　　　　　　　　　　　　　　Email: cbrown@gsbblaw.com

　　　　　　　　　　　　　　　　　　　　Steven Susser, Esq.
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　Michael S. Schwartz
　　　　　　　　　　　　　　　　　　　　(admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　CARLSON, GASKEY & OLDS, P.C.
　　　　　　　　　　　　　　　　　　　　400 West Maple Road, Suite 350
　　　　　　　　　　　　　　　　　　　　Birmingham, MI 48009
　　　　　　　　　　　　　　　　　　　　P: (248) 988-8360
　　　　　　　　　　　　　　　　　　　　F: (248) 988-8363
　　　　　　　　　　　　　　　　　　　　Email: ssusser@cgolaw.com
　　　　　　　　　　　　　　　　　　　　Email: mschwartz@cgolaw.com

　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I, Charles J. Brown, III, hereby certify that on February 14, 2024, I caused a copy of the forgoing document to be filed with the clerk of Court via the CM/ECF system, which will notify all counsel of record for this matter.

Dated:  February 14, 2024

                                            */s/ Charles J. Brown, III*
                                            Charles J. Brown, III (DE 3368)