IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | REDACTED PUBLIC VERSION <br> FILED FEBRUARY 15, 2024 <br><br> C.A. No. 23-1177-GBW <br><br>  |

SUPPLEMENTAL DECLARATION OF DEREK WHITWORTH
IN SUPPORT OF PLAINTIFFS'
**MOTION FOR PRELIMINARY INJUNCTION**

## I. INTRODUCTION

1. I am the Vice President, Customer Digital Technology at Air Canada and I have personal knowledge of the facts set out in this affidavit.

## II. THE AIR CANADA GROUP'S WEBSITE

2. As I previously testified in my earlier declaration, it is essential that Aeroplan members be able to search for and view data regarding available reward flights. To ensure that Aeroplan members have access to this essential data, the Air Canada Group maintains its website and mobile app, where Aeroplan members can search for and view the data.

3. As I further explained, when a user searches for flight data on the website or mobile app, the user sends a request to one of the Air Canada Group's APIs to obtain the requested data (a "shopping request"). The Air Canada Group's APIs are stored at an Air Canada Group-owned location on Amazon Web Services' servers. And while the Air Canada Group hires third-party Amadeus to provide monitoring services relative to its APIs, the Air Canada Group

itself owns, operates, and controls its APIs. For example, the Air Canada Group controls and directs the selection, customization, and optimization of code that makes the APIs work.

### III. STAR ALLIANCE

4. Localhost's requests directed to the Air Canada Group's APIs are received as shopping requests. As I previously noted, if the flight path input in a shopping request (from either the legitimate user interface or from Localhost) includes flight options in which an Air Canada Group partner airline operates one or more legs of a journey, then the Air Canada Group's API will send an "availability request" to the partner airline to obtain up-to-date flight inventory from that partner. In the case of Star Alliance partners, the Air Canada Group sends all availability requests to the virtual hub STARNET. A single *shopping* requests can generate as many as 100-300 *availability* requests, depending on how many options there are for a given flight path.

5. On February 5, 2024, Star Alliance contacted the Air Canada Group regarding the large number of availability requests STARNET has been receiving from the Air Canada Group. Star Alliance complained that the volume of availability requests to STARNET from the Air Canada Group far exceeds the volume of availability requests that other Star Alliance member airlines send to STARNET. The Star Alliance further noted that the volume of availability requests STARNET received from the Air Canada Group began increasing significantly in April 2023.

6. The volume of requests is a problem for the Star Alliance because it does not want availability requests from a single member airline (Air Canada) to so overwhelm STARNET's connectivity with its member airlines or to so overwhelm other member airlines' inventory systems, so that systems become nonfunctional or access becomes impaired for other member airlines. Consequently, the Star Alliance plans to place a limit on the volume of availability

requests from the Air Canada Group. This limit is called a "throttle," and "throttling" refers to limiting the number of requests the Air Canada Group may send—on a requests per second basis—to STARNET. STARNET will throttle any requests in excess of the set limit. The practical result of this throttling is that a customer searching for information on a reward flight on the Air Canada Group's website will not be able to view partner flight data. And even more damaging, Aeroplan customers will not be able to redeem points for flights they cannot see, which devalues Aeroplan points.

7. Without Localhost's requests, the Air Canada Group would come nowhere close to the throttling limit. But Localhost's shopping requests account for ▮▮▮▮▮▮▮▮▮▮ shopping requests received by the Air Canada Group's API, as the following graphic shows:



8. Another graphic (at Exhibit 3) illustrates that while human traffic ebbs and flows, Localhost sends a constant stream of shopping requests to the Air Canada Group's API.

9. Without the volume of requests Localhost sends to the Air Canada Group's API, the Star Alliance would not have been motivated to implement the traffic limiting measures that it is in the process of implementing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 8, 2024.

_____

Derek Whitworth

# EXHIBIT 3



## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the foregoing document were caused to be served on February 8, 2024 on the following counsel in the manner indicated below.

### VIA EMAIL:

Charles J. Brown, III
Gellert Scali Busenkell & Brown, LLC
1201 N. King Street, Suite 300
Wilmington, DE 19801
cbrown@gsbblaw.com

Steven Susser
Michael S. Schwartz
Carlson, Gaskey & Olds, P.C.
400 West Maple Road, Suite 350
Birmingham, MI 48009
ssusser@cgolaw.com
mschwartz@cgolaw.com

*Attorneys for Defendants*

Dated: February 8, 2024            */s/ Alexandra M. Joyce*
                                           Alexandra M. Joyce (#6423)