

**Alexandra M. Joyce**
Associate

T. 302-984-6392
F. 302-450-4235

ajoyce@mccarter.com

McCarter & English, LLP

Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801-3717

www.mccarter.com

March 21, 2024

<u>**VIA CM/ECF**</u>

The Honorable Gregory B. Williams
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

Re:  *Air Canada and Aeroplan Inc. v. Localhost LLC*, C.A. No. 23-1177-GBW

Dear Judge Williams:

      I write jointly on behalf of parties in this action to inform the Court that the parties do not intend to request that any portions of the Court's sealed March 14, 2024 Memorandum Opinion (D.I. 45) remain under seal. Accordingly, the parties agree that the Memorandum Opinion (D.I. 45) may be unsealed in its entirety.

      Counsel are available should Your Honor have any questions.

Respectfully submitted,

*/s/ Alexandra M. Joyce*

Alexandra M. Joyce (#6423)


cc:     Counsel of Record (via CM/ECF and E-Mail)


ME1 47945750v.1