# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of **Plaintiffs' Initial Disclosures** were caused to be served on July 16, 2024 on the following counsel in the manner indicated:

### VIA EMAIL:

Charles J. Brown, III
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
cbrown@gsbblaw.com

Steven Susser
EVIA LAW PLC
32400 Telegraph Road, Suite 103
Bingham Farms, MI 48025
(248) 770-4525
Steven@evialaw.com

Michael S. Schwartz
CARLSON, GASKEY & OLDS, P.C.
400 West Maple Road, Suite 350
Birmingham, MI 48009
(248) 988-8360
mschwartz@cgolaw.com

*Attorneys for Defendant*

2

| | |
|---|---|
| Dated: July 16, 2024 | MCCARTER & ENGLISH, LLP |
| *Of Counsel:* | /s/ Alexandra M. Joyce |
| | Daniel M. Silver (#4758) |
| Douglas A. Rettew | Alexandra M. Joyce (#6423) |
| Jonathan J. Fagan | 405 N. King St., 8th Floor |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19801 |
|  GARRETT & DUNNER, LLP | (302) 984-6300 |
| 901 New York Avenue NW | dsilver@mccarter.com |
| Washington, DC 20001-4413 | ajoyce@mccarter.com |
| (202) 408-4000 (phone) | |
| (202) 408-4400 (fax) | *Attorneys for Plaintiffs* |
| Doug.Rettew@finnegan.com | *Air Canada and Aeroplan Inc.* |
| Jonathan.Fagan@finnegan.com | |

2

ME1 49088242v.1