IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Civil Action No: 23-cv-1177-GBW |

NOTICE OF SERVICE

The undersigned hereby certifies that on July 16, 2024, they caused a true and correct copy of Defendant's Initial Disclosures Pursuant to FRCP 26(a)(1) to be served upon the parties listed below via electronic mail.

| | |
|---|---|
| Daniel M. Silver, Esq. <br> Alexandra M. Joyce, Esq. <br> MCCARTER & ENGLISH, LLP <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> Email: dsilver@mccarter.com <br> ajoyce@mccarter.com | Douglas A. Rettew, Esq. <br> Jonathan J. Fagan, Esq. <br> FINNEGAN, HENDERSON, FARABOW, <br> GARRETT & DUNNER, LLP <br> 901 New York Avenue NW <br> Washington, DC 20001-4413 <br> Doug.Rettew@finnegan.com <br> Jonathan.Fagan@finnegan.com |

| | |
|---|---|
| July 17, 2024 | **Gellert Seitz Busenkell & Brown, LLC**<br><br>*/s/ Charles J. Brown, III*<br>Charles J. Brown, III (DE 3368)<br>1201 N. Orange Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: 302-425-5800<br>Email: cbrown@gsbblaw.com<br><br>and<br><br>**Evia Law PLC**<br>*/s/       Steven Susser*<br>Steven Susser (admitted *pro hac vice*)<br>32400 Telegraph Rd. Suite 103<br>Bingham Farms, MI 48025<br>Telephone: 248-243-1201<br>Email: steven@evialaw.com<br><br>*Attorneys for Plaintiff* |