# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. ("Plaintiffs") and Defendant Localhost LLC ("Defendant") have conferred and agreed to a brief extension of time for certain deadlines set forth in the Scheduling Order;

IT IS THEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines shall be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Deadline for substantial completion of document production | November 1, 2024 | December 3, 2024 |
| Deadline to join other parties and to amend or supplement the pleadings | December 13, 2024 | January 17, 2025 |

Dated: October 22, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
| */s/ Alexandra M. Joyce* | */s/ Charles J. Brown* |
| Daniel M. Silver (#4758) | Charles J. Brown, III (#3368) |
| Alexandra M. Joyce (#6423) | 201 N. Orange Street, Suite 300 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 425-5800 |
| Wilmington, Delaware 19801 | crbown@gsbblaw.com |
| (302) 984-6300 | |
| dsilver@mccarter.com | *Counsel for Defendant* |
| ajoyce@mccarter.com | |
| *Counsel for Plaintiffs* | |

IT IS HEREBY ORDERED this \_\_\_\_ day of _____, 2024.

_____
United States District Judge

ME1 50750520v.1