# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Civil Action No: 23-cv-1177-GBW |

## NOTICE OF SERVICE

The undersigned hereby certifies that on November 7, 2024, they caused a true and correct copy of (1) *Localhost's Responses to Air Canada's First Set of Requests For The Production of Documents and Things to Defendant* and (2) *Localhost's Answers to Air Canada's First Set of Interrogatories,* to be served upon the parties listed below via electronic mail.

| | |
|---|---|
| Daniel M. Silver, Esq. <br> Alexandra M. Joyce, Esq. <br> MCCARTER & ENGLISH, LLP <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> Email: dsilver@mccarter.com <br> ajoyce@mccarter.com | Douglas A. Rettew, Esq. <br> Jonathan J. Fagan, Esq. <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP <br> 901 New York Avenue NW <br> Washington, DC 20001-4413 <br> Doug.Rettew@finnegan.com <br> Jonathan.Fagan@finnegan.com |

Dated: November 8, 2024                    **Gellert Seitz Busenkell & Brown, LLC**

/s/ *Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: cbrown@gsbblaw.com

and

**Evia Law PLC**
/s/      *Steven Susser*
Steven Susser (admitted *pro hac vice*)
32400 Telegraph Rd. Suite 103
Bingham Farms, MI 48025
Telephone: 248-243-1201
Email: steven@evialaw.com

*Attorneys for Plaintiff*

2