# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. ("Plaintiffs") and Defendant Localhost LLC ("Defendant") have conferred and agreed to a brief extension of time for certain deadlines set forth in the Scheduling Order;

IT IS THEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines shall be extended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Deadline for substantial completion of document production | December 3, 2024 | December 17, 2024 |
| Deadline to join other parties and to amend or supplement the pleadings | January 17, 2025 | January 24, 2025 |

Dated: December 2, 2024

| | |
|---|---|
| MCCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
| */s/ Alexandra M. Joyce* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Counsel for Plaintiffs* | */s/ Charles J. Brown* <br> Charles J. Brown, III (#3368) <br> 201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> (302) 425-5800 <br> crbown@gsbblaw.com <br><br> *Counsel for Defendant* |

IT IS HEREBY ORDERED this ____ day of _____, 2024.

_____
United States District Judge

ME1 50750520v.1