## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., | |
| Plaintiffs, | |
| v. | C.A. No. 23-1177-GBW |
| LOCALHOST LLC, | |
| Defendant. | |

### PLAINTIFFS' RULE (30)(b)(1)
### DEPOSITION NOTICE OF IAN CARROLL

Pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs Air Canada and Aeroplan Inc. (collectively, the "Air Canada Group"), by and through their attorneys, will take the deposition by oral examination of Ian Carroll.

The deposition will begin and be conducted at a time and place such that it can be completed consistent with the Court's March 7, 2025, deadline for fact discovery. The deposition will be recorded by audio, video, and stenographic means; will be conducted remotely via video conference or in-person before a Notary Public or other officer authorized to administer oaths; and will continue from day to day (Saturdays, Sundays, and holidays excepted) until completed, unless otherwise agreed to by the parties.

You are invited to attend and to cross-examine the witness.

2

Dated: February 7, 2025

*Of Counsel:*

Douglas A. Rettew
Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
Doug.Rettew@finnegan.com
Jonathan.Fagan@finnegan.com

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Air Canada and Aeroplan Inc.*

2