IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Civil Action No: 23-cv-1177-GBW |

**NOTICE OF FRCP 30(b)(6) DEPOSITION OF AIR CANADA AND AEROPLAN INC.**

Pursuant to Federal Rule of Civil Procedure 30(b)(6), Defendant Localhost LLC, by and through undersigned counsel, will take the deposition of the corporate designee of Air Canada and Aeroplan Inc. ("Air Canada Group"). The deposition will begin and be conducted at a time and place such that it can be completed consistent with the Court's March 7, 2025, deadline for fact discovery. The deposition will be recorded by audio, video, and stenographic means; will be conducted remotely via video conference or in-person before a Notary Public or other officer authorized to administer oaths; and will continue from day to day (Saturdays, Sundays, and holidays excepted) until completed, unless otherwise agreed to by the parties.

Pursuant to Fed. R. Civ. P. 30(b)(6), Air Canada Group must designate and produce one or more of its officers, directors, or managing agents or other persons who are competent to testify on its behalf concerning the matters set forth in Schedule A, and who consent to give such testimony. You are invited to attend and participate in the manner provided in the Federal Rules of Civil Procedure.

This deposition is being taken for the purposes of discovery, for use at trial, and for any and all appropriate purposes permitted by the Federal Rules of Civil Procedure.

February 10, 2025                                **Gellert Seitz Busenkell & Brown, LLC**

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: cbrown@gsbblaw.com

and

**Evia Law PLC**
*/s/        Steven Susser*
Steven Susser (admitted *pro hac vice*)
32400 Telegraph Rd. Suite 103
Bingham Farms, MI 48025
Telephone: 248-243-1201
Email: steven@evialaw.com

*Attorneys for Plaintiff*

2