# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on April 2, 2025 a true and correct copy of **Plaintiffs' Responses and Objections to Defendant's 30(b)(6) Deposition Notice** was caused to be served on the following counsel in the manner indicated:

**VIA EMAIL:**

Charles J. Brown, III
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
cbrown@gsbblaw.com

Steven Susser
EVIA LAW PLC
32400 Telegraph Road, Suite 103
Bingham Farms, MI 48025
(248) 770-4525
Steven@evialaw.com

Michael S. Schwartz
CARLSON, GASKEY & OLDS, P.C.
400 West Maple Road, Suite 350
Birmingham, MI 48009
(248) 988-8360
mschwartz@cgolaw.com

*Attorneys for Defendant*

2

| | |
|---|---|
| Dated: April 2, 2025 | MCCARTER & ENGLISH, LLP |
| *Of Counsel:* | /s/ *Alexandra M. Joyce*<br>Daniel M. Silver (#4758) |
| Douglas A. Rettew<br>Jonathan J. Fagan<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>(202) 408-4000 (phone)<br>(202) 408-4400 (fax)<br>Doug.Rettew@finnegan.com<br>Jonathan.Fagan@finnegan.com | Alexandra M. Joyce (#6423)<br>405 N. King St., 8th Floor<br>Wilmington, DE 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Attorneys for Plaintiffs*<br>*Air Canada and Aeroplan Inc.* |