# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. ("Plaintiffs") and Defendant Localhost LLC ("Defendant") have conferred and agreed to an extension of time for certain deadlines set forth in the Scheduling Order to facilitate the completion of fact and expert discovery;

WHEREAS, the proposed extensions do not impact the pretrial conference or trial date in this case; and

WHEREAS, pursuant to Local Rule 16.4, the counsel for the parties have sent a copy of this stipulation to their clients;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the following deadlines shall be extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Fact discovery cut off | March 7, 2025 | July 3, 2025 |
| Disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) for the party who has the initial burden of proof on the subject matter. | May 16, 2025 | August 22, 2025 |

| Supplemental disclosure to contradict or rebut evidence on the matter identified by another party. | June 27, 2025 | September 19, 2025 |
|---|---|---|
| Reply expert reports from the party with the initial burden of proof. | July 25, 2025 | October 10, 2025 |
| Expert discovery cut off. | August 29, 2025 | October 30, 2025 |
| Deadline to file case-dispositive motions, including an opening brief and affidavits accompanying each such motion. | October 3, 2025 | November 21, 2025 |
| Pretrial conference | April 7, 2026 at 3:00 p.m. | No change |
| 4 Day Jury Trial | April 13, 2026 at 9:30 a.m. | No change |

Dated: May 2, 2025

MCCARTER & ENGLISH, LLP

 /s/ Alexandra M. Joyce 
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

GELLERT SEITZ BUSENKELL & BROWN, LLC

 /s/ Charles J. Brown, III 
Charles J. Brown, III (#3368)
201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
crbown@gsbblaw.com

*Counsel for Defendant*

IT IS HEREBY ORDERED this ____ day of _____, 2025.

_____
United States District Judge