# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER
## STAYING CASE AND EXTENDING DEADLINES

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. and Defendant Localhost LLC have established core settlement terms, are discussing the details of those and other terms, and are working towards finalizing and executing a settlement agreement. The parties believe those efforts will proceed most efficiently if the above-captioned case is stayed for approximately thirty days and pending deadlines and events are extended on the terms set forth below.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that the action is STAYED through August 15, 2025, and the pending deadlines and events are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) for the party who has the initial burden of proof on the subject matter. | August 22, 2025 | September 12, 2025 |
| Supplemental disclosure to contradict or rebut evidence on the matter identified by another party. | September 19, 2025 | October 3, 2025 |
| Reply expert reports from the party with the initial burden of proof. | October 10, 2025 | October 24, 2025 |

ME1\54369819.v1

| Expert discovery cut off. | October 30, 2025 | November 7, 2025 |
| --- | --- | --- |
| Deadline to file case-dispositive motions, including an opening brief and affidavits accompanying such motion. | November 21, 2025 | No change |
| Pretrial conference | April 7, 2026 at 3:00 p.m. | No change |
| 2 Day Jury Trial | April 13, 2026 at 9:30 a.m. | No change |

Dated: July 15, 2025

| | |
| --- | --- |
| McCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
|  /s/ Daniel M. Silver<br>Daniel M. Silver (#4758)<br>Alexandra M. Joyce (#6423)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, Delaware 19801<br>(302) 984-6300<br>dsilver@mccarter.com<br>ajoyce@mccarter.com<br><br>*Counsel for Plaintiffs* |  /s/ Charles J. Brown, III<br>Charles J. Brown, III (#3368)<br>201 N. Orange Street<br>Suite 300<br>Wilmington, DE 19801<br>(302) 425-5800<br>cbown@gsbblaw.com<br><br>*Counsel for Defendant* |

IT IS HEREBY ORDERED this \_\_\_\_ day of _____, 2025.

 

_____
United States District Judge