**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

**STIPULATION AND [PROPOSED] ORDER
STAYING CASE AND EXTENDING DEADLINES**

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. and Defendant Localhost LLC have established core settlement terms, are continuing to discuss the details of those and other terms, and are continuing to work towards finalizing and executing a settlement agreement. The parties believe those efforts will proceed most efficiently if the above-captioned case is stayed for approximately sixty days and pending deadlines and events are extended on the terms set forth below.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that the action is STAYED through October 28, 2025, and the pending deadlines and events are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) for the party who has the initial burden of proof on the subject matter. | September 12, 2025 | November 14, 2025 |
| Supplemental disclosure to contradict or rebut evidence on the matter identified by another party. | October 3, 2025 | December 5, 2025 |

| Reply expert reports from the party with the initial burden of proof. | October 24, 2025 | December 19, 2025 |
|---|---|---|
| Expert discovery cut off. | November 7, 2025 | January 2, 2026 |
| Deadline to file case-dispositive motions, including an opening brief and affidavits accompanying such motion. | November 21, 2025 | January 30, 2026 |
| Pretrial conference | April 7, 2026 at 3:00 p.m. | No change |
| 2 Day Jury Trial | April 13, 2026 at 9:30 a.m. | No change |

Dated: August 29, 2025

| McCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Charles J. Brown* |
| Daniel M. Silver (#4758) | Charles J. Brown, III (#3368) |
| Alexandra M. Joyce (#6423) | 201 N. Orange Street, Suite 300 |
| Renaissance Centre | Wilmington, DE 19801 (302) 425-5800 |
| 405 N. King Street, 8th Floor | cbrown@gsbblaw.com |
| Wilmington, Delaware 19801 | |
| (302) 984-6300 dsilver@mccarter.com | *Counsel for Defendant* |
| ajoyce@mccarter.com | |
| *Counsel for Plaintiffs* | |

IT IS HEREBY ORDERED this ____ day of _____, 2025.

_____
United States District Judge