## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AIR CANADA AND AEROPLAN INC.,

         Plaintiffs,

         v.

LOCALHOST LLC,

         Defendant.

C.A. No. 23-1177-GBW

## STIPULATION AND [PROPOSED] ORDER
## STAYING CASE AND EXTENDING DEADLINES

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. and Defendant Localhost LLC have established core settlement terms, are continuing to discuss the details of those and other terms, and are continuing to work towards finalizing and executing a settlement agreement. The parties believe those efforts will proceed most efficiently if the above-captioned case is stayed for approximately ninety days and pending deadlines and events are extended on the terms set forth below.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that the action is STAYED through January 29, 2026, and the pending deadlines and events are extended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of expert testimony under Federal Rule of Civil Procedure 26(a)(2) for the party who has the initial burden of proof on the subject matter. | November 14, 2025 | February 20, 2026 |
| Supplemental disclosure to contradict or rebut evidence on the matter identified by another party. | December 5, 2025 | March 6, 2026 |

| Reply expert reports from the party with the initial burden of proof. | December 19, 2025 | March 20, 2026 |
| Expert discovery cut off. | January 2, 2026 | April 3, 2026 |
| Deadline to file case-dispositive motions, including an opening brief and affidavits accompanying such motion. | January 30, 2026 | Parties to file a stipulation with the date for filing case-dispositive motions on or before February 20, 2026 |
| Pretrial conference | April 7, 2026 at 3:00 p.m. | To be set by the Court |
| 2 Day Jury Trial | April 13, 2026 at 9:30 a.m. | To be set by the Court |

Dated: November 11, 2025

McCARTER & ENGLISH, LLP

/s/ Alexandra M. Joyce
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

Counsel for Plaintiffs

GELLERT SCALI BUSENKELL
& BROWN, LLC

/s/ Charles J. Brown
Charles J. Brown, III (#3368)
201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
cbrown@gsbblaw.com

Counsel for Defendant

IT IS HEREBY ORDERED this 12th day of November, 2025.

United States District Judge