# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA and AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## STIPULATION AND [PROPOSED] ORDER
## REGARDING STAY OF THE CASE AND JOINT STATUS REPORT

WHEREAS, the Court directed the parties to submit a joint status report by January 16, 2026 (D.I. 71);

WHEREAS, Plaintiffs Air Canada and Aeroplan Inc. and Defendant Localhost LLC are continuing to discuss the details of settlement terms but have not yet reached an agreement to dismiss this case;

WHEREAS, the parties have conferred regarding the Court's Order (D.I. 71), and they jointly believe that their settlement discussions will proceed most efficiently if the stay in the above-captioned case and the deadline to submit a further joint status report regarding those settlement discussions is extended through March 13, 2026; and

WHEREAS, the parties will include a proposed case schedule for any pending deadlines in the joint status report if the case has not been resolved by the expiration of the stay;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that:

1. The stay is extended through and including March 13, 2026.

2

2. Unless otherwise ordered by the Court, if the case has not been dismissed by March 13, 2026, the parties shall submit a further joint status report regarding the stay of the case and status of the settlement discussions, which will include a proposed amended case schedule for any outstanding deadlines.

Dated: January 16, 2026

| MCCARTER & ENGLISH, LLP | GELLERT SCALI BUSENKELL & BROWN, LLC |
|---|---|
| */s/ Alexandra M. Joyce* <br> Daniel M. Silver (#4758) <br> Alexandra M. Joyce (#6423) <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, Delaware 19801 <br> (302) 984-6300 <br> dsilver@mccarter.com <br> ajoyce@mccarter.com <br><br> *Counsel for Plaintiffs* | */s/ Charles J. Brown* <br> Charles J. Brown, III (#3368) <br> 201 N. Orange Street, Suite 300 <br> Wilmington, DE 19801 <br> (302) 425-5800 <br> cbrown@gsbblaw.com <br><br> *Counsel for Defendant* |

IT IS HEREBY ORDERED this ____ day of _____, 2026.

_____
United States District Judge