**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Civil Action No: 23-cv-1177-GBW |

**NOTICE OF SUBSTITUTION OF CO-COUNSEL
FOR LOCALHOST LLC**

Pursuant to Local Rule 83.7:

1.  PLEASE ENTER the appearance of Ross Weingarten, Esq., Vishal Gupta, Esq., and Lillian Wallace, Esq., of Steptoe LLP, as co-counsel for Defendant Localhost LLC; and

2.  PLEASE WITHDRAW the appearance of Steven Susser, Esq., of EVIA LAW PLC as co-counsel for Defendant Localhost LLC.

3.  Motions for admission *pro hac vice* of Ross Weingarten, Esq., Vishal Gupta, Esq., and Lillian Wallace, Esq. are forthcoming.

(SIGNATURE PAGE TO FOLLOW)

Dated: March 12, 2026

| | |
|---|---|
| GELLERT SEITZ BUSENKELL & BROWN, LLC | EVIA LAW PLC |
| | */s/ Steven Susser* |
| */s/ Charles J. Brown, III* | Steven Susser (admitted *pro hac vice*) |
| Charles J. Brown, III (DE 3368) | 231 S Old Woodward Suite 220 |
| 1201 N. Orange Street, Suite 300 | Birmingham, MI 48009 |
| Wilmington, DE 19801 | Tel: (248) 243-1201 |
| Telephone: 302-425-5800 | Email: steven@evialaw.com |
| Email: cbrown@gsbblaw.com | |
| | *Withdrawing Co-Counsel for Defendant Localhost LLC* |
| and | |

STEPTOE LLP
Ross Weingarten, Esq.
(to be admitted *pro hac vice*)
Vishal Gupta, Esq.
(to be admitted *pro hac vice*)
Lillian Wallace, Esq.
(to be admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: 212 506 3900
Email: rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com
*Entering Co-Counsel for Defendant Localhost LLC*

## **CERTIFICATE OF SERVICE**

      I certify that on March 12, 2026, I caused the foregoing Substitution of Counsel to be filed with the Court's ECF system, which automatically served all counsel of record registered with that system.

                                       */s/ Charles J. Brown, III*
                                       Charles J. Brown, III (DE 3368)