IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA and AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

**STIPULATION AND [PROPOSED] ORDER
REGARDING STAY OF THE CASE AND JOINT STATUS REPORT**

WHEREAS, the Court directed the parties to submit a further joint status report regarding the stay of the case and status of the settlement discussions, including a proposed amended case schedule for any outstanding deadlines by March 13, 2026 (D.I. 72);

WHEREAS, at present the parties have not reached an agreement to dismiss this case;

WHEREAS, Defendant Localhost LLC recently retained Steptoe LLP and filed a notice of substitution of co-counsel on March 12, 2026 (D.I. 73);

WHEREAS, the parties have conferred regarding the Court's Order (D.I. 72) and Defendant's substitution of co-counsel; and

WHEREAS, the parties agree that a one-month extension of the stay and related deadlines will provide time for Defendant's new counsel to familiarize themselves with the case, for the parties to continue settlement discussions, and to negotiate a proposed amended case schedule;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that:

1. The stay is extended through and including April 13, 2026.

2. Unless otherwise ordered by the Court, if the case has not been dismissed by April 13, 2026, the parties shall submit a further joint status report regarding the stay of the case and status of the settlement discussions, which will include a proposed amended case schedule for any outstanding deadlines.

Dated: March 13, 2026

| | |
|---|---|
| McCARTER & ENGLISH, LLP | GELLERT SEITZ BUSENKELL & BROWN, LLC |
| /s/ Daniel M. Silver | /s/ Charles J. Brown, III |
| Daniel M. Silver (#4758) | Charles J. Brown, III (#3368) |
| Alexandra M. Joyce (#6423) | 201 N. Orange Street, Suite 300 |
| Renaissance Centre | Wilmington, DE 19801 |
| 405 N. King Street, 8th Floor | (302) 425-5800 |
| Wilmington, Delaware 19801 | cbrown@gsbblaw.com |
| (302) 984-6300 | |
| dsilver@mccarter.com | *Counsel for Defendant* |
| ajoyce@mccarter.com | |
| *Counsel for Plaintiffs* | |

IT IS HEREBY ORDERED this 16th day of March, 2026.

_____
United States District Judge

2