**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AIR CANADA AND AEROPLAN INC.,

        Plaintiffs,

        v.

LOCALHOST LLC,

        Defendant.

C.A. No. 23-1177-GBW

**JOINT STATUS LETTER TO THE HONORABLE GREGORY B. WILLIAMS
REGARDING COURT'S APRIL 3, 2026 ORDER**

Dear Judge Williams:

We write jointly on behalf of Air Canada, Aeroplan Inc., and Localhost LLC in response to the Court's April 3, 2026 Order (D.I. 80). The Parties respectfully request that the Court continue the April 7, 2026 PreTrial Conference and the April 13, 2026 trial date. The Parties need more time to get this case ready for trial, including at least completion of discovery, expert disclosures, expert discovery, dispositive motions, and pretrial submissions. To that end, the Parties agree that each side would be prejudiced if trial proceeded on April 13, 2026.

**Relevant Background**

The Parties first began settlement discussions in the midst of taking fact depositions in July 2025. Over the following months, the Parties continued settlement discussions, including conversations between counsel, and at least one conference involving the founder of Localhost, and multiple exchanges of proposals. The Parties always contemplated that further case development would occur prior to the case being ready for trial should settlement discussions break down. *See, e.g.*, D.I. 72 (anticipating that after the stay lapses the Parties would submit "a proposed amended case schedule for any outstanding deadlines."); D.I. 79 (same).

In March of 2026, having not reached agreement on settlement, the Parties were prepared to propose to the Court an amended scheduling order to get this case to a place where the Parties could proceed to trial. At that time, Localhost hired new counsel (Steptoe LLP substituting Evia Law PLC), and the Parties saw an opportunity—based on conversations among counsel—to continue meaningful settlement negotiations. The Parties filed a joint stipulation on March 13, 2026 (D.I. 78), which the Court entered on March 16, 2026 (D.I. 79), which allowed time for, *inter alia*, Localhost's new counsel to get up to speed, the Parties to revisit settlement discussions, and the Parties to work together on a proposed schedule to move the case forward in parallel.

**Current Status**

At this time, the Parties are continuing earnest and good-faith settlement negotiations and have scheduled another settlement conference among counsel for Monday, April 6, 2026. Because this case has not been resolved, the Parties are not prepared to file a Stipulation and [Proposed] Order of Dismissal before April 13, 2026, but are prepared to continue settlement discussions while continuing to put this case in a position ready for trial and are diligently taking efforts in both regards.

The Parties are also working together and negotiating a schedule for the remaining deadlines in the case that will—simultaneously and without further delay—put this case in a position ready for trial as soon as practicable.

**Proposed Next Steps**

The Parties thus respectfully request that the Court continue the April 7, 2026 PreTrial Conference and the April 13, 2026 trial date. If the Court grants this request, the Parties will work to reach agreement on and file a proposed scheduling order by no later than April 10, 2026.

To the extent the Court would like to proceed with a conference on April 7, the Parties will be available to discuss.

Dated: April 3, 2025

MCCARTER & ENGLISH, LLP

*/s/ Daniel M. Silver*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

GELLERT SCALI BUSENKELL &
BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (#3368)
201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
cbrown@gsbblaw.com

*Counsel for Defendant*