# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AIR CANADA AND AEROPLAN INC.,

        Plaintiffs,

        v.

LOCALHOST LLC,

        Defendant.

C.A. No. 23-1177-GBW

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that on April 20, 2026 a true and correct copy of

**Plaintiffs' Supplemental Initial Disclosures** was caused to be served on the following counsel in

the manner indicated:

<u>**VIA EMAIL**</u>**:**

Charles J. Brown, III
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
cbrown@gsbblaw.com

Ross Weingarten
Vishal Gupta
Lilliam Wallace
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant*

60723260.v1

Dated: April 20, 2026                    MCCARTER & ENGLISH, LLP

*Of Counsel:*                            */s/ Alexandra M. Joyce*
                                         Daniel M. Silver (#4758)
Douglas A. Rettew                        Alexandra M. Joyce (#6423)
Jonathan J. Fagan                        405 N. King St., 8th Floor
FINNEGAN, HENDERSON, FARABOW,            Wilmington, DE 19801
 GARRETT & DUNNER, LLP                   (302) 984-6300
901 New York Avenue NW                   dsilver@mccarter.com
Washington, DC 20001-4413                ajoyce@mccarter.com
(202) 408-4000 (phone)
(202) 408-4400 (fax)                     *Attorneys for Plaintiffs*
Doug.Rettew@finnegan.com                 *Air Canada and Aeroplan Inc.*
Jonathan.Fagan@finnegan.com

60723260.v1