**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., | |
| Plaintiffs, | Civil Action No: 23-cv-1177-GBW |
| v. | |
| LOCALHOST LLC, | |
| Defendant. | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on May 4, 2026, they caused a true and correct copy

of Localhost LLC's Fourth Set of Requests for the Production of Documents and Things (Nos. 67-

99) to be served upon the parties listed below via electronic mail.

| | |
|---|---|
| Daniel M. Silver, Esq. | Douglas A. Rettew, Esq. |
| Alexandra M. Joyce, Esq. | Jonathan J. Fagan, Esq. |
| MCCARTER & ENGLISH, LLP | FINNEGAN, HENDERSON, FARABOW, |
| Renaissance Centre | GARRETT & DUNNER, LLP |
| 405 N. King Street, 8th Floor | 901 New York Avenue NW |
| Wilmington, DE 19801 | Washington, DC 20001-4413 |
| Email: dsilver@mccarter.com | Doug.Rettew@finnegan.com |
| ajoyce@mccarter.com | Jonathan.Fagan@finnegan.com |

Dated: May 5, 2026    GELLERT SEITZ BUSENKELL & BROWN, LLC

_/s/ Charles J. Brown, III_
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: cbrown@gsbblaw.com

and

STEPTOE LLP
Ross Weingarten, Esq.
(admitted _pro hac vice_)
Vishal Gupta, Esq.
(admitted _pro hac vice_)
Lillian Wallace, Esq.
(admitted _pro hac vice_)
1114 Avenue of the Americas
New York, NY 10036
Tel: 212 506 3900
Email: rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

_Attorneys for Defendant Localhost LLC_

2