**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

AIR CANADA AND AEROPLAN INC.,

          Plaintiffs,

       v.

LOCALHOST LLC,

          Defendant.

C.A. No. 23-1177-GBW

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that on May 18, 2026 true and correct copies of

(1) *Plaintiffs' Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-8) and*

(2) *Plaintiffs' Responses and Objections to Localhost's Third set of Request for Production of*

*Documents and Things to Air Canada (Nos. 54-66)* were caused to be served on the following

counsel in the manner indicated:

**VIA EMAIL:**

Charles J. Brown, III
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
cbrown@gsbblaw.com

Ross Weingarten
Vishal Gupta
Lilliam Wallace
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant*

61097200.v1

2

Dated: May 18, 2026

*Of Counsel:*

Douglas A. Rettew
Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
Doug.Rettew@finnegan.com
Jonathan.Fagan@finnegan.com

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Air Canada and Aeroplan Inc.*

2