## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AIR CANADA AND AEROPLAN, INC.,

        Plaintiffs,

        v.

LOCALHOST LLC,

        Defendant.

C.A. No. 23-1177-GBW

## CERTIFICATION OF COMPLIANCE

The undersigned counsel hereby certifies that pursuant to the Court's Scheduling Order (D.I. 84), Plaintiffs' Opposition Letter was prepared in 14-point, Times New Roman font, and complies with the 5-page limit set forth for briefing on motions to amend.

DATED: May 21, 2026

/s/ Alexandra M. Joyce
Alexandra M. Joyce (#6423)

ME1\61150326.v1