**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., | |
| Plaintiffs, | Civil Action No: 23-cv-1177-GBW |
| v. | |
| LOCALHOST LLC, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER REGARDING FILING OF
REDACTED VERSIONS**

WHEREAS, on May 14, 2026, in accordance with the Amended Scheduling Order (the "Scheduling Order") [D.I.84], Defendant Localhost LLC ("Defendant") filed its Motion to Amend Answer (the "Motion") under seal [D.I. 89];

WHEREAS, pursuant to paragraph 7 of the Scheduling Order, a redacted version of any sealed document shall be filed within 7 days of filing a sealed document;

WHEREAS, to proceed efficiently, the parties agree to extend the deadline for filing redacted versions of the Motion and any related responses or replies thereto within seven (7) days of the filing of any reply in connection with the Motion;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that:

1. The deadline for filing redacted versions of the Motion and any related responses is extended to within seven (7) days of the filing of any reply in connection with the Motion.

Dated: May 21, 2026

| MCCARTER & ENGLISH, LLP | GELLERT SEITZ BUSENKELL & BROWN, LLC |
|---|---|
| /s/ Alexandra M. Joyce | /s/ Charles J. Brown, III |
| Daniel M. Silver (#4758) | Charles J. Brown, III (DE 3368) |
| Alexandra M. Joyce (#6423) | 1201 N. Orange St., Ste. 300 |
| 405 N. King St., 8th Floor | Wilmington, DE 19801 |
| Wilmington, DE 19801 | Phone: (302) 425-5800 |
| (302) 984-6300 | Facsimile: (302) 425-5814 |
| dsilver@mccarter.com | cbrown@gsbblaw.com |
| ajoyce@mccarter.com | |
| | |
| Counsel for Plaintiffs | Counsel for Defendant |
| Air Canada and Aeroplan Inc. | Localhost LLC |

IT IS SO ORDERED this _____ day of _____, 2026.

_____
JUDGE

2