**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., | |
| Plaintiffs, | Civil Action No: 23-cv-1177-GBW |
| v. | |
| LOCALHOST LLC, | |
| Defendant. | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that on May 27, 2026, they caused a true and correct copy of Localhost LLC's Second Set of Interrogatories (Nos. 9-14) to be served upon the parties listed below via electronic mail.

| | |
|---|---|
| Daniel M. Silver, Esq. | Douglas A. Rettew, Esq. |
| Alexandra M. Joyce, Esq. | Jonathan J. Fagan, Esq. |
| MCCARTER & ENGLISH, LLP | FINNEGAN, HENDERSON, FARABOW, |
| Renaissance Centre | GARRETT & DUNNER, LLP |
| 405 N. King Street, 8th Floor | 901 New York Avenue NW |
| Wilmington, DE 19801 | Washington, DC 20001-4413 |
| Email: dsilver@mccarter.com | Doug.Rettew@finnegan.com |
| ajoyce@mccarter.com | Jonathan.Fagan@finnegan.com |

Dated: May 28, 2026                    GELLERT SEITZ BUSENKELL & BROWN, LLC

                                       */s/ Charles J. Brown, III*
                                       Charles J. Brown, III (DE 3368)
                                       1201 N. Orange Street, Suite 300
                                       Wilmington, DE 19801
                                       Telephone: 302-425-5800
                                       Email: cbrown@gsbblaw.com

                                       and

                                       STEPTOE LLP
                                       Ross Weingarten, Esq.
                                       (admitted *pro hac vice*)
                                       Vishal Gupta, Esq.
                                       (admitted *pro hac vice*)
                                       Lillian Wallace, Esq.
                                       (admitted *pro hac vice*)
                                       1114 Avenue of the Americas
                                       New York, NY 10036
                                       Tel: 212 506 3900
                                       Email: rossweingarten@steptoe.com
                                       vgupta@steptoe.com
                                       lwallace@steptoe.com

                                       *Attorneys for Defendant Localhost LLC*

2