**GELLERT
SEITZ
BUSENKELL
◆ BROWN, LLC**

May 28, 2026

**VIA CM/ECF**
The Honorable Gregory B. Williams, U.S.D.J.
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street, Unit 26, Room 6124, Wilmington, DE 19801-3555

**Re:**  *Air Canada and Aeroplan Inc. v. Localhost LLC,*
      **Civil Action No.: 1:23-cv-01177-GBW**

Dear Judge Williams:

   We, along with Steptoe LLP, represent Defendant Localhost LLC in the above-referenced matter.  On May 14, 2026, Defendant filed a motion to amend its answer ("Motion to Amend") [D.I. 89].  On May 21, 2026, Plaintiffs filed their opposition to the amendments asserting counterclaims [D.I. 91].  On May 26, 2026, Defendant filed its reply [D.I. 93].  Defendant did not include a request for oral argument in its pleadings and has confirmed with Plaintiffs' counsel that Plaintiffs are also not requesting oral argument on Defendant's Motion to Amend. The letter briefing on the Motion to Amend is complete and ready for disposition by the Court.

   I am available at the convenience of the Court to address any questions or concerns that the Court might have regarding this matter.

                         Respectfully submitted,

                         */s/ Charles J. Brown, III*
                         Charles J. Brown, III (DE 3368)
cc: all counsel of record (via ECF)    **GELLERT SEITZ BUSENKELL & BROWN, LLC**


                         **STEPTOE LLP**
                         Vishal Gupta, Esq.
                         (admitted *pro hac vice*)

1201 NORTH ORANGE STREET
SUITE 300
WILMINGTON, DE 19801
P: 302.425.5800 | F: 302.425.5814

WWW.GSBBLAW.COM

901 NORTH MARKET STREET
SUITE 3020, 3RD FLOOR
PHILADELPHIA, PA 19107
P: 215.238.0010 F: 302.425.5814

May 28, 2026
Page 2

GELLERT
SEITZ
BUSENKELL
& BROWN, LLC

Ross Weingarten, Esq.
(admitted *pro hac vice*)
Lillian Wallace
(admitted *pro hac vice*)
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
vgupta@steptoe.com
rossweingarten@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant Localhost LLC*