## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 1:23-cv-01177-GBW |

### LOCALHOST'S NOTICE OF DEPOSITION OF SHAUN HARRISON

PLEASE TAKE NOTICE that Defendant Localhost LLC ("Localhost") by its undersigned attorneys, hereby gives notice of its intention to take the deposition upon oral examination of Shaun Harrison pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure.  The deposition will take place at a date and time to be mutually agreed upon in writing by counsel for the parties at the law offices of Steptoe LLP, 1114 Avenue of the Americas, 35th Floor, New York, NY 10036, or such other place to be mutually agreed upon in writing by counsel for the parties.  You are invited to attend and cross-examine.  The deposition will be conducted before an officer authorized to administer oaths and will continue from day-to-day until completed.  The testimony at the deposition will be recorded by videotape, stenographic means, or both.

- 2 -

Dated: June 16, 2026

**OF COUNSEL**:
Vishal C. Gupta
Ross Weingarten
Lillian Wallace
**STEPTOE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
vgupta@steptoe.com
rossweingarten@steptoe.com
lwallace@steptoe.com

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
**GELLERT SEITZ BUSENKELL & BROWN, LLC**
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
cbrown@gsbblaw.com


*Attorneys for Defendant Localhost LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, the foregoing Localhost's Notice of Deposition of

Shaun Harrison was electronically served on all attorneys of record.

Dated: June 16, 2026

**OF COUNSEL**:
Vishal C. Gupta
Ross Weingarten
Lillian Wallace
**STEPTOE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
vgupta@steptoe.com
rossweingarten@steptoe.com
lwallace@steptoe.com

*/s/  Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
**GELLERT SEITZ BUSENKELL & BROWN, LLC**
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
cbrown@gsbblaw.com

*Attorneys for Defendant Localhost LLC*