# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., | |
| Plaintiffs, | Civil Action No: 23-cv-1177-GBW |
| v. | |
| LOCALHOST LLC, | |
| Defendant. | |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 26, 2026, they caused a true and correct copy of (1) Localhost LLC's Third Set of Interrogatories (Nos. 15-17) and (2) Localhost LLC's Fifth Set of Requests for the Production of Documents and Things (Nos. 100-107) to be served upon the parties listed below via electronic mail.

| | |
|---|---|
| Daniel M. Silver, Esq.<br>Alexandra M. Joyce, Esq.<br>MCCARTER & ENGLISH, LLP<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Email: dsilver@mccarter.com<br>ajoyce@mccarter.com | Douglas A. Rettew, Esq.<br>Jonathan J. Fagan, Esq.<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue NW<br>Washington, DC 20001-4413<br>Doug.Rettew@finnegan.com<br>Jonathan.Fagan@finnegan.com |
| R. David Donoghue<br>Anthony J. Fuga<br>HOLLAND & KNIGHT LLP<br>150 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>david.donoghue@hklaw.com<br>anthony.fuga@hklaw.com | |

Dated: June 26, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: cbrown@gsbblaw.com

and

STEPTOE LLP
Ross Weingarten, Esq.
(admitted *pro hac vice*)
Vishal Gupta, Esq.
(admitted *pro hac vice*)
Lillian Wallace, Esq.
(admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: 212 506 3900
Email: rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant Localhost LLC*

2