## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | Civil Action No: 23-cv-1177-GBW |

## NOTICE OF SERVICE

The undersigned hereby certifies that on June 30, 2026, they caused a true and correct copy of Localhost LLC's Fourth Set of Interrogatories (Nos. 18-25) to be served upon the parties listed below via electronic mail.

| | |
|---|---|
| Daniel M. Silver, Esq. <br> Alexandra M. Joyce, Esq. <br> MCCARTER & ENGLISH, LLP <br> Renaissance Centre <br> 405 N. King Street, 8th Floor <br> Wilmington, DE 19801 <br> Email: dsilver@mccarter.com <br> ajoyce@mccarter.com | Douglas A. Rettew, Esq. <br> Jonathan J. Fagan, Esq. <br> FINNEGAN, HENDERSON, FARABOW, <br> GARRETT & DUNNER, LLP <br> 901 New York Avenue NW <br> Washington, DC 20001-4413 <br> Doug.Rettew@finnegan.com <br> Jonathan.Fagan@finnegan.com |
| R. David Donoghue <br> Anthony J. Fuga <br> HOLLAND & KNIGHT LLP <br> 150 N. Riverside Plaza, Suite 2700 <br> Chicago, IL 60606 <br> david.donoghue@hklaw.com <br> anthony.fuga@hklaw.com | |

Dated: June 30, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: cbrown@gsbblaw.com

and

STEPTOE LLP
Ross Weingarten, Esq.
(admitted *pro hac vice*)
Vishal Gupta, Esq.
(admitted *pro hac vice*)
Lillian Wallace, Esq.
(admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: 212 506 3900
Email: rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant Localhost LLC*

2