**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA and AEROPLAN INC., | |
| Plaintiffs, | |
| v. | C.A. No. 23-1177-GBW |
| LOCALHOST LLC, | |
| Defendant. | |

**NOTICE OF DEPOSITION OF PAVLO KALYNOVSKYI**

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, counsel for the Plaintiffs Air Canada and Aeroplan Inc. will take the deposition of Pavlo Kalynovskyi at a mutually agreed upon time and place prior to July 31, 2026 and continuing thereafter from day to day until completed with adjournments that may be necessary.

The deposition will take place in accordance with the Federal Rules of Civil Procedure and under oath and before a notary public or other officer authorized to administer oaths under law. The deposition will be recorded by stenographic, Realtime, and/or audio and videographic means.

1

ME1\61904902.v1

2

Dated: July 8, 2026

*Of Counsel:*

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com


Douglas A. Rettew
Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
Doug.Rettew@finnegan.com
Jonathan.Fagan@finnegan.com

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Air Canada and Aeroplan Inc.*

2

ME1\61904902.v1