**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA and AEROPLAN INC., <br><br> Plaintiffs, <br><br> v. <br><br> LOCALHOST LLC, <br><br> Defendant. | C.A. No. 23-1177-GBW |

## NOTICE OF DEPOSITION OF IAN CARROLL

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure,

counsel for the Plaintiffs Air Canada and Aeroplan Inc. will take the deposition of Ian Carroll at a

mutually agreed upon time and place prior to July 31, 2026 and continuing thereafter from day to

day until completed with adjournments that may be necessary.

The deposition will take place in accordance with the Federal Rules of Civil Procedure and

under oath and before a notary public or other officer authorized to administer oaths under law.

The deposition will be recorded by stenographic, Realtime, and/or audio and videographic means.


Dated: July 10, 2026

*Of counsel:*

 R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

**MCCARTER & ENGLISH, LLP**

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Air Canada and Aeroplan Inc.*

1

Douglas A. Rettew
Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4000 (phone)
Doug.Rettew@finnegan.com
Jonathan.Fagan@finnegan.com