# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

AIR CANADA AND AEROPLAN INC.,

        Plaintiffs,

        v.

LOCALHOST LLC,

        Defendant.

C.A. No. 23-1177-GBW

## STIPULATION AND [PROPOSED] ORDER
## TO EXTEND TIME FOR FACT DISCOVERY

WHEREAS, on April 14, 2026, the Court entered an Amended Scheduling Order (D.I. 84), which, among other things, set the deadline for the close of fact discovery for July 31, 2026, and indicated that no further extensions would be permitted for certain case deadlines;

WHEREAS, in accordance with the Court's Amended Scheduling Order, Plaintiffs Air Canada and Aeroplan Inc. and Defendant Localhost LLC (the "Parties") have been conducting fact discovery and working through and/or narrowing discovery disputes as they arise; however, certain discovery remains to be completed, including document productions and depositions of witnesses;

WHEREAS, while the parties acknowledge the Court's prior order regarding the extension of certain deadlines, they have conferred and jointly believe that an extension of the deadline for the close of fact discovery would be beneficial, and is necessary, to allow the parties sufficient time to confer on and address outstanding discovery issues on discovery that has already been served, complete document productions, and take depositions of fact witnesses; and

ME1\61952304.v1

WHEREAS, the Parties wish to expressly preserve their respective rights to raise any disputes with the Court regarding (i) the scope and breadth of discovery requests served by either party, (ii) the sufficiency of responses, collections and productions made to date, and (iii) depositions, and do not intend by this Stipulation to waive, forfeit, or otherwise prejudice any such rights; and

WHEREAS, Pursuant to D. Del. Local Rule 16.4, counsel for the parties certify that a copy of this extension request has been sent to their clients;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that the deadline for the close of fact discovery is extended to and including September 29, 2026 (from July 31, 2026). This extension is limited to completing fact discovery that has already been served, for depositions of fact witnesses, and resolving outstanding fact discovery disputes. The parties shall not serve new or additional non-deposition fact discovery requests absent agreement between the parties and/or order by the Court. Nothing in this Stipulation limits any fact discovery that may be permitted in connection with Defendant's pending motion to amend (D.I. 89).

No other deadlines set forth in the Amended Scheduling Order (D.I. 84) are affected by this Stipulation.

ME1\61952304.v1

Dated: July 13, 2026

McCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

GELLERT SCALI BUSENKELL &
BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (#3368)
201 N. Orange Street, Suite 300
Wilmington, DE 19801 (302)
425-5800
cbrown@gsbblaw.com

*Counsel for Defendant*

IT IS HEREBY ORDERED this _____ day of _____, 2026.

_____
United States District Judge