## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AIR CANADA AND AEROPLAN INC.,

        Plaintiffs,

        v.

LOCALHOST LLC,

        Defendant.

C.A. No. 23-1177-GBW

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that on July 31, 2026 a true and correct copy of

**Plaintiffs' Objections and Responses to Defendant's First Set of Requests for Admission**

**(Nos. 1-9)** was caused to be served on the following counsel in the manner indicated:

## VIA EMAIL:

Charles J. Brown, III
GELLERT SCALI BUSENKELL & BROWN, LLC
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
cbrown@gsbblaw.com

Ross Weingarten
Vishal Gupta
Lilliam Wallace
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant*

Dated: July 31, 2026

*Of Counsel:*

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

Douglas A. Rettew
Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
doug.rettew@finnegan.com
jonathan.fagan@finnegan.com

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs*
*Air Canada and Aeroplan Inc.*

2