## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| AIR CANADA AND AEROPLAN INC., | |
| Plaintiffs, | Civil Action No: 23-cv-1177-GBW |
| v. | |
| LOCALHOST LLC, | |
| Defendant. | |

### NOTICE OF SERVICE

The undersigned hereby certifies that on July 31, 2026, they caused a true and correct copy of (1) Localhost LLC's Responses and Objections to Air Canada's First Set of Requests for Admissions (Nos. 1-41) and (2) Localhost LLC's Responses and Objections to Air Canada's Third Set of Interrogatories (Nos. 23-24), to be served upon the parties listed below via electronic mail.

Daniel M. Silver, Esq.
Alexandra M. Joyce, Esq.
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: dsilver@mccarter.com
ajoyce@mccarter.com

Douglas A. Rettew, Esq.
Jonathan J. Fagan, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
Doug.Rettew@finnegan.com
Jonathan.Fagan@finnegan.com

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

Dated: July 31, 2026

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: 302-425-5800
Email: cbrown@gsbblaw.com

and

STEPTOE LLP
Ross Weingarten, Esq.
(admitted *pro hac vice*)
Vishal Gupta, Esq.
(admitted *pro hac vice*)
Lillian Wallace, Esq.
(admitted *pro hac vice*)
1114 Avenue of the Americas
New York, NY 10036
Tel: 212 506 3900
Email: rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant Localhost LLC*

2