**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AIR CANADA AND AEROPLAN INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 1:23-cv-01177-GBW |
| LOCALHOST LLC, | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Charles J. Brown, III Esquire and the law firm of Gellert Seitz Busenkell & Brown, LLC, hereby withdraw their appearance as counsel of record for Defendant Localhost LLC in the above referenced action.

PLEASE TAKE FURTHER NOTICE that Scott B. Czerwonka, D. Charles Vavala, III, and the law firm of Wilks Law, LLC hereby enter their appearance as substitute counsel of record on behalf of Defendant Localhost LLC in the above referenced action and hereby request that copies of all notices and pleadings given or filed in the above action be served on Wilks Law, LLC at the address below.

*/s/ Charles J. Brown, III*
Charles J. Brown, III (DE Bar No. 3368)
GELLERT SEITZ BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
cbrown@gsbblaw.com

*Withdrawing Attorney for Defendant Localhost LLC*

*/s/ Scott B. Czerwonka*
Scott B. Czerwonka (DE Bar No. 4844)
D. Charles Vavala, III (DE Bar No. 6098)
WILKS LAW LLC
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
(302) 225-0850
sczerwonka@wilks.law
cvavala@wilks.law

*Attorneys for Defendant Localhost LLC*

Dated: September 4, 2026