**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LOCALHOST LLC,<br><br>Defendant. | C.A. No. 23-1177-GBW |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND TIME FOR FACT DISCOVERY**

WHEREAS, on April 14, 2026, the Court entered an Amended Scheduling Order (D.I. 84), which, among other things, set the deadline for the close of fact discovery for July 31, 2026, and indicated that no further extensions would be permitted for certain case deadlines;

WHEREAS, on July 14, 2026, the Court entered an Order granting Plaintiffs Air Canada and Aeroplan Inc. and Defendant Localhost LLC (the "Parties") Stipulation to Extend Time for the Close of Fact Discovery to September 29, 2026 (D.I. 121);

WHEREAS, since the entry of D.I. 121, the Parties have continued to advance fact discovery, including working through and/or narrowing discovery disputes as they arise; however, certain discovery remains to be completed, including document productions and depositions of witnesses;

WHEREAS, while the parties acknowledge the Court's prior order regarding the extension of certain deadlines, they have conferred and jointly believe that an extension of the deadline for the close of fact discovery would be beneficial, and is necessary, to allow the parties sufficient time to take depositions of fact witnesses; and

WHEREAS, the Parties wish to expressly preserve their respective rights to raise any disputes with the Court regarding (i) the scope and breadth of discovery requests served by either party, (ii) the sufficiency of responses, collections and productions made to date, and (iii) depositions, and do not intend by this Stipulation to waive, forfeit, or otherwise prejudice any such rights;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendant, subject to the approval of the Court, that the deadline for the close of fact discovery is extended to and including October 29, 2026 (from September 29, 2026). This extension is limited to depositions of fact witnesses. The parties shall not serve new or additional non-deposition fact discovery requests absent agreement between the parties and/or order by the Court. Nothing in this Stipulation limits any fact discovery that may be permitted in connection with Defendant's pending motion to amend (D.I. 89).

No other deadlines set forth in the Amended Scheduling Order (D.I. 84) are affected by this Stipulation.

Dated: September 11, 2026

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

WILKS LAW LLC

*/s/ Scott B. Czerwonka*
Scott B. Czerwonka (DE Bar No. 4844)
D. Charles Vavala, III (DE Bar No. 6098)
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
(302) 225-0850
sczerwonka@wilks.law
cvavala@wilks.law

*Counsel for Defendant*

IT IS HEREBY ORDERED this ____ day of __________, 2026.

______________________________________
United States District Judge