**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AIR CANADA AND AEROPLAN INC.,

Plaintiffs,

v.

LOCALHOST LLC,

Defendant.

C.A. No. 23-1177-GBW

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of William H. Oliver of Holland & Knight LLP to represent Air Canada and Aeroplan Inc. in this matter.

Dated: September 23, 2026

MCCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: ______________________________

______________________________
United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Massachusetts, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. I further certify that the fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: ______________________________

Date: September 23, 2026

William H. Oliver
Holland & Knight LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
T: 1.617.573.5863 |
William.Oliver@hklaw.com