**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AIR CANADA and AEROPLAN INC.,

Plaintiffs,

v.

LOCALHOST LLC,

Defendant.

Civil Action No. 23-1177-GBW

**ORDER**

AND NOW, this 28th day of September 2026, upon consideration of Defendant Localhost LLC's ("Localhost" or "Defendant") Motion for Leave to File Amended Answer and Counterclaims ("Defendant's Motion") (D.I. 89), Plaintiffs Air Canada and Aeroplan, Inc.'s (collectively, "Air Canada") Opposition thereto (D.I. 91), and Defendant's Reply (D.I. 95), IT IS HEREBY ORDERED that Defendant's Motion (D.I. 89) is GRANTED. Defendant shall file its Amended Answer and Counterclaims, which is attached as Exhibit A to Defendant's Motion, on the docket within three days of the date of this Order. By no later than October 8, 2026, the parties shall meet and confer and file a Stipulation and Proposed Order to Amend the Amended Scheduling Order (D.I. 84) which includes an amended schedule for supplemental fact discovery and expert discovery on Defendant's amended answers and counterclaims so that all fact discovery and expert discovery in this action are completed by September 3, 2027, the deadline for filing all dispositive and/or *Daubert* motions in this action is October 1, 2027, and the briefing for all dispositive and/or *Daubert* motions filed in this action must be completed on or before November 5, 2027. No other dates or deadlines in the Amended Scheduling Order should be changed.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE