**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LOCALHOST LLC,<br><br>Defendant. | Case No. 1:23-cv-01177-GBW |
| LOCALHOST LLC AND TRAVEL DATA CORPORATION,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AIR CANADA AND AEROPLAN INC.,<br><br>Counterclaim Defendants. | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaim Plaintiff Localhost LLC and Counterclaim Plaintiff Travel Data Corporation make the following disclosures:

Travel Data Corporation identifies Localhost LLC as its parent entity. Localhost LLC is a limited liability company. Localhost LLC has no parent corporation. No publicly held corporation owns 10% or more of Travel Data Corporation's stock.

Dated: October 1, 2026

**OF COUNSEL**:
Vishal C. Gupta
Ross Weingarten
Lillian Wallace
**STEPTOE LLP**
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 506-3900
vgupta@steptoe.com
rossweingarten@steptoe.com
lwallace@steptoe.com

*/s/ Scott B. Czerwonka*
Scott B. Czerwonka (DE Bar No. 4844)
D. Charles Vavala, III (DE Bar No. 6098)
**WILKS LAW LLC**
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0850
sczerwonka@wilks.law
cvavala@wilks.law

*Attorneys for Defendant Localhost LLC*
*Attorneys for Counterclaim Plaintiffs Localhost LLC and Travel Data Corporation*