**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AIR CANADA AND AEROPLAN INC.,

Plaintiffs,

v.

LOCALHOST LLC,

Defendant.

LOCALHOST LLC AND TRAVEL DATA CORPORATION,

Counterclaim Plaintiffs,

v.

AIR CANADA AND AEROPLAN INC.,

Counterclaim Defendants.

C.A. No. 23-1177-GBW

**STIPULATION AND [PROPOSED] ORDER**
**TO AMEND THE AMENDED SCHEDULING ORDER (D.I. 84)**

WHEREAS, on April 14, 2026, the Court entered an Amended Scheduling Order (D.I. 84), which, among other things, set the deadline for the close of fact discovery for July 31, 2026, set deadlines for opening, rebuttal, and reply expert reports of December 21, 2026, February 19, 2027, and April 5, 2027, respectively, set the deadline for the close of expert discovery for June 4, 2027, and set the deadline for case dispositive motions for July 9, 2027;

WHEREAS, the Court subsequently entered Orders granting the stipulations of Plaintiffs Air Canada and Aeroplan Inc. and Defendant Localhost LLC ( "Localhost") to extend the close of fact discovery to September 29, 2026 (D.I. 121) and then to October 29, 2026 (D.I. 128);

WHEREAS, on September 28, 2026, the Court granted Defendant's Motion for Leave to File Amended Answer and Counterclaims (D.I. 89) and ordered the parties to file, by October 8, 2026, a stipulation amending the Amended Scheduling Order (D.I. 84) to include a schedule for supplemental fact discovery and expert discovery on Defendant's amended answer and counterclaims, such that all fact and expert discovery in this action is completed by September 3, 2027, all dispositive and/or *Daubert* motions are filed by October 1, 2027, and briefing on such motions is completed by November 5, 2027, and directed that no other dates or deadlines in the Amended Scheduling Order be changed (D.I. 131);

WHEREAS, on October 1, 2026, Localhost filed its Amended Answer, and Localhost and Travel Data Corporation ("TDC") asserted counterclaims against Air Canada and Aeroplan Inc. (D.I. 132);

WHEREAS Plaintiffs and Counterclaim Defendants Air Canada and Aeroplan Inc., Defendant and Counterclaim Plaintiff Localhost, and Counterclaim Plaintiff TDC are referred to collectively as the "Parties";

WHEREAS, expert reports on the original claims have not yet been served, and the amended counterclaims overlap with the original claims and defenses, including as to damages; a single expert schedule for all claims, counterclaims, and defenses will therefore avoid duplicative expert reports and depositions while completing all expert discovery by the Court's September 3, 2027 deadline and leaving the dispositive motion, pretrial conference, and trial dates unchanged;

WHEREAS, many fact witnesses are expected to have knowledge relevant to both the original claims and defenses and the amended counterclaims, and coordinating the remaining fact depositions with supplemental fact discovery will avoid deposing the same witnesses twice; and

WHEREAS, the Parties wish to expressly preserve their respective rights to raise any disputes with the Court regarding (i) the scope and breadth of discovery requests served by any Party, (ii) the sufficiency of responses, collections and productions made to date, and (iii) depositions, and do not intend by this Stipulation to waive, forfeit, or otherwise prejudice any such rights;

IT IS HEREBY STIPULATED AND AGREED by and between the Parties, subject to the approval of the Court, that the Amended Scheduling Order (D.I. 84, as amended) is further amended as follows:

(a) Response to Amended Counterclaims. The deadline for Plaintiffs to answer, move, or otherwise respond to the Counterclaims asserted in D.I. 132 is extended by 28 days, to and including November 12, 2026 (from October 15, 2026).

(b) Fact Discovery. Supplemental fact discovery limited to the new claims, defenses, and allegations in the Amended Answer and Counterclaims shall be completed on or before February 12, 2027, and the Parties shall serve any supplemental Rule 26(a)(1) initial disclosures concerning those matters within 21 days of entry of this Order. The close of fact discovery on the original claims and defenses is extended to and including February 12, 2027 (from October 29, 2026), limited to depositions of fact witnesses, and the Parties shall not serve new or additional non-deposition fact discovery requests directed solely to the original claims and defenses absent agreement of the Parties or order of the Court. Nothing in this Stipulation resolves or forecloses any outstanding dispute regarding fact discovery already served, and the Parties may complete productions, supplement responses, and raise any such dispute with the Court on or before February 12, 2027.

(c) Expert Reports. A single, consolidated schedule shall govern expert disclosures on all claims, counterclaims, and defenses in this action, including those asserted in the Amended

Answer and Counterclaims. The initial Federal Rule of Civil Procedure 26(a)(2) disclosure of expert testimony by the party with the initial burden of proof on the subject matter is due on or before March 19, 2027 (from December 21, 2026); the supplemental disclosure to contradict or rebut evidence on the same matter identified by another party is due on or before May 18, 2027 (from February 19, 2027); and reply expert reports from the party with the initial burden of proof are due on or before July 2, 2027 (from April 5, 2027). No other expert reports will be permitted without either the consent of all Parties or leave of the Court except as otherwise permitted by Paragraph 3.f.ii. in D.I. 84.

(d) Expert Discovery Cut Off. As ordered in D.I. 131, all expert discovery in this action shall be completed on or before September 3, 2027 (from June 4, 2027).

(e) Dispositive and *Daubert* Motions. As ordered in D.I. 131, all case dispositive motions and *Daubert* motions in this action, including opening briefs and any affidavits in support, shall be served and filed on or before October 1, 2027 (from July 9, 2027). Briefing will be presented pursuant to D.I. 84. No case dispositive motion under Rule 56 may be filed more than ten (10) days before the above date without leave of the Court. All briefing on such motions shall be completed on or before November 5, 2027.

Except as expressly set forth herein, the Amended Scheduling Order (D.I. 84, as amended) shall otherwise remain unchanged and unaffected by this Stipulation, including the pretrial conference on October 25, 2028 and trial beginning October 30, 2028.

Dated: October 8, 2026

McCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs*

WILKS LAW LLC

*/s/ D. Charles Vavala*
Scott B. Czerwonka (DE Bar No. 4844)
D. Charles Vavala, III (DE Bar No. 6098)
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
(302) 225-0850
sczerwonka@wilks.law
cvavala@wilks.law

*Counsel for Defendant and Counterclaim Plaintiffs*

IT IS HEREBY ORDERED this ____ day of _________, 2026.

___________________________________
United States District Judge