**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC.,<br>Plaintiffs / Counterclaim Defendants,<br>v.<br>LOCALHOST LLC,<br>Defendant,<br>and<br>LOCALHOST LLC AND TRAVEL DATA CORPORATION,<br>Counterclaim Plaintiffs. | C.A. No. 23-1177-GBW |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that on October 30, 2026 a true and correct copy of **Plaintiffs' and Counterclaim Defendants' Second Supplemental Initial Disclosures** was caused to be served on the following counsel in the manner indicated:

**VIA EMAIL:**

Scott B. Czerwonka
D. Charles Vavala, III
WILKS LAW LLC
4250 Lancaster Pike, Suite 200
sczerwonka@wilks.law
cvavala@wilks.law

Ross Weingarten
Vishal Gupta
Lilliam Wallace
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
rossweingarten@steptoe.com
vgupta@steptoe.com
lwallace@steptoe.com

*Attorneys for Defendant*

Dated: October 30, 2026

MCCARTER & ENGLISH, LLP

*Of Counsel:*

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
(312) 263-3600
david.donoghue@hklaw.com
anthony.fuga@hklaw.com

William H. Oliver
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
(617) 573-5863 (phone)
william.oliver@hklaw.com

Douglas A. Rettew
Jonathan J. Fagan
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
doug.rettew@finnegan.com
jonathan.fagan@finnegan.com

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King St., 8th Floor
Wilmington, DE 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiffs and Counterclaim Defendants Air Canada and Aeroplan Inc.*