**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

AIR CANADA AND AEROPLAN INC.,

Plaintiffs,

v.

LOCALHOST LLC,

Defendant.

LOCALHOST LLC AND TRAVEL DATA CORPORATION,

Counterclaim Plaintiffs,

v.

AIR CANADA AND AEROPLAN INC.,

Counterclaim Defendants.

C.A. No. 1:23-cv-01177-GBW

**NOTICE OF SERVICE**

The undersigned hereby certifies that a copy of *Defendant and Counterclaim Plaintiff Localhost LLC's and Counterclaim Plaintiff Travel Data Corporation's Second Supplemental Rule 26(a)(1) Initial Disclosures* was served on October 30, 2026 upon the following counsel of record in the manner indicated below:

**BY E-MAIL:**

Daniel M. Silver, Esq.
Alexandra M. Joyce
MCCARTER & ENGLISH, LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
Email: dsilver@mccarter.com
Email: ajoyce@mccarter.com

Douglas A. Rettew, Esq.
Jonathan J. Fagan, Esq.
FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, DC 20001
Email: doug.rettew@finnegan.com
Email: jonathan.fagan@finnegan.com

R. David Donoghue
Anthony J. Fuga
HOLLAND & KNIGHT LLP
150 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Email: david.donoghue@hklaw.com
Email: anthony.fuga@hklaw.com

William H. Oliver
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, MA 02116
Email: william.oliver@hklaw.com

Dated: October 30, 2026

WILKS LAW, LLC

<u>/s/ *Scott B. Czerwonka*</u>

Scott B. Czerwonka (Bar No. 4844)
D. Charles Vavala, III (Bar No. 6098)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0858
Email: sczerwonka@wilks.law
Email: cvavala@wilks.law

*Attorneys for Defendant Localhost LLC*

OF COUNSEL:

Ross Weingarten, Esq.
Vishal Gupta, Esq.
Lillian Wallace, Esq.
STEPTOE LLP
1114 Avenue of the Americas
New York, NY 10036
(212) 506-3900
Email: rossweingarten@steptoe.com
Email: vgupta@steptoe.com
Email: lwallace@steptoe.com