**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LOCALHOST LLC,<br><br>Defendant. | C.A. No. 1:23-cv-01177-GBW |
| LOCALHOST LLC AND TRAVEL DATA CORPORATION,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>AIR CANADA AND AEROPLAN INC.,<br><br>Counterclaim Defendants. | |

**NOTICE OF CHANGE OF ADDRESS**

PLEASE TAKE NOTICE that, effective immediately, the mailing address for Steptoe LLP, attorneys for Defendant and Counterclaim Plaintiff Localhost LLC and Counterclaim Plaintiff Travel Data Corporation has changed. All pleadings, notices, correspondence and other documents should be addressed as follows:

Ross Weingarten, Esq.
Vishal Gupta, Esq.
Lillian Wallace, Esq.
STEPTOE LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 506-3900
Email: rossweingarten@steptoe.com
Email: vgupta@steptoe.com
Email: lwallace@steptoe.com

Dated: November 2, 2026

WILKS LAW, LLC

<u>/s/ *Scott B. Czerwonka*</u>
Scott B. Czerwonka (Bar No. 4844)
D. Charles Vavala, III (Bar No. 6098)
4250 Lancaster Pike, Suite 200
Wilmington, DE 19805
Telephone: (302) 225-0858
Email: sczerwonka@wilks.law
Email: cvavala@wilks.law

*Attorneys for Defendant and Counterclaim Plaintiff Localhost LLC and Counterclaim Plaintiff Travel Data Corporation*

OF COUNSEL:

Ross Weingarten, Esq.
Vishal Gupta, Esq.
Lillian Wallace, Esq.
STEPTOE LLP
1133 Avenue of the Americas
New York, NY 10036
(212) 506-3900
Email: rossweingarten@steptoe.com
Email: vgupta@steptoe.com
Email: lwallace@steptoe.com