**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AIR CANADA AND AEROPLAN INC.,<br><br>Plaintiffs,<br><br>v.<br><br>LOCALHOST LLC,<br><br>Defendant. | C.A. No. 23-1177-GBW |
| LOCALHOST LLC AND TRAVEL DATA CORPORATION,<br><br>Counterclaim Plaintiffs,<br>v.<br><br>AIR CANADA AND AEROPLAN INC.,<br><br>Counterclaim Defendants. | |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED, by and between the parties, subject to the approval of the Court, that the deadline for Plaintiffs and Counterclaim Defendants Air Canada and Aeroplan Inc. to respond to Defendant and Counterclaim Plaintiffs Localhost LLC and Travel Data Corporation's Counterclaim (D.I. 132) is extended to and including December 10, 2026 (from November 12, 2026).

Dated: November 11, 2026

McCARTER & ENGLISH, LLP

*/s/ Alexandra M. Joyce*
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
dsilver@mccarter.com
ajoyce@mccarter.com

*Counsel for Plaintiffs and Counterclaim Defendants Air Canada and Aeroplan Inc.*

WILKS LAW LLC

*/s/ Scott B. Czerwonka*
Scott B. Czerwonka (#4844)
D. Charles Vavala, III (#6098)
4250 Lancaster Pike Suite 200
Wilmington, DE 19805
(302) 225-0850
sczerwonka@wilks.law
cvavala@wilks.law

*Counsel for Defendant and Counterclaim Plaintiffs Localhost LLC and Travel Data Corporation*

IT IS HEREBY ORDERED this ____ day of _________, 2026.

_______________________________________
United States District Judge